<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____     Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Meade Instruments Corp.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 95-2988062 |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business** |

**27 Hubble**
**Irvine, CA 92618**
Number, Street, City, State & ZIP Code

**Orange**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

Debtor  **Meade Instruments Corp.**                      Case number *(if known)* _____
     Name

---

**7.** **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      **3399**

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. *Check all that apply*:

      ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ A plan is being filed with this petition.

      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

   ■ No.

   ☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | District _____ | | When _____ | | Case number _____ | |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

   ☐ No

   ■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Sunny Optics Inc.** | | Relationship | **Shareholder** | |
| District | **Central District of California** | When **12/04/19** | Case number, if known | **19-14711-CB** | |

---

Debtor   **Meade Instruments Corp.**                                          Case number (*if known*) _____
         Name

---

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   .   Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   Meade Instruments Corp.                                    Case number (*if known*) _____
         Name

| Request for Relief, Declaration, and Signatures |

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December  4, 2019**
                MM / DD / YYYY

X _____                **Victor Aniceto**
Signature of authorized representative of debtor   Printed name

Title     **President**

**18. Signature of attorney**   X _____     Date  **December  4, 2019**
                               Signature of attorney for debtor              MM / DD / YYYY

                               **Robert P. Goe 137019**
                               Printed name

                               **GOE FORSYTHE & HODGES LLP**
                               Firm name

                               **18101 Von Karman Avenue**
                               **Suite 1200**
                               **Irvine, CA 92612-7127**
                               Number, Street, City, State & ZIP Code

                               Contact phone   **(949) 798-2460**     Email address   **rgoe@goeforlaw.com**

                               **137019 CA**
                               Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Meade Instruments Corp.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AAS SKY PUBLISHING 1667 K STREET, N.W, SUITE 800 WASHINGTON, DC 20006** | | | | | | $17,680.00 |
| **ABF FREIGHT SYSTEM, INC PO BOX 10048 FORT SMITH, AR 72917-0048** | | | | | | $7,957.86 |
| **COAST ALUMINUM & ARCHITECTURAL INC. DEPT 2940 LOS ANGELES, CA 90084-2940** | | | | | | $8,248.44 |
| Cornerstone Research Inc. 555 West 5th Street, 38th Floor Los Angeles, CA 90013 | | | | | | $135,000.00 |
| **JEFF D. REDMAN dba:  REDMAN DSPTS & INVEST. GRP. 57 PALOMA DR. CORTE MADERA, CA 94925** | | | | | | $23,702.61 |
| **JET FITTINGS 810 S. GRAND AVE. SANTA ANA, CA 92705** | | | | | | $8,733.15 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor   **Meade Instruments Corp.**
　　　　　Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **KUEHNE + NAGEL INC 20000 S. WESTERN AVENUE TORRANCE, CA 90501** | | | | | | **$40,560.76** |
| **MICHAEL DZURNY DELTA MARKETING 99 WOODSTONE ROAD ROCKAWAY, NJ 07866** | | | | | | **$18,338.52** |
| **Optronic Technologies, Inc. d/b/a Oreon Telescopes & Binoculars Inc. 89 Hangar Way Watsonville, CA 95076** | | | **Contingent Unliquidated Disputed** | | | Unknown |
| **ORCA PACIFIC MANUFACTURER'S REPRESENTATI 1100 DEXTER AVE N, SUITE 200 SEATTLE, WA 98109-3598** | | | | | | **$22,289.92** |
| **RENE VILLARRUEL GARCIA DBA: ACABADOS EN COLOR CAMPOS 32 SIN NUMERO CERRO COLORADO TIJUANA, BAJA CALIFORNIA MEXICO   22223** | | | | | | **$14,457.11** |
| **SENTRYTOOLS LLC 613 W. VALLEY VIEW DRIVE FULLERTON, CA 92835** | | | | | | **$16,462.00** |
| **SEYMOUR SOLAR, LLC Please use acct # V009664 P.O. BOX 520 ESCALANTE, UT 84726** | | | | | | **$12,860.16** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

Debtor   **Meade Instruments Corp.**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SHEPPARD, MULLIN, RICHTER & HAMPTON 333 SOUTH HOPE STREET 43rd FLOOR LOS ANGELES, CA 90071-1448 | | | | | | $2,516,647.94 |
| SIMULATION CURRICULUM CORP 11900 WAYZATA BLVD # 126 MINNETONKA, MN 55035 | | | | | | $8,740.00 |
| STOROPACK, INC. DEPT. C, LOCATION 00207 CINCINNATI, OH 45264-0207 | | | | | | $14,348.75 |
| US DIGITAL 1400 NE 136TH AVENUE VANCOUVER, WA 98684 | | | | | | $16,985.50 |
| VIEWWAY OPTICS ENTERPRISES CO., LTD 5/F, BLDG 3, YUANYING INDUSTRIAL PARK SHI TANG ZHUANG RD. HUADU DISTRICT, 510800 GUANGZHOU CHINA | | | | | | $268,934.69 |
| WAL-MART STORES, INC. C/O BANK OF AMERICA P.O BOX 500787 ST LOUIS, MO 63150-0787 | | | | | | $8,870.90 |
| YRC INC P.O BOX 100129 PASADENA, CA 91189-0003 | | | | | | $13,484.48 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 3

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or
    against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any
    copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any
    corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number
    and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom
    assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property
    included in Schedule A/B that was filed with any such prior proceeding(s).)

    Affiliate: Sunny Optics Inc.; Chapter 11 Case Number: 19-14711-CB, filed 12-4-2019

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform
    Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the
    debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the
    debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the
    complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge
    and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list
    any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has
    previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer
    of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner
    of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms
    or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each
    such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether
    still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule
    A/B that was filed with any such prior proceeding(s).)

    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has
    been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior
    proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still
    pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B
    that was filed with any such prior proceeding(s).)

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:    **December 4, 2019**

Victor Apiceto
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

Meade Instruments Corp.
27 Hubble
Irvine, CA 92618


Robert P. Goe
GOE FORSYTHE & HODGES LLP
18101 Von Karman Avenue
Suite 1200
Irvine, CA 92612-7127


A & G TRUCKING GROUP, INC
2344 AVENIDA COSTA DE SOL
SAN DIEGO, CA 92154


AAS SKY PUBLISHING
1667 K STREET, N.W, SUITE 800
WASHINGTON, DC 20006


ABF FREIGHT SYSTEM, INC
PO BOX 10048
FORT SMITH, AR 72917-0048


AMERICAN EXPRESS
BOX 0001
LOS ANGELES,, CA 90096-0001


ARBE RECUBRIMIENTOS INDUSTRIALES S. DE R
ALEXIS ARISTA OTERO
CALLE E # 908 FRACC. CA., C.P. 22890
ENSENADA, B.C. MEXICO


ARENT FOX LLP
1717 K STREET
WASHINGTON D.C., DC 20036-5342

ASKEW HARDWARE & SUPPLY
13071 ARCTIC CIRCLE
SANTA FE SPRINGS, CA 90670


BENEFICIAL MAINTENANCE SERV.
26741 PORTOLA PARKWAY  SUITE 1E-413
FOOTHILL RANCH, CA 92610-1713


CALIFORNIA FINE WIRE
338 SOUTH 4TH STREET
GROVER BEACH, CA 93433-1999


CALIFORNIA GASKET
533 W. COLLINS AVENUE
ORANGE, CA 92867


CHAPMAN ENGINEERING, INC
2321 W. CAPE COD WAY
SANTA ANA, CA 92703


CMC CONVERTING & PACKAGING
12385 DOHERTY ST.
RIVERSIDE, CA 92503


COAST ALUMINUM & ARCHITECTURAL INC.
DEPT 2940
LOS ANGELES, CA 90084-2940


COMPLETE OFFICE
PO BOX 4318
CERRITOS, CA 90703

Cornerstone Research Inc.
555 West 5th Street, 38th Floor
Los Angeles, CA 90013


COX COMMUNICATIONS
P.O. BOX 53280
PHOENIX, AZ 85072-3280


DIGI-KEY ELECTRONICS
P.O. BOX 250
THIEF RIVER FALLS, MN 56701


DREXEL INDUSTRIES
SALMON CAPITAL CORPORATION DBA DREXEL
100 KELLOGG LANE
LONDON, ON N5W 0B4
 N5W 0B4


DSB SOLUTIONS LLC
SOKCHEATA  BALDIVINO
14019 FAUST AVE
BELLFLOWER, CA 90706


ENGINEERED PRODUCTS
28085 VIA DEL CERRO
SAN JUAN CAPISTRANO, CA 92675


FEDEX FREIGHT
P.O BOX 7221
PASADENA, CA 91109-7321


FLATPRO TECHNOLOGIES
DAVID BRADLEY DEETS
PO BOX 7804
MESA, AZ 85216

GUNN & BECKMAN COMPANY
1751 CRISPIN DRIVE
BRENTWOOD, CA 94513


HIGHLIGHT MOTOR FRIGHT USA INC
12070 ALTAMAR PLACE
SANTA FE SPRINGS, CA 90670


IGARASHI MOTOR SALES USA, LLC
710 COLOMBA COURT
ST. CHARLES, IL 60174


INDUSTRIAL METAL SUPPLY CO.
8300 SAN FERNANDO BLVD.
SUN VALLEY, CA 91352


INTECSA INDUSTRIAL TECHNOLOGIES CO.
P.O BOX 1495
CHULA VISTA, CA 91912


INTERFACE SECURITY SYSTEMS, LLC
INTERFACE PREFERRED HOLDINGS, INC.
8339 SOLUTIONS CENTER
CHICAGO, IL 60677-8003


iPROMOTEu.com INC
iPROMOTEu
DEPARTMENT LA 23232
PASADENA, CA 91185-3232


JEFF D. REDMAN
dba: REDMAN DSPTS & INVEST. GRP.
57 PALOMA DR.
CORTE MADERA, CA 94925

JET FITTINGS
810 S. GRAND AVE.
SANTA ANA, CA 92705


Jonas Noah Hagey
Brauh Hagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104


KALMBACH MEDIA
PO BOX 1612
WAUKESHA, WI 53187-1612


KING PALLETS INC.
P.O BOX 295
LA PUENTE, CA 91757


KUEHNE + NAGEL INC
20000 S. WESTERN AVENUE
TORRANCE, CA 90501


LANDSBERG/EPS
LANDSBERG ORORA
P.O BOX 101144
PASADENA, CA 91189-1144


LAPMASTER INTERNATIONAL LLC
P.O BOX 74008766
CHICAGO, IL 60674-8766


LIMON SERVICES, INC
374 BLACKSHAW LANE
SAN YSIDRO, CA 92173

MAQUILADORA GRAFICA MEXICANA S.A. DE C.V
PERIFERICO SUR #6400-B COL.
ARTESANOS INDUSTRIAL
TLAQUEPAQUE JALISCO
45601, MEXICO


MAYER BROWN LLP
230 SOUTH LASALLE STREET
CHICAGO, IL 60604-1404


MCLOONE METAL GRAPHICS INC.
SUB JSJ CORP
75 SUMMER ST
LA CROSSE, WI 54603


MCMASTER CARR
PO BOX 7690
CHICAGO, IL 60680-7690


MICHAEL DZURNY
DELTA MARKETING
99 WOODSTONE ROAD
ROCKAWAY, NJ 07866


MIDWEST TUNGSTEN SERVICE,INC.
540 EXECUTIVE DRIVE
WILLOWBROOK, IL 60527


MOREST, S.A. DE C.V.
2498 ROLL DRIVE PMB 1043
SAN DIEGO, CA 92154


MOUSER ELECTRONICS
P.O. BOX 99319
FORT WORTH, TX 76199-0319

MX ELECTRONICS MANUFACTURING, INC.
1651 E. ST. ANDREW PLACE
SANTA ANA, CA 92705


NEOFUNDS BY NEOPOST
P.O. BOX 6813
CAROL STREAM, IL 60197-6813


NINGBO SUNNY ELECTRONIC CO
NO. 199 ANSHAN ROAD
CHENGDONG NEW AREA YUYAO
ZHEJI CHINA


OMEGA OPTICAL INC.
21 OMEGA DRIVE
BRATTLEBORO, VT 05301


Optronic Technologies, Inc. d/b/a
Oreon Telescopes & Binoculars Inc.
89 Hangar Way
Watsonville, CA 95076


ORCA PACIFIC MANUFACTURER'S REPRESENTATI
1100 DEXTER AVE N, SUITE 200
SEATTLE, WA 98109-3598


OREN ELLIOTT PRODUCTS, INC.
128 WEST VINE STREET
EDGERTON, OH 43517


OTAY LOGISTICS INC.
2235 AVENIDA COSTA ESTE, SUITE 200
SAN DIEGO, CA 92154

P.RINGBLOM & ASSOCIATES
DBA: PONTUS RINGBLOM
P.O. BOX 7000 pmb #114
Redondo Beach, CA 00090-2744


PAYNE & FEARS, LLP
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614


PO HOLDING LLC
dba; DISCOVERY BENEFITS LLC
4321 20th AVENUE
S FARGO, ND 58103


PRO PACIFIC PEST CONTROL
P.O. BOX 3354
ESCONDIDO, CA 92033-3354


PRODUCTORA DE CAJAS DE CARTON - S.DE R.L
730 BROADWAY #200
CHULA VISTA, CA 91910


PROMARK INTERNATIONAL, INC.
1268 HUMBRACHT CIRCLE
BARTLETT, IL 60103-1631


PSC ELECTRONICS
2307 CALLE DEL MUNDO
SANTA CLARA, CA 95054-1008


QUALITY ASSEMBLY SERVICES
1401 E. SAINT GERTRUDE PL
SANTA ANA, CA 92705

R. L. JONES SAN DIEGO, INC.
8830 SIEMPRE VIVA ROAD , SUITE 100
SAN DIEGO, CA 92154


R.S. HUGHES COMPANY, INC.
2575 PIONEER AVENUE, SUITE 102
VISTA, CA 92081


RENE VILLARRUEL GARCIA
DBA: ACABADOS EN COLOR
CAMPOS 32 SIN NUMERO CERRO COLORADO
TIJUANA, BAJA CALIFORNIA
MEXICO 22223


RYMAX MARKETING
RITA GOLDBERG, VP ACCOUNTING
19 CHAPIN ROAD, BUILDING B
PINE BROOK, NJ 07058


SALEM DISTRIBUTING CO., INC.
P.O. BOX 936050
ATLANTA, GA 31193-6050


SCHOTT CORPORATION
400 YORK AVEENUE
DURYEA, PA 18642


SENTRYTOOLS LLC
613 W. VALLEY VIEW DRIVE
FULLERTON, CA 92835


SEYMOUR SOLAR, LLC
Please use acct # V009664
P.O. BOX 520
ESCALANTE, UT 84726

SHENZHEN SUNGOLD SOLAR COL, LTD.
H BUILDING, WENTAO INDUSTRIAL PARK
YINRENSHI, SHIYAN
SHEN ZHEN CHINA


SHEPPARD, MULLIN, RICHTER & HAMPTON
333 SOUTH HOPE STREET 43rd FLOOR
LOS ANGELES, CA 90071-1448


SIMULATION CURRICULUM CORP
11900 WAYZATA BLVD # 126
MINNETONKA, MN 55035


SKYNEWS INC.
203-4920 DUNDAS ST W
TORONTO, ON
M9A1B7 CANADA


SOUTHWEST MATERIAL HANDLING INC
P.O BOX 1070
3725 Nobel Court
MIRA LOMA, CA 91752


STOROPACK, INC.
DEPT. C, LOCATION 00207
CINCINNATI, OH 45264-0207


TIM BAILEY & ASSOC, INC.
18311 NAPA STREET
NORTHRIDGE, CA 91325


TOTAL TRANSPORTAION & DISTRIBUTION, INC
14041 ROSECRANS AVE
LA MIRADA, CA 90638

TRIANGLE CHOICE MARKETING LLC
dba; HOBBY MERCHANDISE / NRHSA
83 SOUTH STREET, STE 307
FREEHOLD, NJ 07728


ULINE
P.O. BOX 88741
CHICAGO, IL 60680-1741


UPS SUPPLY CHAIN SOLUTIONS, INC
28013 NETWORK PLACE
CHICAGO, IL 60673-1280


US DIGITAL
1400 NE 136TH AVENUE
VANCOUVER, WA 98684


VIEWWAY OPTICS ENTERPRISES CO., LTD
5/F, BLDG 3, YUANYING INDUSTRIAL PARK
SHI TANG ZHUANG RD.
HUADU DISTRICT, 510800
GUANGZHOU CHINA


WAL-MART STORES, INC.
C/O BANK OF AMERICA
P.O BOX 500787
ST LOUIS, MO 63150-0787


WF MICHAELS
308 WEST 95TH STREET
BLOOMINGTON, MN 05520


WILFRIDO TAMAYO
8 TUSCANY RAVINE VIEW NW
CALGARY AB
T3L 2T1 CANADA

XPO LOGISTICS FREIGHT, INC.
29559 NETWORK PLACE
CHICAGO, IL 60673-1559


YRC INC
P.O BOX 100129
PASADENA, CA 91189-0003