| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert P. Goe - State Bar No. 137019<br>Charity J. Manee – State Bar No. 286481<br>GOE FORSYTHE & HODGES LLP<br>18101 Von Karman Avenue, Suite 1200<br>Irvine, CA 92612<br>rgoe@goeforlaw.com<br>cmanee@goeforlaw.com<br><br>*Attorney for:* Meade Instruments Corp. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Meade Instruments Corp.<br><br>Debtor(s).<br><br>Plaintiff(s),<br>vs.<br><br>Defendant(s). | CASE NO.: 8:19-bk-14714-CB<br>ADVERSARY NO.:<br>*(if applicable)*<br>CHAPTER: 11<br><br>**SUBSTITUTION OF ATTORNEY**<br>**[LBR 2091-1(b)]** |
|---|---|

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:
   Meade Instruments Corp.

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:
   Robert P. Goe - State Bar No. 137019
   GOE FORSYTHE & HODGES LLP
   18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612
   rgoe@goeforlaw.com

3. New attorney hereby appears in the following matters:  ☒ the bankruptcy case  ☐ the adversary proceeding

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                                    Page 1                                        F 2091-1.SUBSTITUTION.ATTY

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:
Marc C. Forsythe

Date: _____

_____
Signature of party

Victor Aniceto, President
Printed name of party

_____
Signature of *second* party (if applicable)

Printed name of *second* party (if applicable)

_____
Signature of *third* party (if applicable)

Printed name of *third* party (if applicable)

_____
Signature of *fourth* party (if applicable)

Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: 12/04/2019

_____
Signature of present attorney

Marc C. Forsythe
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 12/04/2019

_____
Signature of new attorney

Robert P. Goe
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                              Page 2                                              F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**18101 Von Karman Avenue, Suite #1200, Irvine, California 92612**

A true and correct copy of the foregoing document entitled (*specify*):   **SUBSTITUTION OF ATTORNEY**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **12/6/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**Frank Cadigan**     frank.cadigan@usdoj.gov
**Robert P Goe**     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
**United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **12/6/2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **12/6/2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
By personal delivery:
Honorable Catherine E. Bauer, Judge
United States Bankruptcy Court
Bin by 5th Floor elevator for Judge Catherine E. Bauer
411 West Fourth Street
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/6/2019 | Arthur E. Johnston | /s/ Arthur E. Johnston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                     **F 9013-3.1.PROOF.SERVICE**

## ATTACHED PAGE TO PROOF OF SERVICE

**2. SERVED BY UNITED STATES MAIL**

**Debtor**
Mead Instruments Corp.
Attn: Victor Aniceto, president
27 Hubble
Irvine, CA 92618

AAS SKY PUBLISHING
1667 K STREET, N.W, SUITE 800
WASHINGTON, DC 20006

ABF FREIGHT SYSTEM, INC
PO BOX 10048
FORT SMITH, AR 72917-0048

COAST ALUMINUM & ARCHITECTURA
INC.
DEPT 2940
LOS ANGELES, CA 90084-2940

Cornerstone Research Inc.
555 West 5th Street, 38th Floor
Los Angeles, CA 90013

JEFF D. REDMAN
dba: REDMAN DSPTS & INVEST. GRP.
57 PALOMA DR.
CORTE MADERA, CA 94925

JET FITTINGS
810 S. GRAND AVE.
SANTA ANA, CA 92705

Jonas Noah Hagey
Brauh Hagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104

KUEHNE + NAGEL INC
20000 S. WESTERN AVENUE
TORRANCE, CA 90501

MICHAEL DZURNY
DELTA MARKETING
99 WOODSTONE ROAD
ROCKAWAY, NJ 07866

Optronic Technologies, Inc. d/b/a
Oreon Telescopes & Binoculars Inc.
89 Hangar Way
Watsonville, CA 95076

ORCA PACIFIC MANUFACTURER'S
REPRESENTATI
1100 DEXTER AVE N, SUITE 200
SEATTLE, WA 98109-3598

RENE VILLARRUEL GARCIA
DBA: ACABADOS EN COLOR
CAMPOS 32 SIN NUMERO CERRO
COLORADO
TIJUANA, BAJA CALIFORNIA
MEXICO, 22223

SENTRYTOOLS LLC
613 W. VALLEY VIEW DRIVE
FULLERTON, CA 92835

SEYMOUR SOLAR, LLC
Please use acct # V009664
P.O. BOX 520
ESCALANTE, UT 84726

SHEPPARD, MULLIN, RICHTER &
HAMPTON
333 SOUTH HOPE STREET 43rd FLOOR
LOS ANGELES, CA 90071-1448

SIMULATION CURRICULUM CORP
11900 WAYZATA BLVD # 126
MINNETONKA, MN 55035

STOROPACK, INC.
DEPT. C, LOCATION 00207
CINCINNATI, OH 45264-0207

US DIGITAL
1400 NE 136TH AVENUE
VANCOUVER, WA 98684

VIEWWAY OPTICS ENTERPRISES CO., LTD
5/F, BLDG 3, YUANYING INDUSTRIAL
PARK
SHI TANG ZHUANG RD.
HUADU DISTRICT, 510800
GUANGZHOU CHINA,

WAL-MART STORES, INC.
C/O BANK OF AMERICA
P.O BOX 500787
ST LOUIS, MO 63150-0787

YRC INC
P.O BOX 100129
PASADENA, CA 91189-0003