| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert P. Goe – State Bar No.137019<br>Charity J. Manee – State Bar No. 286481<br>GOE FORSYTHE & HODGES LLP<br>18101 Von Karman Ave., St. 1200<br>Irvine, CA  92612<br>rgoe@goeforlaw.com<br>cmanee@goeforlaw.com<br>Telephone: (949) 467-3780<br>Facsimile:  (949) 955-9437<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>In re:<br><br>_x_ MEADE INSTRUMENTS CORP., a Delaware corporation<br><br>__ SUNNY OPTICS, INC., a Delaware corporation<br><br>__ All Debtors.<br><br>Debtors and Debtors-in-Possession.<br><br>                                           Debtor(s). | CASE NO.: 8:19-bk-14714-CB<br><br>CHAPTER: 11 |
|---|---|

**APPLICATION FOR PAYMENT OF:**

☒ **INTERIM FEES AND/OR EXPENSES**
   **(11 U.S.C. § 331)**

☐ **FINAL FEES AND/OR EXPENSES**
   **(11 U.S.C. § 330)**

DATE: 04/29/2020
TIME: 10:00 am
COURTROOM: 5D
PLACE: 411 West Fourth Street
          Santa Ana, CA 92701

1. Name of Applicant (*specify*): Stetina Brunda Garred & Brucker, APC

2. Type of services rendered:  Special Intellectual Property Counsel
   a. ☒ Attorney for (*specify*): Meade Instruments Corporation
   b. ☐ Accountant for (*specify*): _____
   c. ☐ Other professional (*specify*): _____

3. Date of filing of petition under chapter 11 of the Bankruptcy Code: 12/04/2019

4. Date of entry of Order Approving Applicant's Employment: 04/01/2020

5. Date of filing of last Fee and/or Expense Application: _____

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                     Page 1                     **F 2016-1.2.APP.PAYMENT.FEES**

6. Total fees allowed or paid to Applicant to date (including retainers and prior approved fee applications): $ _____

   a. Retainer received: $ _10,000.00_____

   b. Retainer remaining as of the date of this Application: $ _10,000.00_____

   c. Total amount requested in all prior applications: $ _____

   d. Total amount actually paid pursuant to prior approved applications: $ _____

   e. Total amount currently due but unpaid pursuant to prior approved applications: $ _____

   f. Total amount allowed but reserved pending final fee application: $ _____

7. **Summary of Requested Fees**: (*attach detailed supporting documentation to this Application*)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. Gregory K. Clarkson | $ 300.00 | X 14.7 | | = | $ 4,410.00 |
| b. | $ | X | | = | $ |
| c. | $ | X | | = | $ |
| d. | $ | X | | = | $ |
| e. | $ | X | | = | $ |
| f. | $ | X | | = | $ |

   g. ☐ Continued on attached page

8. The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows:                                                              ☐ See attached page

9. Bonus requested (final fee applications only): $ _____
   (*attach Declaration and Memorandum of Points and Authorities justifying bonus*)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ _4,410.00_____

11. Total expenses paid to Applicant to date (including retainers and prior approved expense applications): $ _10,000.00_____

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                        Page 2                          **F 2016-1.2.APP.PAYMENT.FEES**

12. **Summary of Requested Expense Reimbursement**: (*attach detailed supporting documentation to this Application*)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. 775.00 | $ 775.00 |
| b. | $ |
| c. | $ |
| d. | $ |
| e. | $ |
| f. | $ |
| g. ☐   Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $ 775.00

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (*specify*):

Narrative description of services performed attached a "Exhibit "1". Firm's billing statements through March 31, 2020

attached as Exhibit "2".  Firm resume setting forth qualifications of personnel attached as Exhibit "3".

Applicant has reviewed the requirements of Local Bankruptcy Rule 2016-1 and this application complies with them.

15. Total number of attached pages of supporting documentation: _____

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/6/20 | Gregory K. Clarkson | *Gregory Clarkson* (signature) |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 3                          **F 2016-1.2.APP.PAYMENT.FEES**

# EXHIBIT 1

# EXHIBIT 1

1. On February 4, 2020, Debtor's Counsel requested that I review the pending trademark and patent dockets forwarded to him by former IP counsel at Arent Fox and Knobbe Martens, and to provide an estimate of the fees our firm would incur through the end of April in relation to Meade's currently upcoming deadlines before the U.S. Patent and Trademark Office ("USPTO") and the corresponding intellectual property offices in other nations. I provided Debtor's Counsel with my estimate.

2. On February 13, 2020, I was instructed by Debtor's Counsel to proceed to prepare responses to three trademark matters before the USPTO with upcoming deadlines at the end of February, and to prepare letters to former IP counsel at Arent Fox and Knobbe Martens informing them of the debtor's change in representation and requesting them to transfer client files.

3. On February 20, 2020, I received an email from Debtor's Counsel requesting that I review the records of the USPTO to check the registered ownership of the MEADE trademark, and report my findings, which I did.

4. On February 24, 2020, I held a conversation with former trademark counsel at Arent Fox regarding my letter of February 13 regarding the upcoming trademark deadlines for the debtor and what would be required for her firm in carrying out the requested transfer of client files. I additionally sent an email to the client requesting information and signatures for the documents our firm was preparing for responding to the upcoming trademark deadlines.

5. On February 25, 2020, I followed up the client regarding particular questions regarding the email from the day before, and I additionally gathered and reviewed a number of photographs and website screenshots of the debtor's products to find acceptable specimens for filing with the USPTO to establish debtor's use in commerce of a number of trademarks.

6. On February 26, 2020, I followed up again with the client regarding instructions as to whether to proceed with certain matters and the gathering of signatures on documents required for registering our firm's representation of the debtor before the USPTO.

7. On February 27, I followed up with the client regarding receipt of documentation for filing trademark responses in three matters before the USPTO, and I coordinated the filing of statements of use in three pending trademark matters.

8. On March 4, 2020, I reviewed the Court's Notice to File Applications for Compensation and followed-up with Debtor's Counsel regarding what would be required of our firm to comply with the Court's notice.

9. On March 17, 2020, I followed up with debtor's former patent counsel at Knobbe Martens regarding the letter I had sent February 13, 2020, as I had not received any response.

EXHIBIT 1 - NARRATIVE

10. On March 18, 2020, I received an Office Action from the Trademark Office for a corrective filing in order to clarify a minor issue in relation to one of the trademark filings made on February 27, 2020, and I prepared and filed a suitable response.

11. On March 20, 2020, I was asked by debtor's counsel to review a security interest in the debtor's trademarks purportedly in favor of Ningbo Sunny, and to analyze the propriety of the security interest.  I conducted research on the issue and reported my findings to debtor's counsel.

12. On March 23, debtor's counsel requested a telephonic conference regarding the security interest, and had further questions. I performed more research on relevant caselaw in order to confirm and further elaborate on other issues in relation to the requirements for perfecting security interests in trademarks.  I then held a telephonic conference of approximately 30 minutes with debtor's counsel regarding those findings.

13. On March 30, 2020, I coordinating the filing of responses with the USPTO in two trademark matters with upcoming deadlines.  As our firm was now registered to represent debtor before the USPTO at this time, filing of these responses was much simplified.

EXHIBIT 1 - NARRATIVE

# EXHIBIT 2

# EXHIBIT 2

LAW OFFICES

## *Stetina Brunda Garred & Brucker*

A PROFESSIONAL CORPORATION

PATENT, TRADEMARK, COPYRIGHT AND UNFAIR COMPETITION CAUSES

75 ENTERPRISE, SUITE 250
ALISO VIEJO, CA 92656

TELEPHONE  949-855-1246    FACSIMILE  949-855-6371

Please indicate your Invoice Number or
your Client ID with your check remittance.

| | |
|---|---|
| MEADE INSTRUMENTS CORP.<br>EMAIL ONLY // EMAIL ONLY<br>27 HUBBLE STREET, SUITE 100<br>IRVINE, CA 92618 | <u>BILLING STATEMENT</u><br>through February 29, 2020<br>Inv. No.:   175301<br>MEADE     GKC |

ROB GOE/VICTOR ANICETO

<u>PROFESSIONAL SERVICES:</u>

| DATE | DESCRIPTION | ATTY | HRS | RATE | AMT |
|---|---|---|---|---|---|
| **MEADE000** | **GENERAL FILE** | | | | |
| 2/04/20 | Preparation of Rough Estimate of Fee Breakdown for Next 3-4 Months and Email to Client/Rob Goe re: Analysis | GKC | 0.70 | $300.00 | $210.00 |
| 2/13/20 | Various Emails with Client and Rob Goe; Preparation and Transmittal of File Transfer Instruction Letters to old Meade IP Counsel | GKC | 1.30 | $300.00 | $390.00 |
| 2/18/20 | Email to Client requesting instructions for proceeding on upcoming 2/27 deadlines for filing statements of use in relation to CANYONVIEW, MASTERCLASS, RANGEVIEW marks; Coordination of Paralegals for Opening Case Files on upcoming Meade Trademark Matters | GKC | 1.00 | $300.00 | $300.00 |
| 2/20/20 | Email to Charity Miller re: recorded ownership of MEADE trademark | GKC | 0.40 | $300.00 | $120.00 |
| 2/24/20 | Communication with Arent Fox Counsel re: Instructions for File Transfer | GKC | 0.20 | $300.00 | $60.00 |
| 2/24/20 | Review of USPTO records for all registered trademark assets reflecting Meade, Coronado, and Ningbo Sunny as registered owner; Analysis of Potential Chain of Title Issues | GKC | 1.70 | $300.00 | $510.00 |
| 2/24/20 | Follow-up with Client re: Instructions for responding to Statement of Use Deadline | GKC | 0.10 | $300.00 | $30.00 |
| 2/25/20 | Further Email Follow-up with Client re: Statements of Use; Gathering of Suitable Specimens | GKC | 0.50 | $300.00 | $150.00 |
| 2/26/20 | Follow-up Email to Client re: Statement of Use Declarations | GKC | 0.10 | $300.00 | $30.00 |

EXHIBIT 2 - BILLING STATEMENTS

| DATE | DESCRIPTION | | HRS | RATE | AMT |
|---|---|---|---|---|---|
| 2/27/20 | Further Emails to Client re: various Power of Attorney Documents for Filing of Statements of Use and Confirmation of Filings;  Coordination of Filing of Statements of Use | GKC | 0.60 | $300.00 | $180.00 |

**MEADE001T**          **CANYONVIEW**

| DATE | DESCRIPTION | | HRS | RATE | AMT |
|---|---|---|---|---|---|
| 2/27/20 | Preparation and filing of Statement of Use (1 International Class-FF) | GKC | | | $250.00 |

**MEADE002T**          **MASTERCLASS**

| DATE | DESCRIPTION | | HRS | RATE | AMT |
|---|---|---|---|---|---|
| 2/27/20 | Preparation and filing of Statement of Use (1 International Class-FF) | GKC | | | $250.00 |

**MEADE003T**          **RANGEVIEW**

| DATE | DESCRIPTION | | HRS | RATE | AMT |
|---|---|---|---|---|---|
| 2/27/20 | Preparation and filing of Statement of Use (1 International Class-FF) | GKC | | | $250.00 |

**TOTAL FOR PROFESSIONAL SERVICES:**                    **$2,730.00**

DISBURSEMENTS:

Statement of Use Fee MEADE001T                    $100.00

Statement of Use Fee MEADE002T                    $100.00

Statement of Use Fee MEADE003T                    $100.00

**TOTAL FOR DISBURSEMENTS:**                    **$300.00**

**BALANCE FOR THIS STATEMENT:**                    **$3,030.00**

PREVIOUS BALANCE:                    $0.00

PAYMENT RECEIVED OR CREDIT BALANCE FORWARDED:          (     $0.00 )

                    **TOTAL AMOUNT DUE:**          **$3,030.00**

                    RETAINER BALANCE:          (     $0.00 )

EXHIBIT 2 - BILLING STATEMENTS

KMS = Kit M. Stetina          SSS = Shunsuke S. Sumitani      PAR = Paralegal
WJB = William J. Brucker      MJZ = Michael J. Zingale        FF = Flat Fee Charge
MBG = Mark B. Garred          GKC = Gregory K. Clarkson       Other initials represent law clerks.
MAN = Matthew A. Newboles     SMH = Stephen M. Hamon
LA = Lowell Anderson
ELT = Eric L. Tanezaki

*******************************************************************************************************************

Please indicate your Invoice Number and your Client ID with your remittance.
Payments made by credit card are subject to a 3 % convenience fee.
The 3 % fee and your payment to us will appear as one charge on your credit card statement.
Please note that we do not accept payments by debit cards.
For your protection, we request that you do not fax or email your credit card information.
Please include the following with your remittance for credit card payments.

Credit Card Information:  Credit Card No.: _____

Exp. Date: _____ / 20_____    Amount: $_____

Alternatively, you can call our office to provide your credit card information at (949) 855-1246.
*******************************************************************************************************************

EXHIBIT 2 - BILLING STATEMENTS

## *Stetina Brunda Garred & Brucker*

A PROFESSIONAL CORPORATION

PATENT, TRADEMARK, COPYRIGHT AND UNFAIR COMPETITION CAUSES

75 ENTERPRISE, SUITE 250
ALISO VIEJO, CA 92656

TELEPHONE   949-855-1246   FACSIMILE 949-855-6371

Please indicate your Invoice Number or
your Client ID with your check remittance.

|  |  |
|---|---|
| MEADE INSTRUMENTS CORP. | <u>BILLING STATEMENT</u> |
| EMAIL ONLY // EMAIL ONLY | through March 31, 2020 |
| 27 HUBBLE STREET, SUITE 100 | Inv. No.:    176130 |
| IRVINE, CA 92618 | MEADE      GKC |

ROB GOE/VICTOR ANICETO

<u>PROFESSIONAL SERVICES:</u>

| DATE | DESCRIPTION | ATTY | HRS | RATE | AMT |
|------|-------------|------|-----|------|-----|
| **MEADE000** | **GENERAL FILE** | | | | |
| 3/04/20 | Review of Notice to File Applications for Compensation and Follow-up with Rob Goe re: Obligations | GKC | 0.30 | $300.00 | $90.00 |
| 3/17/20 | Follow-up with Knobbe Martens re: File Transfer Status | GKC | 0.20 | $300.00 | $60.00 |
| 3/20/20 | Analysis of Security Interest Recorded with USPTO and Research re: Question of Voidability due to Possible Incomplete Inclusion of Goodwill | GKC | 1.00 | $300.00 | $300.00 |
| 3/23/20 | Further Familiarization with caselaw re: Perfection of Security Interests in Trademarks; Follow-up Teleconference with Rob Goe re: Status of Case and Security Interest | GKC | 1.70 | $300.00 | $510.00 |
| **MEADE002T** | **MASTERCLASS** | | | | |
| 3/18/20 | Review of Trademark Office Action and Coordination of Filing of Corrective Response | GKC | 0.90 | $300.00 | $270.00 |
| **MEADE004T** | **STARPRO AZ** | | | | |
| 3/30/20 | Preparation and filing of Statement of Use (1 International Class-FF) | GKC | | | $250.00 |
| **MEADE005T** | **ADVANCED COMA-FREE** | | | | |
| 3/30/20 | Preparation and filing of Response to Trademark Office Action re substitute specimen | GKC | | | $200.00 |

**TOTAL FOR PROFESSIONAL SERVICES:**                                **$1,680.00**

<u>DISBURSEMENTS:</u>

Stmt of Use/Ext of Time/Petition Fee MEADE002T                              $275.00

EXHIBIT 2 - BILLING STATEMENTS

| DATE | DESCRIPTION | HRS | RATE | AMT |
|------|-------------|-----|------|-----|
| | Section 8 Fee MEADE005T | | | $100.00 |
| | Statement of Use Fee MEADE004T | | | $100.00 |
| | **TOTAL FOR DISBURSEMENTS:** | | | **$475.00** |

**BALANCE FOR THIS STATEMENT:**  **$2,155.00**

PREVIOUS BALANCE:  $3,030.00

PAYMENT RECEIVED OR CREDIT BALANCE FORWARDED:  **(**  $0.00 **)**

**TOTAL AMOUNT DUE:**  **$5,185.00**

RETAINER BALANCE:  **(**  $0.00 **)**

| | | |
|---|---|---|
| KMS = Kit M. Stetina | SSS = Shunsuke S. Sumitani | PAR = Paralegal |
| WJB = William J. Brucker | MJZ = Michael J. Zingale | FF = Flat Fee Charge |
| MBG = Mark B. Garred | GKC = Gregory K. Clarkson | Other initials represent law clerks. |
| MAN = Matthew A. Newboles | SMH = Stephen M. Hamon | |
| LA = Lowell Anderson | | |
| ELT = Eric L. Tanezaki | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please indicate your Invoice Number and your Client ID with your remittance.
Payments made by credit card are subject to a 3 % convenience fee.
The 3 % fee and your payment to us will appear as one charge on your credit card statement.
Please note that we do not accept payments by debit cards.
For your protection, we request that you do not fax or email your credit card information.
Please include the following with your remittance for credit card payments.

Credit Card Information:  Credit Card No.: _____

Exp. Date: _____ / 20_____        Amount: $_____

Alternatively, you can call our office to provide your credit card information at (949) 855-1246.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EXHIBIT 2 - BILLING STATEMENTS

# EXHIBIT 3

EXHIBIT 3

LAW OFFICES OF

*Stetina Brunda Garred & Brucker*

A PROFESSIONAL CORPORATION
PATENT, TRADEMARK, COPYRIGHT AND UNFAIR COMPETITION CAUSES

75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656

KIT M. STETINA
BRUCE B. BRUNDA (ret.)
WILLIAM J. BRUCKER
MARK B. GARRED
MATTHEW A. NEWBOLES
ERIC L. TANEZAKI
LOWELL ANDERSON
SHUNSUKE S. SUMITANI
MICHAEL J. ZINGALE
—————
GREGORY K. CLARKSON
STEPHEN M. HAMON

| TELEPHONE | (949) 855-1246 |
| FACSIMILE I | (949) 855-6371 |
| FACSIMILE II | (949) 716-8197 |
| www.stetinalaw.com |

## FIRM RESUME

STETINA BRUNDA GARRED & BRUCKER specializes in:
Intellectual Property Law including Patent, Trademark, Copyright,
Unfair Competition, Trade Secret, Licensing, Computer Law and Related Anti-Trust Law

## FIRM PROFILE

STETINA BRUNDA GARRED & BRUCKER was founded in 1980 and serves the intellectual property needs of the Greater Southern California area through its strategically located office in South Orange County.  The firm concentrates on both domestic and foreign intellectual property prosecution, litigation and licensing.  The firm encourages its personnel to engage in continuing professional development through continuing legal education and professional association activities.

STETINA BRUNDA GARRED & BRUCKER is a member of the Bar Register of Preeminent Lawyers and is AV rated by Martindale-Hubbell Law Directory.

EXHIBIT 3 - FIRM RESUME

*Stetina Brunda Garred & Brucker*

Page 2

## PRINCIPALS OF THE FIRM

**KIT M. STETINA**, born in Compton, California, 1952; admitted to Bar, California (1978); U.S. District Courts for the Central District of California (1978), Northern District of California (1990), and Southern District of California (1983), U.S. Court of Appeals, Federal Circuit (1989); U.S. Claims Court; registered to practice before U.S. Patent and Trademark Office (1979).

Education: Arizona State University (B.S. Mechanical Engineering, 1974); Pepperdine University (J.D., Cum Laude, 1978); Phi Alpha Delta Staff Member 1976-1977 and Editor 1977-1978, Pepperdine University Law Review.

Member: Orange County Bar Association; State Bar of California; Orange County Patent Law Association; Los Angeles Patent Law Association.

**BRUCE B. BRUNDA**, born in Staten Island, New York, 1951; admitted to Bar, New York (1978), California (1983); U.S. District Courts for the Southern and Eastern Districts of New York (1979); U.S. Court of Appeals for the Federal Circuit (1982) and Ninth Circuit (1983); U.S. District Courts for the Northern District of California (1983), Central District of California (1983) and Southern District of California (1983); U.S. Court of Customs and Patent Appeals (1981); and U.S. Claims Court (1983); registered to practice before U.S. Patent and Trademark Office (1978); Appointed Special Master, United States District Court, District of Arizona (1998); Appointed Special Master, United States District Court, Eastern District of Texas, Marshall Division (1998) (1999).

Education: New Jersey Institute of Technology (B.S.E.E. 1972); Franklin Pierce Law Center (J.D. 1977); Author: "Patent Preliminary Injunction," 65 Journal Patent Office Society 632 (1983); "Resolution of Patent Disputes by Non-Litigation Procedures", 15 AIPLA Quarterly Journal 73 (1987); "The Effect of Utility Patents on Trade Dress Infringement", Orange County Lawyer, May 2000; Update Author: "Trade Secrets Practice in California," CEB, California (1999) (2000). Judicial Law Clerk to Chief Judge Howard T. Markey, U.S. Court of Appeals for the Federal Circuit, 1980-1982, Director/President: Orange County Patent Law Association; Councilman, National Council of Patent Law Association; Delegate U.S. Bar/JPO Liaison Council 1990; Director Orange County Barristers Association, 1984-1986.

Member: Orange County Bar Association; American Bar Association; State Bar of California; Orange County Patent Law Association; American Intellectual Property Law Association; Los Angeles Patent Law Association; CEB-State Bar Business & Intellectual Property Law Advisory Committee. U.S. Army Special Forces 1972-1974.

**MARK B. GARRED**, born in Euclid, Ohio, 1964; admitted to Bar, Ohio (1990), California (1990); U.S. District Court, Northern District of Ohio (1990); U.S. District Court, Northern District of California (1990), Central District of California (1991) and Southern District of California (1991); U.S. Court of Appeals for the Federal Circuit (1995) and U.S. Court of Appeals for the Ninth Circuit (1995); registered to practice before the United States Patent and Trademark Office (1991).

EXHIBIT 3 - FIRM RESUME

*Stetina Brunda Garred & Brucker*

Page 3

Education:   Gannon University (B.M.E. [Mechanical Engineering] 1986); Cleveland-Marshall College of Law, Cleveland State University (J.D. 1989); [Design Engineer 1986-1987].

Member:  Orange County Patent Law Association; State Bar of California.

**WILLIAM J. BRUCKER,** born in Pittsburgh, Pennsylvania, 1964; admitted to Bar, Ohio (1990), California (1991); U.S. District Courts for the Central District of California (1991), Southern District of California (1991), Northern District of California (1990), Eastern District of California (1999); U.S. Courts of Appeals for the Federal Circuit (1995) and Ninth Circuit (1995); U.S. District Courts for the Northern District of Ohio (1990), Eastern District of Wisconsin (1997), Western District of Michigan (2001) and District of Colorado (2002); registered to practice before the United States Patent and Trademark Office (1992).

Education:   Gannon University (B.E.E. [Electrical Engineering] 1986); Case Western Reserve University (J.D. 1990); engineering emphasis; digital electronics, logical design, microprocessors and computer architecture.

Member:  Orange County Patent Law Association; American Intellectual Property Law Association; State Bar of California.

**MATTHEW A. NEWBOLES**,  born in Bakersfield, California, 1965; admitted to Bar, California (1993); U.S. District Courts for the Central District of California (1994), Northern District of California (1995), and Southern District of California (1996); U.S. Court of Appeals, Federal Circuit (2008) and Ninth Circuit (1995); registered to practice before the United States Patent and Trademark Office (1992).

Education:   California Polytechnic State University, San Luis Obispo (B.S., Biochemistry, Cum Laude, 1988); Santa Clara University (J.D., 1993); Research Editor, Santa Clara Computer and High Technology Law Journal (1992-1993).

Member:  State Bar of California; Orange County Patent Law Association.

**ERIC L. TANEZAKI**, born in Long Beach, California, 1967; admitted to Bar, California (1996); admitted to the U.S. District Court Central District of California (1997); Northern District of California (2001), and Southern District of California (1997); registered to practice before U.S. Patent and Trademark Office (1996).

Education:   University of Southern California (B.S. Mech. Eng., 1989); University of the Pacific, McGeorge School of Law (J.D., 1996); Engineer, McDonnell Douglas Electronic Systems Co., 1989-1993.

Member:   California Bar Association; Orange County Bar Association; Los Angeles County Bar Association; Orange County Patent Law Association; Intellectual Property Law Mentor for USC Stevens Institute for Innovation; and Executive Director for the Southern California Venture Network (SCVN.org).

EXHIBIT 3 - FIRM RESUME

*Stetina Brunda Garred & Brucker*

Page 4

**LOWELL ANDERSON**, born in Nebraska in 1950; admitted to practice before the California Supreme Court, U.S. District Court, Central District of California (1983), Northern District of California (1987), Southern District of California (1984), Federal District Courts in Missouri, Washington and New York, the Ninth Circuit Court of Appeals (1983), and the Court of Appeals for the Federal Circuit (1994).

<u>Education</u>:  Bachelor's Degree in Mechanical Engineering in 1972 from the University of Nebraska--Lincoln, admitted to the Pi Tau Sigma and Sigma Tau engineering honorary societies; Master's Degree in Mechanical Engineering in 1977 from the University of Michigan, Ann Arbor, taught under Professor Joseph Shigley; Juris Doctorate 1982 from the University of California, Hastings College of Law in San Francisco; was a semi-finalist in the 1981 Giles Sutherland Rich Moot Court Competition, and served as a managing editor of the Hastings Constitutional Law Quarterly.

Worked as an engineer in the Research & Development Department of the Eastman Kodak Company in Rochester, New York for three years, and for four years worked in El Segundo, California at the Aerospace Corporation, which was the consultant to the Air Force Space Division.

<u>Member</u>:  State Bar of California; Orange County Patent Law Association (Past-President of the Orange County Patent Law Association); Editor of New Matter, a quarterly publication of the Intellectual Property Section of the State Bar of California, and was Chair of that Section from 1992-1993.  Has authored a number of articles on various intellectual property topics for New Matter, for the OCPLA Newsletter, and for the European Intellectual Property Law Reporter.  Wrote several chapters in the CEB Book on Trade Secrets in California.

**SHUNSUKE (SAM) SUMITANI**, born in Tokushima City, Japan, 1979; admitted to Bar, California (2005); U.S. District Court for the Central District of California (2006); registered to practice before the U.S. Patent and Trademark Office (2005).

<u>Education</u>:  Purdue University, West Lafayette, Indiana (B.S. Electrical Engineering Technology, 2002); Franklin Pierce Law Center, Concord, NH (J.D., 2005); Public Interest Coalition Lexis-Nexis Fellow, 2003.

<u>Member</u>: State Bar of California, Orange County Bar Association, Orange County Patent Law Association.

<u>Languages</u>: Japanese (conversational).

EXHIBIT 3 - FIRM RESUME

*Stetina Brunda Garred & Brucker*

Page 5

**MICHAEL J. ZINGALE**, born in East Amherst, New York, 1980; admitted to Bar, California (2006); Central District of California (2006); registered to practice before the United States Patent and Trademark Office (2006).

Education:  University of Notre Dame (B.S., Mechanical Engineering, 2002); Whittier Law School (J.D. 2006); Whittier Law Review; Certificate in Intellectual Property.

Member:  State Bar of California, Orange County Patent Law Association.

## ASSOCIATES

**GREGORY K. CLARKSON,** born in Newport Beach, California, 1989; admitted to Bar, California (2014); Central District of California (2014); Federal Circuit (2014); Registered to practice before the United States Patent and Trademark Office (2014).

Education: University of California, Irvine (B.S. Biology 2010; B.S., Chemistry, 2011); University of California, Irvine School of Law (J.D. 2014).

Member: State Bar of California, Federal Bar Association of Orange County, Orange County Patent Law Association.

**STEPHEN M. HAMON,** born in Redding, Connecticut, 1982; admitted to Bar, California (2007); U.S. District Court for the Central District of California (2007); U.S. Court of Appeals for the Ninth Circuit (2007); registered to practice before the United States Patent and Trademark Office (2010).

Education: Stanford University (B.A.S. Physics, Music, 2004); UCLA School of Law (J.D. 2007).

Member: State Bar of California, Intellectual Property Law Section; Orange County Bar Association; Orange County Intellectual Property Law Association.

EXHIBIT 3 - FIRM RESUME

*Stetina Brunda Garred & Brucker*

Page 6

## LEGAL SUPPORT STAFF

## <u>PARALEGALS</u>

**KRISTY KAY CHRISTIE**, born Minneapolis, Minnesota, 1964.

<u>Education</u>:   University of Minnesota; Moorhead University; American Institute for Paralegal Studies, Paralegal Program Certificate (1989-1990) - (Paralegal and Foreign Filing Specialist).

**RENEE LAU**, born San Francisco, California, 1990.

<u>Education</u>:   University of California, Irvine (2012); University of California, Irvine, Division of Continuing Education, Paralegal Certificate Program (2016) - (Litigation Paralegal and National Filing Specialist).

<u>Member</u>: State of California Notary Public.

EXHIBIT 3 - FIRM RESUME

*Stetina Brunda Garred & Brucker*

Page 7

## REPRESENTATIVE CLIENTS

| | |
|---|---|
| 2Advanced Studios, LLC | Lithocrete, Inc. |
| 3 Day Blinds LLC | Luther Needlesafe Products, Inc. |
| 3Gen, Inc. | Medela, Inc. |
| Applied Digital Solutions, Inc. | Meggitt Defense Systems |
| ASSA ABLOY AB | Michael Berman Limited |
| Asterisk.Asterisk LLC | MK Products, Inc. |
| Awesome Products, Inc. | MPF Technologies |
| Bad Cat Amplifiers | NantHealth, Inc. |
| Becton Dickenson | NantWorks, LLC |
| Bluebeam Software, Inc. | Nirve Sports, Ltd. |
| Breathe Technologies, Inc. | Norm Reeves, Inc. |
| Cedarlane Natural Foods, inc. | Northrop-Grumman Corp. |
| Control Components, Inc. | Omnia Italian Design, Inc. |
| Dana Innovations/Sonance | Ossur hf |
| Daylight Chemical Information, Inc. | Palos Verdes Footwear |
| Diono, LLC | Phenomenex, Inc. |
| Dunlop Sports Company Limited (Cleveland Golf) | Primal Elements, Inc. |
| Dunn-Edwards Corp. | Pro-Mart Industries, Inc. |
| Elite Mfg. Corp. | Racing Optics, Inc. |
| Endevco Corp. | Redline Detection, LLC |
| Energy Suspension | Rexhall Industries |
| Evolution Hospitality | Rohl, LLC |
| Felt Racing, LLC | San Juan Products, Inc. (dba San Juan Pools) |
| Future Fins, LLC | Scientific Applications & Research Associates, Inc. (SARA) |
| Globe Promotions, Inc. | Scorpion Sports, Inc. |
| Heritage Provider Network | Scott Boras Corporation |
| HID Global Corporation | Securis Inc. (dba Hubbard Enterprises) |
| Infantino, LLC | Shaw & Sons, Inc. |
| Inland Empire Foods | Smart Industrial Group, Ltd. |
| Innova Electronics Corp./Equus Products | Smile Brands Inc. |
| Innovative Display Works | Sole Technology, Inc. (ETNIES) |
| Integrated Medical Systems | Spectra International |
| ITT Flojet | Spy Optic Inc. |
| ITT Jabsco | Sterno Candle Lamp |
| ITT Pureflo | Tarsadia Hotels |
| Kofax, Inc. | TST Water, Inc. |
| Kyocera Tycom Corporation | University of Southern California |
| Lamkone Restaurants, Inc. (dba Wahoo's Fish Taco) | Water Conservation Technology International, Inc. |
| Lifted Research Group, Inc. (LRG) | Wavesense, Inc. |
| LiquidMetal Technologies | W.E. Hall Company/Pacific Corrugated Pipe Co. |
| | Westlife Distribution USA, LLC (686) |

EXHIBIT 3 - FIRM RESUME

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

 18101 Von Karman, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **APPLICATION FOR PAYMENT OF INTERIM (11 U.S.C. § 331)/FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/07/2020   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 04/07/2020   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 04/07/2020   , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

 The Honorable Catherine Bauer, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/07/2020   | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## Mailing Information for Case 8:19-bk-14714-CB

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Matthew Borden**    borden@braunhagey.com,
  rosario@braunhagey.com;kushnir@braunhagey.com;verga@braunhagey.com;hagey@braunhagey.com;fisher@braunhagey.com;theodore@braunhagey.com;hasegawa@braunhagey.com;szoke@braunhagey.com;baker@braunhagey.com
- **Frank Cadigan**    frank.cadigan@usdoj.gov
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Mark S Horoupian**    mhoroupian@sulmeyerlaw.com,
  dwalker@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Claire K Wu**    ckwu@sulmeyerlaw.com,
  mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Grobstein Teeple LLP**
6300 Canoga Avenue Suite 1500W
Woodland Hills, CA 91367

**SulmeyerKupetz, A Professional Corporation**
333 South Grand Ave Suite 3400
Los Angeles, CA 90071