Mark S. Horoupian (CA Bar No. 175373)
  mhoroupian@sulmeyerlaw.com
Claire K. Wu (CA Bar No. 295966)
  ckwu@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Official Committee of
Unsecured Creditors of Meade Instruments Corp.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:19-bk-14714-CB |
| ☒ MEADE INSTRUMENTS CORP., a Delaware corporation, | (Jointly Administered with Case No. 8:19-bk-14711-CB) |
| ☐ SUNNY OPTICS, INC., a Delaware corporation, | Chapter 11 |
| ☐ All Debtors.<br><br>Debtors and Debtors-in-Possession. | **FIRST INTERIM APPLICATION OF SULMEYERKUPETZ, A PROFESSIONAL CORPORATION, AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES; DECLARATION OF MARK S. HOROUPIAN IN SUPPORT THEREOF**<br><br>**[Period Covered: January 8, 2020, through and including March 31, 2020]**<br><br>Date:  April 29, 2020<br>Time:  10:00 a.m.<br>Place:  Courtroom 5D<br>        411 West Fourth Street<br>        Santa Ana, CA 92701 |

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 213.629.4520

MSH 2698789v3

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES ENTITLED TO NOTICE:**

[The following information is supplied in conformity with Form No. 2016-1.2 of the United States Bankruptcy Court for the Central District of California]:

1. Name of Applicant: **Sulmeyer**Kupetz, A Professional Corporation ("Applicant" or "Sulmeyer").

2. Type of Services Rendered:  General bankruptcy counsel for the Official Committee of Unsecured Creditors (the "Committee") of Meade Instruments Corp. ("Meade" or the "Debtor").

3. Date of Filing of Petition under Chapter 11 of the Bankruptcy Code:  December 4, 2019.

4. Date of Entry of Order Approving Applicant's Employment:  February 25, 2020 [Dkt. No. 130], retroactive to January 8, 2020.

5. Date of Filing of Last Fee and/or Expense Application: Not Applicable.

6. Total Fees Allowed for Paid to Applicant to Date (including Retainers and Prior Approved Fee Applications):  Not Applicable.

    a. Retainer received:  None.

    b. Retainer remaining as of the date of this application:  Not Applicable.

    c. Total amount requested in all prior applications:  Not Applicable.

    d. Total amount actually paid pursuant to prior approved applications:  Not Applicable.

    e. Total amount currently due but unpaid pursuant to prior approved applications:  $0.

    f. Total amount allowed but reserved pending final fee application: Not Applicable.

    Summary of Requested Fees:  *See* **Exhibits 1** through **5** attached hereto.

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 213.629.4520

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 213.629.4520

7.    The Hourly Rates Above are the Same Rates Charged by the Above Professionals for Non-Bankruptcy Services Except as Follows:  Applicant agreed to reduce attorney rates by 20% as an accommodation to the Committee.

8.    Bonus Requested (final fee applications only):  None.

9.    **TOTAL FEES REQUESTED IN THIS APPLICATION: $69,495.20 (after applying discount of 20% or $17,373.80).[1]**

10.    Total Expenses paid to Applicant to Date (including Retainers and Prior Approved Expense Applications): Not Applicable.

11.    Summary of Requested Expense Reimbursement:  See **Exhibit 5** attached hereto.

12.    **TOTAL EXPENSE REIMBURSEMENT REQUESTED IN THIS APPLICATION: $81.40.**

13.    Applicant Submits the Following in Support of the Application Herein Pursuant to Local Bankruptcy Rule 2016-1 (specify):  See Narrative Statement of Services Rendered, *infra*.

14.    Total Number of Attached Pages:  43.

15.    Applicant declares under penalty of perjury under the laws of the United States of America that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

DATED: April 7, 2020                      Respectfully submitted,

                                          **Sulmeyer**Kupetz
                                          A Professional Corporation


                                          By:    */s/Mark S. Horoupian*
                                                 Mark S. Horoupian
                                                 Claire K. Wu
                                                 Attorneys for Official Committee of Unsecured Creditors

---

[1] Total fees incurred were $86,869.00.

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 213.629.4520

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## FIRST INTERIM FEE APPLICATION OF SULMEYERKUPETZ ATTORNEYS FOR THE COMMITTEE

### I.

### INTRODUCTION/OVERVIEW

On December 4, 2019 (the "Petition Date"), the above-captioned debtors ("Debtors") commenced these jointly administered bankruptcy cases by the filing of voluntary Chapter 11 petitions.  On December 31, 2019, the Office of the United States Trustee appointed five creditors to a creditors' committee in the bankruptcy case of Meade Instrument Corp. ("Meade").[2]  The Committee voted to retain **Sulmeyer**Kupetz, a Professional Corporation, as general bankruptcy counsel to the Committee.  Sulmeyer has continued to act as general bankruptcy counsel from the date of its retention through the present.

This is Sulmeyer's first application for allowance and payment of interim fees.  By this Application, Sulmeyer seeks interim allowance of its fees and expenses incurred from January 8, 2020 through March 31, 2020 (the "First Interim Period").  Pursuant to Local Bankr. R. 2016-1(a)(1)(A)(iv), Sulmeyer hereby incorporates by this reference the narrative history provided in the fee application by the Debtors' general bankruptcy counsel, Goe Forsythe & Hodges, LLP, which application will be heard contemporaneously with Sulmeyer's Application.

### II.

### PRESENT STATUS OF THE CASE

During the First Interim Period, the Debtor and the Committee have been working closely together to attempt to find an acquirer for the Debtor's operations.  In furtherance of that objective, the Debtor and the Committee jointly retained an investment banker, and have been working with that banker to prepare the Debtor for going to market.  The Debtor and the Committee have also been working together to address operational issues, cost-cutting, matters relating to the Debtor's supply chain, and litigation matters.  According to recent information received from the Debtor, the Committee understands that the total bank balances of the Debtors is $1,670,988.39.

---

[2] Cornerstone Research, Inc. has since resigned from the Committee.

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 213.629.4520

# III.

## TIME EXPENDED, EXPENSES INCURRED, AND AMOUNTS REQUESTED

The narrative portion of this Application is meant primarily as a limited summary of the major areas of work performed by Applicant.  The attached exhibits set forth in greater detail the actions taken by Applicant in this case.

The services for which Applicant requests compensation were performed for, or on behalf of the Committee, and not on behalf of any creditor, or for the benefit of any other person.  At all times covered by this Application, Applicant diligently sought to fulfill its duty as counsel for Committee.

Applicant has no agreement with any other person, firm, or entity for the division or sharing of any fees received in this case, in violation of the Bankruptcy Code, the Bankruptcy Rules, or any other provision of state or federal law.

The services rendered by Applicant were necessary, proper, and beneficial to not only the Committee, but to the entire bankruptcy estate (the "Estate").  Services performed by Applicant throughout this case were performed in a professional, skilled, and expeditious manner requiring substantially less time than would have been required of counsel with less expertise.  Applicant has made every attempt to reduce attorney hours expended and, where appropriate, matters not demanding the services of senior attorneys were assigned to junior associates, or paralegals.

# IV.

## NARRATIVE STATEMENT OF SERVICES RENDERED BY OUST TIME CATEGORY

Pursuant to Federal Rule of Bankruptcy Procedure 2016(a) and Local Bankruptcy Rule 2016-1(a), Applicant hereby submits this narrative of services rendered and expenses incurred by Applicant on behalf of the Committee.

A.    **Case Administration**

During the First Interim Period, Sulmeyer spent 31.70 hours performing services in connection with Case Administration.  Sulmeyer's fees charged for these services are $18,047.50.  Sulmeyer's blended hourly rate for these services is $569.32 (before the 20% discount on rates).

Under this category of services, Sulmeyer assisted the Committee in governance issues, including preparation of by-laws, and establishment of other protocols as to how the Committee would govern itself.  Additionally, Sulmeyer conducted multiple conference calls with the Committee, as well as conference calls with the Committee, Debtor, and the Estate's investment banker regarding the current status of the case and impending issues.  Sulmeyer has reviewed monthly operating reports filed by the Debtors, reviewed the Debtors' status reports, appeared at case status conferences, and reviewed and responded to other motions filed by the Debtors affecting case administration (i.e., those motions that do not fit within any other U.S. Trustee billing category).

**B.    Business Operations**

During the First Interim Period, Sulmeyer spent 8.80 hours performing services in connection with Business Operations.  Sulmeyer's fees charged for these services are $5,020.00.  Sulmeyer's blended hourly rate for these services is $570.45 (before the 20% discount on rates).

Under this category, Sulmeyer worked extensively with the Debtor and counsel for the Debtor's largest creditor, Optronic Technologies, Inc. dba Orion ("Orion"), to develop a supply agreement whereby Ningbo Sunny Electronic Ltd. ("Ningbo Sunny") (the Debtor's parent and largest supplier of product) agreed to continue to ship product to the Debtor, provided that Orion would not assert its right to levy against the accounts receivable generated by such sales (Orion has a judgment lien against Ningbo Sunny).[3]  That trade agreement was agreed to after the First Interim Period.

**C.    Claims Administration and Objections**

During the First Interim Period, Sulmeyer spent 54.40 hours performing services in connection with Claims Administration and Objections.  Sulmeyer's fees charged for these services are $30,054.00.  Sulmeyer's blended hourly rate for these services is $552.46 (before application of the 20% discount on rates).   The majority of the work performed under this

[3] Orion sued Ningbo Sunny, Sunny Optics, Inc. ("Sunny Optics") and the Debtor in the Northern District of California (the "Orion Lawsuit"), for among other things, unfair business practices and anti-trust violations.   Prior to the Petition Date, a jury awarded Orion approximately $50 million.  A judgment was entered against Ningbo Sunny, but because of the automatic stay, no judgment has been entered against the Debtor and Sunny Optics to date.

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 213.629.4520

category of services was performed to address issues regarding the significant alleged secured

claim by litigation counsel for the Debtor, Sunny Optics, and their parent, Ningbo Sunny, Shepard

Mullin Richter & Hampton ("SMRH").  In particular, the Debtor transferred a security interest in

all of its assets to SMRH within 90 days of the Petition Date.  The Debtor has asked the

Committee to be primarily responsible for any challenge to SMRH's lien.  The Committee is

investigating whether the lien is avoidable under applicable law.  Further, the Committee is

investigating whether payments made by the Debtor to SMRH during the course of its

representation, believed to be several million dollars, may be avoidable.  In order to perform this

investigation, the Committee requires access to certain documents from SMRH and/or the Debtor.

The Committee has met and conferred with both SMRH and the Debtor regarding this subject, and

has prepared and filed (in the case of the Debtor) or will shortly file (in the case of SMRH),

motions authorizing the 2004 examination of both.  Sulmeyer has also conducted legal research

regarding potential claims against SMRH.  Given the size of SMRH's secured claim, which is the

only secured claim that exists against the Debtor's assets, significant attention to these matters is

warranted.

**D.      Relief From Stay**

During the First Interim Period, Sulmeyer spent 12.40 hours performing services in

connection with Relief from Stay Proceedings.  Sulmeyer's fees charged for these services are

$6,895.00.  Sulmeyer's blended hourly rate for these services is $556.04 (before the 20% discount

on rates).

Under this category, Sulmeyer participated in negotiations with the Debtor and Orion

regarding Orion's request for relief from the automatic stay so that it could obtain the entry of its

judgment from the Orion Lawsuit.  Ultimately, an agreement could not be reached, and Orion

recently filed a motion requesting such relief.  Sulmeyer prepared and filed a brief statement of the

Committee in response to the Motion.

**E.      Fee/Employment Applications**

During the First Interim Period, Sulmeyer spent 15.70 hours performing services in

connection with Fee/Employment Applications.  Sulmeyer's fees charged for these services are

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 213.629.4520

$8,952.50.  Sulmeyer's blended hourly rate for these services is $570.22 (before the 20% discount on rates).

Under this category, Sulmeyer prepared the Committee's application to employ Sulmeyer as general bankruptcy counsel, interviewed and negotiated the terms of the retention of the Estate's joint investment banker, reviewed and signed off on the application to employ the investment banker, appeared at a hearing on the motion to approve the investment banker, and reviewed and commented on the Debtor's motion to retain special intellectual property counsel.

**F.    Plan and Disclosure Statement**

During the First Interim Period, Sulmeyer spent 4.00 hours performing services relating to plan and disclosure statement issues.  Sulmeyer's fees charged for these services are $1,712.50. Sulmeyer's blended hourly rate for these services is $428.12 (before the 20% discount on rates).

Under this category of services, Sulmeyer has explored potential plan options that the Committee may undertake, and reviewed the Debtor's motion to extend exclusivity.  With respect to the latter, Sulmeyer negotiated a compromise whereby the extension of exclusivity does not apply to the Committee.  Sulmeyer appeared at the hearing on the Debtor's motion to extend exclusivity which was approved by the Court.

**G.    Asset Disposition (TD REO)**

During the First Interim Period, Sulmeyer spent 18.70 hours performing services in connection with Asset Disposition.  Sulmeyer's fees charged for these services are $11,125.00. Sulmeyer's blended hourly rate for these services is $594.91 (before the 20% discount on rates).

Under this category of services, Sulmeyer has worked with the Debtor, the Estate's investment banker, the Debtor, and the Committee, to develop a plan regarding the marketing of the Debtor's assets for sale.  Sulmeyer's work has included participating and hosting multiple conference calls with the Committee, Debtor, and the Estate's investment banker to discuss purchase price estimates, financing information backing such estimates, protocols, timing and processes for taking the Debtor's assets to market.  Sulmeyer prepared the form of non-disclosure agreement to be circulated to interested parties.  Sulmeyer has also worked directly with the

SulmeyerKupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 213.629.4520

1  investment bankers to gather certain financial data points for the due diligence data room, and has

2  responded to calls from potentially interested buyers.

3  **H.    Executory Contract Leases**

4         During the First Interim Period, Sulmeyer spent 2.00 hours performing services in

5  connection with Executory Contracts and Leases.  Sulmeyer's fees charged for these services are

6  $1,250.00.  Sulmeyer's blended hourly rate for these services is $625.00 (before the 20% discount

7  on rates).

8         Under this category of services, Sulmeyer reviewed the Debtor's motion to extend time to

9  assume or reject non-residential leases, and filed a response thereto.  Sulmeyer also appeared at

10  the hearing on the motion, which was granted.  Additionally, Sulmeyer reviewed the situation

11  regarding the Debtor's wholly-owned Mexican subsidiary's lease, and provided input to the

12  Committee regarding the same.

13  **I.    Meeting of Creditors**

14         During the First Interim Period, Sulmeyer spent 6.10 hours performing services in

15  connection with the section 341(a) meeting of creditors.  Sulmeyer's fees charged for these

16  services are $3,812.50.  Sulmeyer's blended hourly rate for these services is $625.00 (before the

17  20% discount on rates).

18         Under this category of services, Sulmeyer appeared at the section 341(a) examination of

19  the Debtor shortly after its selection as counsel to the Committee.  Sulmeyer followed up with the

20  Debtor thereafter for certain information discussed at the hearing.

21                                          **V.**

22                              **EXPENSES INCURRED**

23         A summary of all expenses incurred in connection with Applicant's representation of the

24  Committee during the period covered by this fee application is included in **Exhibit 5** attached

25  hereto.  These expenses total $81.40.  Applicant's request for reimbursement of expenses herein

26  includes costs advanced for reproduction and other out-of-pocket costs and expenses incurred on

27  behalf of the Committee.  Applicant has made every effort to limit the expenditure of expenses

28

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 213.629.4520

MSH 2698789v3                              8

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 213.629.4520

1    and to use the most economical means available for accomplishing the tasks requiring expenditure

2    of costs.

3        Applicant did not charge for incoming or outgoing facsimile transmissions.  Photocopies

4    are generally handled in-house, and are charged $0.20 per page as reflected in the detailed billing

5    statements attached hereto.  The number of photocopies are recorded automatically when the

6    person making the copies enters the appropriate billing code into a device attached to Applicant's

7    copy machines.

8                                    **VI.**

9                    <u>**DESCRIPTION OF ATTACHED EXHIBITS**</u>

10        Attached hereto as **Exhibit 1** is a resume of Applicant and its members and associates.

11        Attached hereto as **Exhibit 2** is an itemized listing of the services rendered by Applicant,

12    and the hours expended for the period described in this Application, organized in chronological

13    order by project category.  A billing summary is included on the last page of this exhibit.

14        Attached hereto as **Exhibit 3** is a summary of fees that lists, under each project category,

15    the particular attorney or paralegal who provided the services, his/her billing rate, and the total

16    hours expended by him/her.

17        Attached hereto as **Exhibit 4** is a summary of fees that lists, under each project category,

18    the total hours expended, and the total amount billed each month.

19        Attached hereto as **Exhibit 5** is a summary of all expenses incurred in connection with

20    Applicant's representation of the Committee.

21                                    **VII.**

22                            <u>**CONCLUSION**</u>

23        **WHEREFORE**, Applicant respectfully requests that the Court enter an order:

24        1.    Allowing, on an interim basis, compensation to Applicant in the amount of

25    **$69,495.20**, which represents the total fees incurred in the case after application of a discount of

26    20% of the hourly rates of Sulmeyer's attorneys;

27        2.    Allowing, on an interim basis, reimbursement of expenses incurred by Applicant in

28    the amount of **$81.40**; and

1         3.     Authorizing and directing payment to Applicant for all amounts awarded pursuant

2 to this Application.

3 DATED: April 7, 2020               Respectfully submitted,

4                                   **Sulmeyer**Kupetz

5                                   A Professional Corporation

6

7                By:    */s/Mark S. Horoupian*

8                     Mark S. Horoupian

9                     Claire K. Wu
                    Attorneys for Official Committee of Unsecured
                    Creditors

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 213.629.4520

MSH 2698789v3

**DECLARATION OF MARK S. HOROUPIAN[4]**

I, Mark S. Horoupian, declare as follows:

1.      I am an individual over the age of eighteen, and I am an attorney licensed to practice law in the State of California and admitted to practice in the United States District Court for the Central District of California.  I am a member of **Sulmeyer**Kupetz, A Professional Corporation ("Applicant"), Bankruptcy Counsel for the Official Committee of Unsecured Creditors (the "Committee").  I am the primary attorney responsible for representing the Committee in this matter, overseeing the billing, and assuring compliance with the Guidelines of the United States Trustee relating to billing.

2.      I make this declaration in support of the "First Interim Application of **Sulmeyer**Kupetz, A Professional Corporation, as Counsel to the Official Committee of Unsecured Creditors, for Allowance and Payment of Fees and Expenses" (the "Fee Application").

3.      Except as otherwise indicated, all statements made herein are based on my personal knowledge or my review of relevant documents.  If called to testify as a witness in this matter, I could and would competently testify under oath to the truth of the statements set forth herein.

4.      I believe that the Fee Application accurately reflects the services rendered and expenses incurred by Applicant in this case.

5.      Attached hereto as **Exhibit 1** is a resume of Applicant and its members and associates.

6.      Attached hereto as **Exhibit 2** is an itemized listing of the services rendered by Applicant, and the hours expended for the period described in this Fee Application, organized in chronological order by project category.  A billing summary is included on the last page of this exhibit.

7.      Attached hereto as **Exhibit 3** is a summary of fees that lists, under each project category, the particular attorney or paralegal who provided the services, his/her billing rate, and the total hours expended by him/her.

---

[4] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the application to which this declaration is attached.

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 213.629.4520

8.      Attached hereto as **Exhibit 4** is a summary of fees that lists, under each project category, the total hours expended, and the total amount billed each month.

9.      Attached hereto as **Exhibit 5** is a summary of all expenses incurred in connection with Applicant's representation of the Committee.

10.     I believe that the Fee Application complies with the United States Trustee Guide for Professional Compensation except as specifically noted and justified in the Fee Application.

11.     Neither I, nor any owner of Applicant to the best of my knowledge, have any agreement or understanding of any kind or nature to divide, pay over or share any portion of the fees to be awarded to Applicant with any other person or attorney, except as among the members of Applicant.  Applicant has provided legal services to the Committee with an effort to keep all costs to a minimum and believes that its billing rates are reasonable and well within the scope of fees charged by professionals for services of a similar nature.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 7, 2020, at Huntington Beach, California.

_/s/Mark S. Horoupian_____
Mark S. Horoupian

# EXHIBIT 1



**W**ith a 65 year legacy, **Sulmeyer**Kupetz is one of the premier financial restructuring, insolvency, and litigation firms in California, with an emphasis on dispute resolution arising out of commercial and business disputes, and complex insolvency and bankruptcy matters.  Our attorneys represent debtors, creditors, committees, landlords, insurance companies, assignees for the benefit of creditors, trustees, receivers, municipalities, buyers, sellers, professionals and other parties.  The firm's wide ranging practice is demonstrated by the vast experience of our attorneys in every aspect and facet of financial restructuring and litigation, both in federal and state court, and in out-of-court workouts.

**Sulmeyer**Kupetz attorneys bring a specialized expertise to our clients and to the cases we handle, derived collectively from generations of experience in select areas of the law.  With two attorneys serving as Federal Bankruptcy Trustees and others acting as State Court appointed Receivers, the firm has an enviable history of trustee and receiver practice and representation in corporate reorganizations and complex liquidations. The firm also has a unique background in Chapter 9 municipal bankruptcies, having handled landmark cases in that arena for both municipalities and claimants.

Always on the cutting edge, **Sulmeyer**Kupetz responded to the need for alternative restructuring and liquidation options, and has expanded its non-judicial workout practice.  In that vein, the firm has become a leading expert in Assignments for the Benefit of Creditors and other cost effective means of addressing insolvency related problems and achieving goals for our clients outside of the courts.  the firm, of course, still takes pride in its long standing expertise in traditional Chapter 11 reorganizations.

At **Sulmeyer**Kupetz, strength is found in the firm's experience and manageable size, which enables the firm to react quickly and intelligently to any client need.  Finally, the firm's long held regional presence enables it to provide unique insight to the needs of clients within the state and surrounding areas.

In sum, the attorneys at **Sulmeyer**Kupetz service our clients in all areas of financial restructuring, insolvency, business reorganization, federal and state court litigation, and bankruptcy and bankruptcy related litigation, including federal and state appeals. We welcome the opportunity to show you how our services can benefit your company or organization.

---

333 SOUTH GRAND AVENUE, SUITE 3400, LOS ANGELES, CA 90071-1406 • TEL 213.626.2311 • FAX 213.629.4520
2424 SE BRISTOL STREET, SUITE 300, NEWPORT BEACH, CA 92660 • TEL 949.721.7300 • FAX 213.629.4520
3615 MAIN STREET, SUITE 103, RIVERSIDE, CA 92501• TEL 951.368.9006 • FAX 213.629.4520
www.sulmeyerlaw.com

0013

## MEMBERS OF THE FIRM



**ALAN G. TIPPIE**, Managing Member 1987 to present, born Massillon, Ohio, October 11, 1953; admitted to bar, 1979, California. Preparatory education, Kent State University and Ohio State University (B.A., 1976); legal education, Loyola Law School, Los Angeles (J.D., 1979). Member: St. Thomas More Law Honor Society; Loyola Law Review, 1978-1979. Adjunct Professor, Loyola Law School, Los Angeles, 1987. Law Clerk to the Honorable Barry Russell, United States Bankruptcy Court, 1979-1980. Member: State Bar of California; Financial Lawyers' Conference; Los Angeles County Bar Association (Commercial Law and Bankruptcy Section).



**VICTOR A. SAHN**, born New York City, New York, June 27, 1954; admitted to bar, 1980, California. Preparatory education, Syracuse University (B.A., cum laude, 1976); legal education, University of San Diego School of Law (J.D., 1979). Legal Intern to the Honorable Herbert Katz, United States Bankruptcy Court, 1978-1979; Law Clerk to the Honorable Peter M. Elliott, United States Bankruptcy Court, 1979-1981. Member: State Bar of California; Financial Lawyers' Conference; Los Angeles County Bar Association (Bankruptcy Subcommittee).



**HOWARD M. EHRENBERG**, born New York, New York, February 19, 1961; admitted to bar, 1986, California. Preparatory education, University of California at Berkeley (B.A., 1983); legal education, University of Southern California School of Law (J.D., 1986). Fraternity: Phi Alpha Delta. Member: Panel of Bankruptcy Trustees of the United States Trustee's Office for the Central District of California. State Court Receiver. Member: American Bar Association, State Bar of California; Financial Lawyers' Conference; Los Angeles Bankruptcy Forum. Certified as a Business Bankruptcy Law Specialist by the American Bankruptcy Board of Certification, 1993.

333 SOUTH GRAND AVENUE, SUITE 3400, LOS ANGELES, CA 90071-1406 • TEL 213.626.2311 • FAX 213.629.4520
2424 SE BRISTOL STREET, SUITE 300, NEWPORT BEACH, CA 92660 • TEL 949.721.7300 • FAX 213.629.4520
3615 MAIN STREET, SUITE 103, RIVERSIDE, CA 92501 • TEL 951.368.9006 • FAX 213.629.4520

www.sulmeyerlaw.com

0014



**DAVID S. KUPETZ**, born Los Angeles, California, January 17, 1961; admitted to bar, 1986, California.  Preparatory education, University of California at Santa Barbara (B.S., 1983); legal education, University of California, Hastings College of the Law (J.D., 1986).  Member: State Bar of California; Financial Lawyers' Conference; Los Angeles Bankruptcy Forum.  Participant, COMM/ENT, Hastings Journal of Communications and Entertainment Law, 1984-1985.  Note Editor, COMM/ENT, Hastings Journal of Communications and Entertainment Law, 1985-1986.  Author: Collier Handbook for Creditors' Committees (LexisNexis).  *For a list of articles authored by Mr. Kupetz, please see attachment.*



**MARK S. HOROUPIAN**, born Winnipeg, Manitoba, Canada, December 11, 1969; admitted to bar, 1994, California.  Preparatory education, University of California at Santa Barbara (B.A., 1991); legal education, Loyola Law School, Los Angeles (J.D., 1994).  Member: Loyola Law Review, 1992-1993.  Member: State Bar of California; Los Angeles County Bar Association.



**DANIEL A. LEV**, born Los Angeles, California, April 24, 1961; admitted to the bar 1986, California. Preparatory education: University of California, Los Angeles (B.A., 1983). Legal education: Loyola Law School, Los Angeles (J.D., 1986).  Recipient, American Jurisprudence Award in Bankruptcy, Benno M. Brink Memorial Award in Bankruptcy, American Jurisprudence Award in Remedies.  Law Clerk to the Honorable Geraldine Mund, United States Bankruptcy Judge (1986-1988).  Member: State Bar of California; Financial Lawyers' Conference; Los Angeles Bankruptcy Forum.

333 SOUTH GRAND AVENUE, SUITE 3400, LOS ANGELES, CA 90071-1406 • TEL 213.626.2311 • FAX 213.629.4520
2424 SE BRISTOL STREET, SUITE 300, NEWPORT BEACH, CA 92660 • TEL 949.721.7300 • FAX 213.629.4520
3615 MAIN STREET, SUITE 103, RIVERSIDE, CA 92501• TEL 951.368.9006 • FAX 213.629.4520

www.sulmeyerlaw.com

0015



ELISSA D. MILLER, has more than three decades of experience representing creditors, creditors' committees and trustees in bankruptcy cases. With an emphasis on creditors' rights, and business and commercial litigation in all state and federal courts, Ms. Miller is a go-to lawyer for cases involving high net worth individuals, and a variety of middle-market businesses. She also serves as a respected member of the Chapter 7 Panel of Bankruptcy Trustees maintained by the Office of the United States Trustee in the Central District of California. She has also been appointed as the Chapter 11 trustee in various cases. Outside of the courtroom, Ms. Miller is very involved in the legal and philanthropic communities, currently serving on the Board of Directors of Valley Community Healthcare, the Executive Committee of the Business Law Section of the California Lawyers Association and the Southern California Chapter of Credit Abuse and Resistance Education. Ms. Miller graduated from the University of California, Los Angeles with a B.A. in Anthropology and earned her J.D. with honors from Southwestern Law School.



JEFFREY M. POMERANCE, born Milwaukee, Wisconsin, March 23, 1961; admitted to the bar, 1987, Illinois; 1992, California. Preparatory education, University of Wisconsin at Madison (B.B.A. in Accounting, with highest distinction, 1983); University of California at Los Angeles, The Anderson Graduate School of Management (Directors Training Program, 2000); legal education, University of Michigan School of Law (J.D., 1987). Contributing Editor of University of Michigan Journal of Law Reform, 1986-87; Instructor of Writing and Advocacy Program, University of Michigan School of Law, 1986-87. Successfully completed Certified Public Accountancy Examination – November, 1984.

333 SOUTH GRAND AVENUE, SUITE 3400, LOS ANGELES, CA 90071-1406 • TEL 213.626.2311 • FAX 213.629.4520
2424 SE BRISTOL STREET, SUITE 300, NEWPORT BEACH, CA 92660 • TEL 949.721.7300 • FAX 213.629.4520
3615 MAIN STREET, SUITE 103, RIVERSIDE, CA 92501• TEL 951.368.9006 • FAX 213.629.4520

www.sulmeyerlaw.com

0016

### SENIOR COUNSEL



**ASA S. HAMI,** born Los Angeles, California, May 23, 1974; admitted to bar, 2000, California. Preparatory education, University of California, Los Angeles (B.A., 1995); legal education, Southwestern University School of Law (J.D., magna cum laude, 2000). Legal Extern to the Honorable Kathleen P. March, United States Bankruptcy Court, 1998. Member: State Bar of California; Financial Lawyers' Conference.



**STEVEN F. WERTH**, born McMinnville, Oregon, May 8, 1974; admitted to the bar, 1999, California. Preparatory education, Pomona College (B.A. 1996). Legal education, University of Southern California Law School (J.D. 1999).



**CATHY TA**, born Los Angeles, California, July 26, 1981; admitted to the bar, 2008, California. Preparatory education, Swarthmore College (B.A. 2003). Legal education, Loyola Law School, Los Angeles (J.D. 2008). Distinctions: Dean's Scholar, 2005-2008; Research Assistant to Professor Theodore P. Seto, 2006. Law Clerk to the Honorable Marvin Isgur, United States Bankruptcy Judge for the Southern District of Texas, 2008-2010. Alternate Lawyer Representative, Ninth Circuit Judicial Conference; President, Inland Empire Bankruptcy Forum; Co-Chair, International Women's Insolvency & Restructuring Confederation; Conference Program Book Co-Chair, California Bankruptcy Forum; MCLE Co-Chair and Director at Large, Asian Pacific American Bar Association of Los Angeles; Immediate Past President, Asian Pacific American Lawyers of the Inland Empire. Member: State Bar of California; Insolvency Law Committee of the California Lawyers Association, Los Angeles Bankruptcy Forum.

333 SOUTH GRAND AVENUE, SUITE 3400, LOS ANGELES, CA 90071-1406 • TEL 213.626.2311 • FAX 213.629.4520
2424 SE BRISTOL STREET, SUITE 300, NEWPORT BEACH, CA 92660 • TEL 949.721.7300 • FAX 213.629.4520
3615 MAIN STREET, SUITE 103, RIVERSIDE, CA 92501• TEL 951.368.9006 • FAX 213.629.4520

www.sulmeyerlaw.com

0017

## ASSOCIATES OF THE FIRM



**CLAIRE K. WU**, born Los Angeles, California, August 12, 1988; admitted to bar, 2014, California.  Preparatory education, University of California, Los Angeles (B.A. 2009); legal education, Loyola Law School, Los Angeles (J.D., 2013).  Law Clerk to the Honorable Robert N. Kwan, United States Bankruptcy Judge (2013-2014).  Member: State Bar of California; International Women's Insolvency & Restructuring Confederation, Southern California Network; California Bankruptcy Forum.

**PARALEGAL**

**CHERYL BLAIR**. has worked as a Bankruptcy Trustee Administrator since 1998.  Prior to that, Ms. Blair worked for seven years as a paralegal specialist at the Office of the United States Trustee in Los Angeles.  Ms. Blair formerly served as President of the Trustee Administrator's Group (TAG).

333 SOUTH GRAND AVENUE, SUITE 3400, LOS ANGELES, CA 90071-1406 • TEL 213.626.2311 • FAX 213.629.4520
2424 SE BRISTOL STREET, SUITE 300, NEWPORT BEACH, CA 92660 • TEL 949.721.7300 • FAX 213.629.4520
3615 MAIN STREET, SUITE 103, RIVERSIDE, CA 92501• TEL 951.368.9006 • FAX 213.629.4520

www.sulmeyerlaw.com

0018

## EMERITUS PARTNER



**IRVING SULMEYER**, 1927-2009.  Irving Sulmeyer specialized in reorganization, insolvency, bankruptcy and creditors' rights matters. He served as counsel for debtors, secured and unsecured creditors, creditors' committees, receivers and trustees.

In addition, Mr. Sulmeyer acted as a receiver or trustee in cases under the former Bankruptcy Act and present Bankruptcy Code, as a federal equity receiver and as a receiver for the California Superior Courts.

Mr. Sulmeyer was an author of Collier Handbook for Creditors' Committees, co author of Collier Handbook for Trustees and Debtors in Possession and was a contributing editor to Collier Bankruptcy Guide. He was an adjunct professor of law at Pepperdine Law School in Malibu, California and a frequent lecturer for California Continuing Education of the Bar, Practicing Law Institute and the Commercial Law League of America. His professional memberships included the American Bar Association. He was a Fellow of the American College of Bankruptcy. Mr. Sulmeyer was listed in The Best Lawyers in America.

Mr. Sulmeyer held a B.S. from the California Institute of Technology and a J.D. from Stanford University, where he was a member of the Stanford Law Review and the Phi Alpha Delta law fraternity. His academic awards included the Crother Scholarship and the Order of the Coif.



**ARNOLD L. KUPETZ**, born Denver, Colorado, June 30, 1933; admitted to bar, 1956, Colorado; 1960, California.  Also admitted to practice before United States District Court, Central and Southern Districts of California, and District of Colorado and Ninth Circuit Court of Appeals.  Preparatory education, University of Colorado and University of Denver (B.S., 1955); legal education, University of Denver (J.D., 1956); Clerk for O. Otto Moore, Justice of Colorado Supreme Court, 1955; Member: Los Angeles County Bar Association; State Bar of California; [Judge Advocate General Corps, U.S.A.F., 1956-1959]. Member: for many years of the Panel of Trustees of the United States Trustee's Office for the Central District of California.  Member: "Approved/-Qualified Receivers List" for the Los Angeles Superior Court..



**RICHARD G. BAUMANN**, born Chicago, Illinois, April 7, 1938; admitted to bar, 1964, Wisconsin; 1970, California.  Also admitted to practice before United States Supreme Court.  Preparatory education, University of Wisconsin (B.S., cum laude, 1960); legal education, University of Wisconsin (J.D., 1964).  Fraternity: Phi Delta Phi.  Judge Pro Tem, Los Angeles Superior Court (1980 -    ).  Western Region Members Association (Chairman 1982-1983); Commercial Law League of America (President 1990-1991. Member: Board of Governors 1986-1990); Board of Directors, Academy of Commercial and Bankruptcy Law Specialists; Board of Directors, National Institute on Credit Management; Associate Editor: Commercial Law World Magazine.  Member: State Bar of California; State Bar of Wisconsin; Commercial Law League of America; National Conference of Bar Presidents; Fellow of the Commercial Law Foundation; Certified as a Creditors' Rights Specialist by the American Board of Certification.

---

## SELECTED ARTICLES AUTHORED BY DAVID S. KUPETZ

"Court Says FERC Overstepped in PG&E Bankruptcy Cases," Los Angeles Daily Journal (June 13, 2019).

"High Court Rejects 9th on Bankruptcy Discharge Injunctions," Los Angeles Daily Journal (June 7, 2019).

"Are Stay Relief Denials Automatically Appealable?," Los Angeles Daily Journal (May 29, 2019).

"Supreme Court to Define Good-Faith Collection in Bankruptcy," Bloomberg Law (May 20, 2019).

"Restrictions on Corporate Authority to File a Bankruptcy Petition," Los Angeles Daily Journal (December 24, 2018).

2019 Collier Handbook for Creditors' Committees (LexisNexis).

"Section 546(E)'s Safe Harbor Protection for Securities-Related Payments Made in Ponzi Schemes," Norton Annual Survey of Bankruptcy Law (2018 Edition).

"Lease Rejection in Shiekh Shoes," The Bankruptcy Strategist (August 2018).

2018 Collier Handbook for Creditors' Committees (LexisNexis).

"Federal Preemption of State Constructive Fraudulent Transfer Law Applied to Financial Institutions Serving as Conduits in the Tribune Company Case," Norton Annual Survey of Bankruptcy Law (2017 Edition).

"No Skipping Allowed," Los Angeles Lawyer (September 2017)

"9th Circuit Decision Addresses Cramdown Valuation," Los Angeles Daily Journal (July 10, 2017).

"Is the American Rule 'American'?," Los Angeles Lawyer (March 2017)

2017 Collier Handbook for Creditors' Committees (LexisNexis).

"9th Circuit is First to Tackle Novel Bankruptcy Question," Los Angeles Daily Journal (December 8, 2016).

"Understanding Potential Recharacterization and Subordination Attacks Against Bridge Loans Made by Venture Capital and Private Equity Firms," The Journal of Private Equity, Vol. 19, No. 4 (Fall 2016).

"Equitable Mootness: Prudential Forbearance From Upsetting Successful Reorganizations for Highly Problematic Judge – Made Abstention Doctrine?  Norton Journal of Bankruptcy Law and Practice, Vol. 25, No. 4 (July 2016).

"Missed Opportunities in Puerto Rico Ruling," (Los Angeles Daily Journal (July 19, 2016).

"SulmeyerKupetz on Bridge Loans." The Private Debt Investor Publication of Private Equity International (May 1, 2016).

"Lender Beware: Ignore Suspicious Activity at Your Own Peril." The Recorder (March 23, 2016).

"An Expansive View of Bankruptcy Court's Equitable Powers," California Lawyer (March 2016).

"The Impact of Chapter 11 on 'Corporate Democracy'," Bloomberg BNA (March 3, 2016).

"New Way to Exit Chapter 11 Bankruptcy Cases on the Rise," Los Angeles Daily Journal (February 29, 2016).

"Recent Applications of Bankruptcy Code Section 1113," Law360 (February 29, 2016).

"Conflicting Views on Shareholder Rights in Chapter 11," Law360 (February 23, 2016).

"Court Says Bankruptcy Code Trumps NLRA," Los Angeles Daily Journal (February 9, 2016).

"Is There Such a Thing as 'Bankruptcy Proof'?," Law360 (January 12, 2016).

"Court Says Assignee May Not File for Bankruptcy," Los Angeles Daily Journal (January 8, 2016).

2016 Collier Handbook for Creditors' Committees (LexisNexis).

"Challenge to Stockton Plan Struck as Equitably Moot," Los Angeles Daily Journal (December 17, 2015).

"Assignment for the Benefit of Creditors: Effective Tool for Acquiring and Winding up Distressed Businesses," Business Law Today (November 2015).

"Preemption of Statutes of Repose," Norton Journal of Bankruptcy Law and Practice, volume 24, issue 4 (September 2015).

"Trademark Law Trumps in Bankruptcy Case," Intellectual Property Magazine (July/August 2015).

"Buoying the U.S. Judicial Machine," Los Angeles Daily Journal (May 29, 2015).

"The Role of Creditors' Committees in CRE Bankruptcies," Globe5t.com (April 24, 2015).

2015 Collier Handbook for Creditors' Committees (LexisNexis).

"Stockton Pension Ruling is no Surprise," Los Angeles Daily Journal (October 6, 2014).

"Different Approaches to Recharacterizing Debt to Equity," Norton Annual Survey of Bankruptcy Law (2014 Edition).

"Understanding the Unique Factors of Chapter 9 Municipal Bankruptcies," chapter in Representing Creditors in Chapter 9 Municipal Bankruptcy (2014 Thomson Reuters/Aspatore).

"Default Rate Interest – Valid Under California Law?," Los Angeles Daily Journal (June 12, 2014).

"Substantive Consolidation: The Bankruptcy Court's Power to Pierce Corporate Veils," Norton Journal of Bankruptcy Law & Practice, volume 23, issue 1 (February 2014).

2014 Collier Handbook for Creditors' Committees (LexisNexis).

"The Fitness of Recharacterization – Fitness Holdings Affirms a Nuanced, Fact-Based Analysis of Insider Financing," Los Angeles Lawyer (December 2013).

"Designating Votes on Chapter 11 Plans for 'Ulterior' Motives," Norton Annual Survey of Bankruptcy Law (2013 Edition).

"Mandatory Subordination of Claims for 'Damages Arising From the Purchase or Sale' of a 'Security' Under Bankruptcy Code Section 510(b)," Norton Journal of Bankruptcy Law & Practice, volume 22, issue 4 (August 2013).

"Bankruptcy Court Chastises Stockton's Capital Market Creditors for Their Opposition to Chapter 9 Relief," Los Angeles Daily Journal (June 18, 2013).

"Assignment for the Benefit of Creditors: Effective Tool for Selling and Winding Up Distressed Businesses," Valley Lawyer (June 2013).

"Chapter 9 for Municipalities," California Lawyer (April 2013).

"Court Rules City Doesn't Need Approval to Settle Claims During Chapter 9," Los Angeles Daily Journal (February 12, 2013).

2013 Collier Handbook for Creditors' Committees, Co-Author (LexisNexis).

"Standards for Confirming a Chapter 9 Plan of Debt Adjustment:  Incorporating and Diverging From Chapter 11 Plan Standards," Vol. 32 Cal. Bankr. J. No. 2 (2012).

"Stockton Health Benefits Not Protected by the Contracts Clause," Los Angeles Daily Journal (August 9, 2012).

2012 Collier Handbook for Creditors' Committees, Co-Author (LexisNexis).

"Chapter 9: Refuge of Last Resort for Municipalities," Los Angeles Daily Journal (December 6, 2011).

2011 Collier Handbook for Creditors' Committees, Co-Author (LexisNexis).

"Intercreditor Subordination Agreements and Voting Rights in Chapter 11," Norton Annual Survey of Bankruptcy Law (West, a Thompson Reuters business, 2010 Edition).

"The Supersessionary Effect of Federal Bankruptcy Law on State Statutes of Limitations for Actions Against Receivers," Norton Journal of Bankruptcy Law and Practice, (Vol. 19, No. 4, August 2010).

2010 Collier Handbook for Creditors' Committees, Co-Author (LexisNexis)

2009 Collier Handbook for Creditors' Committees, Co-Author (LexisNexis)

"The Venerable Assignment for the Benefit of Creditors Weathers the Ninth Circuit's Decision in Sherwood v. Lycos and Remains a Valid Alternative to Federal Bankruptcy Proceedings," Norton Annual Survey of Bankruptcy Law (Thomson/West 2008 Edition).

2008 Collier Handbook for Creditors' Committees, Co-Author (LexisNexis).

Norton Bankruptcy Law and Practice, 3d Edition 2008, author of chapters on municipal debt adjustment and assignments for the benefit of creditors (Thomson West).

"Evidentiary Hearings in Bankruptcy Court:  Necessary for the Resolution of Disputed Material Facts and Open to the Admission of Evidence Previously Introduced in the Case and the Court's Knowledge of the Case From Prior Proceedings," Annual Survey of Bankruptcy Law (Thomson/West 2007 Edition).

"Comfort Zone: Creditors' Committees are More Frequently Seeking Comfort Orders Since Recent Bankruptcy Law Changes Increased Their Disclosure Duties," Los Angeles Lawyer (April 2007).

2006 Collier Handbook for Creditors' Committees, Co-Author (LexisNexis).

"Valuation Experts, Beware the Gatekeeper!:  Establishing Enterprise Value in Chapter 11 Reorganization Cases," The Bankruptcy Strategist, Volume 24, Numbers 2 and 3 (December 2006 and January 2007) (2-parts).

"Independence of Valuation Experts is Crucial in Chapter 11s," Los Angeles Daily Journal (October 13, 2006).

"Unions, Pensions, and Executive Compensation in Chapter 11," Pratt's Journal of Bankruptcy Law, Volume 2, Number 3 (August/September 2006 Edition).

"What is the Cure?:  Nonmonetary Defaults Under Executory Contracts," Annual Survey of Bankruptcy Law (Thomson West 2005 Edition).

"Assignee's Preference Avoidance Power," The Bankruptcy Strategist, Volume 22, Numbers 9 and 10 (August and September 2005 (2-parts)).

"Corporate Governance of Chapter 11 Debtors: The Impairment or Suspension of Shareholder 'Democracy' Rights Taking Into Account the Economic Realities of the Case," Norton Bankruptcy Law Adviser (Thomson/West July 2005).

"Defending California Real Estate Foreclosures," Real Estate Southern California (June 2005).

333 SOUTH GRAND AVENUE, SUITE 3400, LOS ANGELES, CA 90071-1406 • TEL 213.626.2311 • FAX 213.629.4520
2424 SE BRISTOL STREET, SUITE 300, NEWPORT BEACH, CA 92660 • TEL 949.721.7300 • FAX 213.629.4520
3615 MAIN STREET, SUITE 103, RIVERSIDE, CA 92501• TEL 951.368.9006 • FAX 213.629.4520

www.sulmeyerlaw.com

0022

"Filing Bankruptcy by Solvent Tenants to Cap Landlords' Claims," Los Angeles Lawyer (April 2005).

"The *Rooker-Feldman* Doctrine in Bankruptcy: While a Bankruptcy Court's Exclusive Jurisdiction Remains Undisturbed, It May Be Subject to Rooker-Feldman and Interjurisdictional Preclusion Constraints In Situations Where It Shares Concurrent Jurisdiction with a Non-Bankruptcy Court," Annual Survey of Bankruptcy Law (Thomson West 2004 Edition).

"It's Not Over Until It's Over: Chapter 11 Plan Confirmation," Andrews Litigation Reporter, Volume 1, Issue 9 (August 27, 2004).

"Assignment for the Benefit of Creditors:  Effective Tool for Selling and Winding Up Distressed Businesses," Annual Survey of Bankruptcy Law (Thomson West 2003 Edition).

"The Bankruptcy Code is Part of Every Contract," The Secured Lender (November/December 2003).

"Spendthrift Trusts:  The Real (but Not Unlimited) Benefits in Bankruptcy," American Bankruptcy Institute Journal (October 2003).

"For Bankruptcy Alternative, Know Your 'ABCs,'" The Journal of Corporate Renewal (July 2003).

"Adjusting Municipal Debts:  Chapter 9," The Public Law Journal (Summer 2003).

"Assignment for the Benefit of Creditors:  Advantageous Vehicle for Selling and Acquiring Distressed Enterprises," The Journal of Private Equity (Summer 2003).

"Intellectual Property Issues in Chapter 11 Bankruptcy Reorganization Cases," The Secured Lender (May/June 2003).

"The Fundamentals of Business Bankruptcy (Reorganization and Liquidation)," Business Credit (May 2003).

"Assignment for the Benefit of Creditors:  Salvaging Value From a Sinking Ship," Business Credit (April 2003).

"An Assignment for the Benefit of Creditors is a Useful Vehicle," Los Angeles Daily Journal, p. 7 (April 16, 2002).

"Assignment for the Benefit of Creditors: Exit Vehicle for Many Troubled Enterprises," Journal of Internet Law, Volume 5, No. 10 (April 2002).

"Business Bankruptcy: A Primer for Unsecured Creditors," Commercial Law Bulletin (March/April 2002).

"Real Estate Leases In Bankruptcy: Landlord/Tenant Issues Under the Bankruptcy Code," Annual Survey of Bankruptcy Law, 2000-2001, 2001-2002 Editions, West Group.

"Assignment for the Benefit of Creditors: Exit Vehicle of Choice for Many Dot.Com, Technology, and Other Troubled Enterprises," Journal of Bankruptcy Law and Practice, Volume 11, No. 1 (November/December 2001).

"Beware When Your Client is a Debtor in Possession: Getting and Staying Employed in Bankruptcy Cases," Washington State Bar News, Volume 54, No. 10 (October 2000).

"Charging a Secured Creditor's Collateral," California Lawyer, p. 28 (August 2000).

"When Your Tenant's Business Goes Bust: How the Bankruptcy Code Impacts the Landlord's Rights," Office & Industrial Properties (June 2000).

"Developments in Bankruptcy Law and How They Affect Landlords," Apartment Management Magazine (May 2000).

"Hands Off: Per Se Rule Against Surcharging Oversecured Creditor Is Rejected," California Bankruptcy Court Reporter, Volume 4, No. 5 (May 2000).

"Perfecting Security Interests in Intellectual Property:  Lenders Beware," Bankruptcy Strategist, Volume XVII, No. 6 (April 2000).

"Bankruptcy Filings and IP Licenses," Intellectual Property Today, Volume 7, No. 4 (April 2000).

"Per Se Rule Against Surcharging Oversecured Creditor is Rejected," Commercial Law Bulletin (March/April 2000).

"Cramdown Slamdown," California Law Business (February 28, 2000).

"Intellectual Property Issues in Chapter 11 Bankruptcy Reorganization Cases," Journal of Internet Law, Volume 3, No. 8 (February 2000).

"What Creditors Should Know About Retention of Counsel by Debtors in Possession, and About Payment of Their Fees," The Banking Law Journal, Volume 117, No. 1 (January/February 2000).

"Moves That Firms in Financial Turmoil Must Avoid," Los Angeles Business Journal (January 17-23, 2000).

"Beware When Dealing With Licensors of Intellectual Property: Avoiding Potential Pitfalls Facing Licensees and Lenders When Bankruptcy Intervenes," The Computer Lawyer, Volume 17, No. 1 (January 2000).

"Dealing With Issues in Chapter 11 Cases filed by Licensors of Intellectual Property," e-commerce Law & Strategy, Volume 16, No. 9 (January 2000).

"To Assume or Not to Assume: Real Estate Leases In Bankruptcy," Journal of Bankruptcy Law and Practice, Volume 8, No. 5 (July/August 1999), and California Bankruptcy Court Reporter (3-part series-May, June, and July, 1999).

"The Bankruptcy Code Is Part of Every Contract:  Minimizing the Impact of Chapter 11 on the Non-Debtor's Bargain," The Business Lawyer, Volume 54, No. 1 (November 1998).

"Resolving Business Financial Crises," California Lawyer (July 1998).

"Common Mistakes Made by Businesses in Financial Crises," National Public Accountant, Volume 43, No. 3 (May 1998).

"Cram Slam," California Law Business (March 23, 1998).

"Seeking Perfection: Federal Grace Period Pre-empts State Law," Los Angeles Daily Journal (February 2, 1998).

"'Old Equity May Retain Priority in Chapter 11 Plan," Los Angeles Daily Journal (September 29, 1997).

"On Executory Contracts, Precedent Carries the Day," Los Angeles Daily Journal (August 18, 1997).

"What Can Go Wrong Before a Bankruptcy Filing," Los Angeles Daily Journal (June 30, 1997).

"Home Rule -- Access to Chapter 9 Relief Remains in the Hands of Local Government Entities," Los Angeles Daily Journal (October 31, 1996).

"When Dirt and Debt Are Not Indubitably Equivalent," Los Angeles Daily Journal (September 23, 1996).

"Municipal Debt Adjustment Under the Bankruptcy Code," Current Municipal Problems, Volume 22, No. 3, pp. 340-348 (1996).

"City Limits -- Legislature Considers Conditions on Chapter 9 Relief," Los Angeles Daily Journal (September 12, 1995).

"The Deficits of Orange County," Los Angeles Lawyer (July-August 1995).

333 SOUTH GRAND AVENUE, SUITE 3400, LOS ANGELES, CA 90071-1406 • TEL 213.626.2311 • FAX 213.629.4520
2424 SE BRISTOL STREET, SUITE 300, NEWPORT BEACH, CA 92660 • TEL 949.721.7300 • FAX 213.629.4520
3615 MAIN STREET, SUITE 103, RIVERSIDE, CA 92501 • TEL 951.368.9006 • FAX 213.629.4520

www.sulmeyerlaw.com

0024

"Municipal Debt Adjustment Under the Bankruptcy Code," Municipal Attorney, Volume 36, No. 4 (July/August 1995).

"Municipal Debt Adjustment Under the Bankruptcy Code," The Urban Lawyer, Volume 27, No. 3, pp. 531-604 (Summer 1995).

"Municipal Debt Adjustment Under the Bankruptcy Code," Government Finance Review, Volume 11, No. 3, pp. 27-29 (June 1995).

"Municipal Debt Adjustment -- A Look at How Chapter 9 Allowed Orange County to Provide Essential Services While Undergoing Debt Restructuring," The Federal Lawyer, Volume 42, No. 4, pp. 18-24 (May 1995).

"Chapter and Verse -- An Analysis of Municipal Debt Adjustment Under the Bankruptcy Code," Los Angeles Daily Journal, pp. 7-8 (April 13, 1995).

"Intellectual Property Issues in Chapter 11 Bankruptcy Reorganization Cases," IDEA: The Journal of Law and Technology, Volume 35, No. 4, pp. 383-406 (1995).

"Basic Issues and Alternatives Facing Litigators When Bankruptcy Interrupts the Litigation Process," Commercial Law Journal, Volume 99, No. 4, pp. 401-45 (Winter 1994).

"Sales of Substantially All Assets of Chapter 11 Bankruptcy Estates Outside of a Plan," Commercial Law Bulletin, Volume 9, No. 5 (September/October 1994).

"Break-Up Fees in Bankruptcy," Commercial Law Bulletin, Volume 9, No. 4 (July/August 1994).  Note, "Cable's 'Non-Cable Communications Services': Cable Television as a Common Carrier," 8 COMMENT 75 (1985).

# EXHIBIT 2

# SulmeyerKupetz

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW SINCE 1952

TAX ID # 95-2585799

Unsecured Creditors Committee of Meade Instruments
c/o Hamid Raftajoo, Chairperson
Raines Feldman
18401 Von Karman Ave, 360
Irvine, CA  92612

Invoice  2423734

April 6, 2020

Re: Meade Instruments Corp - OCC
ID: 11306-0001 - MSH

For Services Rendered Through March 31, 2020

| | | **Fees** | | |
|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Amount** |
| **Asset Disposition** | | | | |
| 01/17/20 | MSH | Call with E. Reubel of Dundlin Advisors regarding interest in assets | 0.20 | 125.00 |
| 01/20/20 | MSH | Call with Masse regarding investment banking and information regarding Meade and issues regarding supply chain, financials, etc. | 0.80 | 500.00 |
| 01/20/20 | MSH | Review Peter's request for information, reply and request that Broadway provide | 0.20 | 125.00 |
| 01/23/20 | MSH | Receive and respond to emails from Peter Moreo regarding document request (.2); call with H. Rafatjoo regarding NDA issue for Orion (.2); call with H. Rafatjoo and A. Masse regarding document request (.4); call with R. Goe regarding doc request from Orion and status of Masse doc review (.2); revise Non-Disclosure Agreement for Orion and circulate (.5) | 1.50 | 937.50 |
| 01/24/20 | MSH | Review Leticia's Lujan's email with financial data compiled in meetings with Victor | 0.70 | 437.50 |
| 01/27/20 | MSH | Two calls with Hamid regarding NDA and emails to Rob, Peter, and Hamid regarding same | 0.30 | 187.50 |
| 01/28/20 | MSH | Review L. Lujan's email regarding document request response for Orion and call with L. Lujan re same.; call with A. Masse regarding same | 0.70 | 437.50 |
| 01/28/20 | MSH | Call with Masse regarding NDA and documents for Peter Moreo | 0.30 | 187.50 |
| 02/03/20 | MSH | Review and respond to email from Mr. Goe re expression of interest by potential buyer | 0.10 | 62.50 |
| 02/11/20 | MSH | Call with Masse regarding status of sale value estimate and issues re Meade | 1.00 | 625.00 |
| 02/12/20 | MSH | Call with Masse regarding financial questions needed; conference in Dimple to relate questions | 0.60 | 375.00 |
| 02/12/20 | MSH | Call with Leticia Lujan regarding financial questions | 0.20 | 125.00 |
| 02/12/20 | MSH | Emails with P. Moreo regarding financial information requests | 0.30 | 187.50 |

**SulmeyerKupetz, apc**

| | |
|---|---|
| Unsecured Creditors Committee of Meade Instruments | April 6, 2020 |
| Re: Meade Instruments Corp - OCC | Invoice 2423734 |
| I.D. 11306-0001 - MSH | Page 2 |
| BK Main Case #: | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/13/20 | MSH | Call with Leticia Lujan and Alfred Masse regarding call with Committee and issues regarding sale value | 0.50 | 312.50 |
| 02/14/20 | MSH | Call with H. Rafajoo regarding potential acquisition and other issues | 0.30 | 187.50 |
| 02/18/20 | MSH | Review Phase 1 Report draft from Broadway; calls with A. Masse and Leticia Lujan re report1 | 1.00 | 625.00 |
| 02/19/20 | MSH | Call Masse regarding Phase I report (.5); call with Peter Moreo regarding Phase I report (.3') | 0.80 | 500.00 |
| 02/20/20 | MSH | Call with Broadway, Committee, Debtor re: Phase 1 report (.8); call with Rafatjoo re Phase 1 report (.2) | 1.00 | 625.00 |
| 02/25/20 | MSH | Call with Al Masse regarding information for Phase 1 report and status of committee discussions regarding same (.5); calls with Hamid Rafatjoo regarding Meade Plan and proposal (.3); meeting with Rob Goe and Hamid Regarding supply agreement, and later joined by Matt Borden by phone (1.4) | 0.80 | 500.00 |
| 02/26/20 | CKW | Review email from M. Horoupian, re debtor responses to questions, and time to discuss revised sale price estimate and other issues (.1); Review committee member responses, re same, and time for conference call (.1) | 0.20 | No Charge |
| 02/28/20 | MSH | Call with Masse regarding Phase 2 issues regarding engagement | 0.40 | 250.00 |
| 02/28/20 | MSH | Call with Peter Moreo regarding his email requesting additional time and information re assets | 0.40 | 250.00 |
| 02/28/20 | CKW | Conference call with M. Horoupian and committee members, re Broadway Advisors sale estimate, moving to phase 2, status of trade supply agreement, etc. | 0.90 | 427.50 |
| 02/28/20 | CKW | Review email from M. Horoupian to A. Masse and R. Goe, re committee recommendation re Broadway Advisors and moving to phase 2 | 0.10 | No Charge |
| 02/28/20 | MSH | Email to Masse, Leti, etc. regarding moving to phase 2 | 0.20 | 125.00 |
| 03/05/20 | MSH | Calls with Rafatjoo and Masse regarding sale process; emails with Committee members re same | 0.60 | 375.00 |
| 03/09/20 | MSH | Call with Goe re update on various issues and sale process (.2); calls with H. Rafatjoo regarding sale update (.2); call with Masse re Meade update re sale process and information for Peter Moreio (.4); emails regarding update and sales process (.3) | 1.10 | 687.50 |
| 03/10/20 | MSH | Review email from Broadway Advisors regarding due diligence materials; review materials and forward to Peter Moreo | 0.40 | 250.00 |
| 03/16/20 | MSH | Call with Masse regarding updates on sale process, discussions with Meade, Orion, et al. | 0.60 | 375.00 |
| 03/20/20 | CKW | Participate in conference call with M. Horoupian, A. Masse, R. Goe, and committee members, re status of offers, supply chain agreement, inquiry re cost reductions report from debtor, and other issues | 1.40 | 665.00 |
| 03/25/20 | MSH | Conference call with Debtor, Rob Goe, Al Masse regarding Mexico lease situation, sale issues, etc. | 0.90 | 562.50 |
| 03/26/20 | CKW | Review email from L. Lujan, attaching interested party update and | 0.20 | 95.00 |

**SulmeyerKupetz, apc**

| | | | | |
|---|---|---|---|---|
| Unsecured Creditors Committee of Meade Instruments | | | | April 6, 2020 |
| Re: Meade Instruments Corp - OCC | | | | Invoice  2423734 |
| I.D. 11306-0001 - MSH | | | | Page 3 |
| BK Main Case #: | | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | memo from Broadway Advisors, and review same | | |
| | | **Total for AD - Asset Disposition** | **18.70** | **11,125.00** |

**Business Operations**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/23/20 | MSH | Call with Goe regarding supply issues | 0.20 | 125.00 |
| 01/24/20 | MSH | Call with H. Rafatjoo regarding supply issues and review email that he sent to R. Goe regarding same | 0.30 | 187.50 |
| 01/30/20 | CKW | Review/analyze debtor's motion for authority to post collateral for increased bond, and application for order shortening time (.5); Telephone call to M. Horoupian, re same (.1) | 0.60 | 285.00 |
| 01/30/20 | CKW | Review and respond to email from H. Rafatjoo, attaching copy of debtor's motion for authority to post collateral for increased bond, and related OST application | 0.10 | 47.50 |
| 01/30/20 | CKW | Draft email to committee, attaching debtor's motion for authority to post collateral for increased bond, and recommendation, re same | 0.50 | 237.50 |
| 01/31/20 | CKW | Review court's order shortening time re motion to post collateral, and forward same to M. Horoupian, with comments | 0.10 | 47.50 |
| 02/03/20 | CKW | Draft email to M. Horoupian, re committee response to debtor motion to post collateral (.1); Review responsive email from M. Horoupian, re same, and separate email attaching notice of hearing (.1) | 0.20 | 95.00 |
| 02/03/20 | CKW | Review emails from P. Moreo and M. Dzurny, with responses to debtor's motion to post collateral (.1); Draft responsive email to committee, re same (.1) | 0.20 | 95.00 |
| 02/03/20 | CKW | Review emails between M. Horoupian and R. Goe, re language to be included in order on motion to post collateral (.1); Telephone call with M. Horoupian, re same (.1) | 0.20 | 95.00 |
| 02/03/20 | CKW | Review email from T. Seymour, re response to debtor's motion to post collateral (.1); Review email from M. Goodman, re same (.1) | 0.20 | 95.00 |
| 02/03/20 | MSH | Review motion to set customs bond on shortened time; compile and send email comments to Mr. Goe | 0.50 | 312.50 |
| 02/04/20 | CKW | Check Court's tentative ruling re debtor's motion to post collateral (.1); Draft email to M. Horoupian, attaching same (.1); Prepare for hearing (.3) | 0.50 | 237.50 |
| 02/04/20 | MSH | Review order regarding bond motion and respond | 0.20 | 125.00 |
| 02/05/20 | CKW | Participate in CourtCall for hearing on debtor's motion to post collateral (.3); Draft email to M. Horoupian, with results of hearing (.1) | 0.40 | 190.00 |
| 02/05/20 | CKW | Review order granting debtor's motion to post collateral (.1); Forward same to M. Horoupian (.1) | 0.20 | 95.00 |
| 02/14/20 | MSH | Call with M. Borden regarding supply agreement | 0.50 | 312.50 |
| 02/14/20 | MSH | Email to Matt Borden regarding revisions to Supply Agreement and suggest default language | 0.30 | 187.50 |
| 02/18/20 | MSH | Call and emails regarding Supply Agreement draft and status | 0.30 | 187.50 |
| 02/21/20 | MSH | Review motion re Injunction in State Court case (.5); call with Matt Borden re motion and supply agreement (.4); call with Rob Goe re | 1.30 | 812.50 |

**SulmeyerKupetz, apc**

| | | | | |
|---|---|---|---|---|
| Unsecured Creditors Committee of Meade Instruments | | | | April 6, 2020 |
| Re: Meade Instruments Corp - OCC | | | | Invoice  2423734 |
| I.D. 11306-0001 - MSH | | | | Page 4 |
| BK Main Case #: | | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | above (.4) | | |
| 02/25/20 | MSH | Call with Al Masse regarding information for Phase 1 report and status of committee discussions regarding same (.5); calls with Hamid Rafatjoo regarding Meade Plan and proposal (.3); meeting with Rob Goe and Hamid Regarding supply agreement, and later joined by Matt Borden by phone (1.4) | 1.40 | 875.00 |
| 03/31/20 | MSH | Review and markup of Supply Agreement | 0.60 | 375.00 |
| | | **Total for BO - Business Operations** | **8.80** | **5,020.00** |

**Case Administration**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/08/20 | CKW | Review emails from M. Horoupian, re committee case and background (.1); Review petition, first day motions, omnibus declaration, and schedules, re same (.8) | 0.90 | 427.50 |
| 01/08/20 | CKW | Telephone call with M. Horoupian, re case background, strategy for next steps, and preparation of certain documents/pleadings | 0.30 | 142.50 |
| 01/08/20 | CKW | Prepare summary of upcoming dates and deadlines in case, including section 341a meeting, objection deadlines, etc. (.6); Draft email to M. Horoupian, with information re same (.1) | 0.70 | 332.50 |
| 01/08/20 | CKW | Review emails from committee members, with questions for 341a meeting, and M. Horoupian responses re same | 0.30 | No Charge |
| 01/08/20 | CKW | Prepare draft of bylaws for committee of unsecured creditors, and send draft to M. Horoupian | 0.70 | 332.50 |
| 01/08/20 | MSH | Email to Committee regarding retention (.1); meeting with C. Wu regarding tasks and retention (.3); call  with Hamid regarding issue with his client's email (.4); call with R. Goe regarding retention and issues in case (.5); review files re 341(a) meeting (.6); follow up call with R. Goe regarding various issues (.2) | 2.10 | 1,312.50 |
| 01/08/20 | MSH | Review stipulations regarding insider compensation deadline and email to r. goe regarding same | 0.20 | 125.00 |
| 01/09/20 | CKW | Review emails between M. Horoupian and committee members, re their updated contact list | 0.10 | 47.50 |
| 01/09/20 | MSH | Call with Peter Moreo regarding Meade matter | 0.50 | 312.50 |
| 01/09/20 | MSH | Review 7-day package and emails to Mr. Goe and Mr. Johnston regarding same | 0.80 | 500.00 |
| 01/10/20 | MSH | Draft email and agenda to committee | 0.40 | 250.00 |
| 01/10/20 | CKW | Review emails from Q. Yu, employee, re status of debtor's chapter 11 case, and forward same to M. Horoupian | 0.20 | 95.00 |
| 01/10/20 | CKW | Review emails from committee members, re updated or corrections to their contact information | 0.10 | 47.50 |
| 01/13/20 | MSH | Revise committee by-laws and circulate | 0.80 | 500.00 |
| 01/13/20 | CKW | Conference call with M. Horoupian and committee members, re governance and by-laws, 341a meeting, insider compensation, etc. (1.4); Prepare notes/summary, and forward to M. Horoupian (.3) | 1.70 | 807.50 |
| 01/13/20 | MSH | Committee conference call to discuss various agenda items; follow up | 1.40 | 875.00 |

0029

**SulmeyerKupetz, apc**

---

| Unsecured Creditors Committee of Meade Instruments | April 6, 2020 |
|---|---|
| Re: Meade Instruments Corp - OCC | Invoice 2423734 |
| I.D. 11306-0001 - MSH | Page 5 |
| BK Main Case #: | |

---

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | email to R. Goe | | |
| 01/13/20 | MSH | Call with F. Schmid regarding Cornerstone resignation; call with F. Cadigan re cornerstone resignation | 0.30 | 187.50 |
| 01/13/20 | CKW | Update contacts list for creditors' committee | 0.10 | 47.50 |
| 01/14/20 | CKW | Review emails from M. Horoupian and committee members re revisions to by-laws and update re proposed investment banker | 0.10 | 47.50 |
| 01/14/20 | MSH | Revise by-laws and send around to Committee for execution | 0.20 | 125.00 |
| 01/17/20 | MSH | Prepare and send NDA | 0.70 | 437.50 |
| 01/21/20 | CKW | Review MOR for December 2019, and forward same to M. Horoupian, with comments | 0.20 | 95.00 |
| 01/21/20 | MSH | Review monthly operating report | 0.20 | 125.00 |
| 01/21/20 | MSH | Review of email regarding bond premium/insurance regarding tariffs | 0.10 | 62.50 |
| 01/22/20 | CKW | Review updated joint chapter 11 status conference report, and forward same to M. Horoupian, with comments | 0.20 | 95.00 |
| 01/23/20 | MSH | Two calls with H. Rafatjoo regarding retention of Broadway and interest of client in purchasing assets, SMRH issues, and supply issues. | 0.50 | 312.50 |
| 01/27/20 | CKW | Telephone call with M. Horoupian, re review of draft memo, and strategy re next steps (.2); Review email from M. Horoupian, and attached jury verdict in Optronics v. Ningbo case (.1) | 0.30 | 142.50 |
| 01/28/20 | CKW | Review emails from M. Horoupian, re updated contact for committee member Seymour Totality, and re status of execution of by-laws | 0.10 | No Charge |
| 01/29/20 | MSH | Attendance at Chapter 11 Status conference regarding Meade | 2.00 | 1,250.00 |
| 02/04/20 | MSH | Call with Mr. Borden regarding various case issues, supply agreement, relief from stay, etc. | 0.90 | 562.50 |
| 02/11/20 | MSH | Emails with Committee regarding case strategy and management issues | 0.50 | 312.50 |
| 02/12/20 | MSH | Review/respond to email from M. Goodman regarding weekly informational request, and suggest weekly round up call. | 0.20 | 125.00 |
| 02/12/20 | MSH | Review January MOR and forward to Committee | 0.30 | 187.50 |
| 02/21/20 | MSH | Review and respond to email from M. Goodman re UCC Assignment (.2); email to H. Rafatjoo re possible meeting (.1) | 0.30 | 187.50 |
| 02/24/20 | CKW | Review debtor's amended Schedule G, and forward same to M. Horoupian | 0.10 | 47.50 |
| 02/26/20 | CKW | Review/analyze amendment to list of creditors filed by debtor | 0.10 | 47.50 |
| 02/28/20 | MSH | Conference Call with Committee regarding next steps in case | 0.90 | 562.50 |
| 03/04/20 | CKW | Review/analyze Motion re Lease and Motion re Exclusivity, and draft lengthy email to M. Horoupian, with summary | 2.00 | 950.00 |
| 03/05/20 | CKW | Review Court's order on OST Application, and draft email to M. Horoupian, with response deadline and hearing date on debtor's motion to obtain insurance coverage | 0.10 | 47.50 |
| 03/09/20 | MSH | Call with M. Borden regarding transcript of recent hearings and update | 0.60 | 375.00 |

**SulmeyerKupetz, apc**

| | | | | |
|---|---|---|---|---|
| Unsecured Creditors Committee of Meade Instruments | | | | April 6, 2020 |
| Re: Meade Instruments Corp - OCC | | | | Invoice 2423734 |
| I.D. 11306-0001 - MSH | | | | Page 6 |
| BK Main Case #: | | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/10/20 | MSH | Review Meade status report and forward to committee with cover email | 0.50 | 312.50 |
| 03/15/20 | CKW | Briefly review February 2020 MOR, and forward same to M. Horoupian | 0.20 | 95.00 |
| 03/17/20 | MSH | Conference call with Masse, Goe regarding progress on sale and issues | 1.10 | 687.50 |
| 03/19/20 | MSH | Call with Hamid Rafatjoo regarding claims against SMRH | 0.20 | 125.00 |
| 03/20/20 | MSH | Conference calls regarding Motion for relief from Stay (.5); conference call with Committee and Debtor and Broadway regarding sale process and forward steps (1.2); follow up call with Mr. Goe regarding various matters including Sheppard Mullin (.5); Call with Matt and Hamid regarding MFRS and supply agreement (1.1) | 3.30 | 2,062.50 |
| 03/20/20 | CKW | Draft email to M. Horoupian, with detailed summary of call between Broadway Advisors, Debtor's counsel, and Committee, including status update from Brodway on sale process, next steps re supply agreement, and other matters in case | 1.00 | 475.00 |
| 03/23/20 | MSH | Emails regarding Sunny Optics security interest in assets | 0.20 | 125.00 |
| 03/25/20 | MSH | Court call appearance regarding status conference; motion to extend exclusivity; motion to extend deadline to assume or reject lease | 0.70 | 437.50 |
| 03/25/20 | MSH | Review and approve form of orders regarding exclusivity and lease motions | 0.20 | 125.00 |
| 03/27/20 | CKW | Participate in conference call with M. Horoupian, A. Masse, R. Goe, and committee members, re status of supply chain agreement, cost reductions report from debtor, and other issues | 0.60 | 285.00 |
| 03/27/20 | CKW | Draft email to M. Horoupian, with detailed summary of call between Broadway Advisors, Debtor's counsel, and Committee, including status updates re supply agreement, cost reduction, Mexico lease, and other matters in case | 0.40 | 190.00 |
| 03/27/20 | MSH | Conference call with Committee; Broadway and Debtor regarding update and pending issues; follow up calls with Hamid Rafatjoo and L. Lujan | 1.10 | 687.50 |
| | | **Total for CA - Case Administration** | **31.70** | **18,047.50** |

**Claims Admin. & Objections**

| | | | | |
|---|---|---|---|---|
| 01/08/20 | CKW | Review motion for order setting bar date for filing proofs of claim and review Local Rules for deadline to object (.2); Draft email to M. Horoupian, re preserving ability to file objection, and contacting chambers re same (.1) | 0.30 | 142.50 |
| 01/08/20 | MSH | Emails with O. Katz regarding SMRH issues | 0.20 | 125.00 |
| 01/09/20 | MSH | Call with Mr. Katz regarding Shepard Mullin issues (.7); email regarding documents needed (.2) | 0.90 | 562.50 |
| 01/09/20 | CKW | Review emails between M. Horoupian and R. Goe, re bar date motion and timing of lodging order on same (.1); Telephone call to Judge Bauer's Courtroom Deputy re same (.1) | 0.20 | 95.00 |
| 01/17/20 | MSH | Draft memo regarding Shepard Mulin issues | 1.00 | 625.00 |
| 01/20/20 | MSH | Review Sheppard Mulin response to request for information | 0.20 | 125.00 |

| | | | | |
|---|---|---|---|---|
| Unsecured Creditors Committee of Meade Instruments | | | | April 6, 2020 |
| Re: Meade Instruments Corp - OCC | | | | Invoice 2423734 |
| I.D. 11306-0001 - MSH | | | | Page 7 |
| BK Main Case #: | | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/22/20 | CKW | Draft outline re research questions for SM claim | 0.20 | 95.00 |
| 01/22/20 | CKW | Conduct research re preference liability and avoidance of lien in connection SM UCC-1 | 0.50 | 237.50 |
| 01/22/20 | MSH | Finalize memo regarding SMRH issues and meeting with C. Wu re same | 1.00 | 625.00 |
| 01/22/20 | ASH | Conference with C. Wu re SMRH issues | 0.20 | 119.00 |
| 01/23/20 | MSH | Research regarding SMRH claim issues | 0.80 | 500.00 |
| 01/23/20 | CKW | Conduct research re potential SMRH claim's issues and defenses | 2.10 | 997.50 |
| 01/24/20 | CKW | Conduct research re potential claims issues and defenses re SMRH, and draft memo to M. Horoupian, with analysis re same | 8.40 | 3,990.00 |
| 01/27/20 | CKW | Review docket in Optronics v. Ningbo case, and draft email to M. Horoupian, with list of pleadings for potential review/analysis | 0.70 | 332.50 |
| 01/27/20 | CKW | Review and respond to email from M. Horoupian, with list of Optronic v. Ningbo pleadings to be reviewed | 0.20 | 95.00 |
| 01/27/20 | CKW | Conduct research re potential Ningbo fraudulent transfer claim issues and defenses | 1.90 | 902.50 |
| 01/27/20 | MSH | Review research memorandum regarding preference issues and claims as it applies to lien of SMRH against Meade | 0.50 | 312.50 |
| 01/27/20 | MSH | Review/analysis of various pleadings in District Court case (Orion v. Ningbo Sunny) in connection with Analysis of work done by SMRH and whether fees are recoverable | 2.10 | 1,312.50 |
| 01/28/20 | CKW | Conduct research re potential Ningbo fraudulent transfer claim issues and defenses, and draft memo to M. Horoupian, with analysis re same | 4.80 | 2,280.00 |
| 01/28/20 | CKW | Conduct research re potential SM claim issues and defenses | 1.50 | 712.50 |
| 01/28/20 | MSH | Review memo regarding defenses to fraudulent transfer v. SMRH | 0.50 | 312.50 |
| 01/29/20 | CKW | Conduct research re potential claim issues and defenses re SMRH, and draft memo to M. Horoupian, with analysis re same | 4.90 | 2,327.50 |
| 01/29/20 | MSH | Call with Ori Katz regarding information regarding SMRH | 0.60 | 375.00 |
| 01/29/20 | MSH | Memo to file regarding conversation with M. Katz re SMRH | 0.20 | 125.00 |
| 01/29/20 | MSH | Further legal research regarding preference claims v. SMRH | 0.50 | 312.50 |
| 01/31/20 | CKW | Review scheduling order after status conference, and forward to M. Horoupian, with comments (.1); Review notice of bar date, re same (.1); | 0.20 | 95.00 |
| 01/31/20 | CKW | Draft email to committee members, attaching copy of bar date notice, and with information re deadline | 0.10 | 47.50 |
| 01/31/20 | CKW | Review email from M. Horoupian, re recently filed documents in Optronic v. Ningbo District Court case, to be reviewed (.1); Pull documents from docket, and forward same to M. Horoupian (.1) | 0.20 | No Charge |
| 01/31/20 | MSH | Legal research regarding fraudulent transfer v. Sheppard based on clients not sharing in fees | 1.20 | 750.00 |
| 02/13/20 | MSH | Email to Ori Katz regarding document and information request for analysis of claims | 0.10 | 62.50 |

**SulmeyerKupetz, apc**

| | | | | |
|---|---|---|---|---|
| Unsecured Creditors Committee of Meade Instruments | | | | April 6, 2020 |
| Re: Meade Instruments Corp - OCC | | | | Invoice  2423734 |
| I.D. 11306-0001 - MSH | | | | Page 8 |
| BK Main Case #: | | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/20/20 | MSH | Review notice of assignment of UCC-1 security interest in IP and other assets to Sunny Optics and Email with /M. Goodman regarding same. | 0.30 | 187.50 |
| 02/20/20 | MSH | Review and analyze whether claims need to be asserted by Debtor v. Sunny Optics before claims bar date | 0.30 | 187.50 |
| 02/21/20 | MSH | Legal research regarding assignment of malpractice claims to a creditors committee for pursuit | 1.00 | 625.00 |
| 02/26/20 | MSH | Research regrding attorney client privilige and joint representation and bankruptcy | 1.10 | 687.50 |
| 03/03/20 | MSH | Draft document request; review documents regarding Sheppard Mullin representation; email letter to Rob Goe regarding meet and confer for production of documents | 2.00 | 1,250.00 |
| 03/12/20 | MSH | Work on discovery vs. Sheppard Mullin | 1.00 | 625.00 |
| 03/19/20 | MSH | Research regarding assignability of claims against SMRH, research privilege issues in relation to discovery requests for SMRH and Debtor and Joint Defense agreement; email to Mr. Goe regarding same | 2.30 | 1,437.50 |
| 03/23/20 | MSH | Research regarding 3-300 statement and information lacking regarding disclosure and grounds to invalidate lien; review cases after Fletcher v. Jones | 1.10 | 687.50 |
| 03/23/20 | MSH | Memo to file regarding aSMRH lien issues | 1.10 | 687.50 |
| 03/24/20 | VAS | Research regarding perfection of attorneys' lien in consideration of Lyndberg and Watkins' decision by Bankruptcy Appellate Panel and lien asserted in bankruptcy case by Shepherd Mullin | 1.00 | 725.00 |
| 03/24/20 | MSH | Draft 2004 examination motion re Shepard Mullin and send meet and confer letter to Orion | 1.30 | 812.50 |
| 03/27/20 | MSH | Call with R. Goe regarding various issues including Request for Documents and other pending matters | 0.50 | 312.50 |
| 03/30/20 | CKW | Review and respond to emails from M. Horoupian and C. Caldwell, re instructions for service list for Rule 2004 motion | 0.10 | 47.50 |
| 03/30/20 | MSH | Preparation of 2004 motion re Debtor and SMRH, email to Rob Goe regarding same | 2.20 | 1,375.00 |
| 03/30/20 | MSH | Initial meet and confer with O. Katz re SMRH document production | 0.30 | 187.50 |
| 03/31/20 | MSH | Meet and confer call with Sheppard Mullin (Ori Katz, Charles ?, and Leo Caseria) | 0.90 | 562.50 |
| 03/31/20 | MSH | Revisions to 2004 motion re debtor | 1.00 | 625.00 |
| 03/31/20 | MSH | Revise 2004 request on SMRH based upon meet and confer meeting today | 0.70 | 437.50 |
| | | **Total for CAO - Claims Admin. & Objections** | **54.40** | **30,054.00** |

**Executory Contract Leases**

| | | | | |
|---|---|---|---|---|
| 03/10/20 | MSH | Draft response to motion to extend time to assume reject lease | 1.10 | 687.50 |
| 03/12/20 | MSH | Review emails from R. Goe regarding Mexico lease situation, and discuss with Rob Goe | 0.50 | 312.50 |

**SulmeyerKupetz, apc**

| | |
|---|---|
| Unsecured Creditors Committee of Meade Instruments | April 6, 2020 |
| Re: Meade Instruments Corp - OCC | Invoice  2423734 |
| I.D. 11306-0001 - MSH | Page 9 |
| BK Main Case #: | |

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/26/20 | MSH | Emails regarding lease renewal of the Mexico facility | 0.20 | 125.00 |
| 03/26/20 | MSH | Call with L. Lujan and Broadway regarding Mexico lease situation | 0.20 | 125.00 |
| | | **Total for ECL - Executory Contract Leases** | **2.00** | **1,250.00** |

**Fee/Employment Applications**

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/08/20 | CKW | Draft application to employ SK as committee counsel | 1.10 | 522.50 |
| 01/09/20 | CKW | Review emails between M. Horoupian and R. Goe, re potential investment bankers and their proposed terms | 0.10 | 47.50 |
| 01/09/20 | CKW | Continue drafting application to employ SK as committee counsel (1.2); Prepare notice of application, re same (.5) | 1.70 | 807.50 |
| 01/09/20 | MSH | Call with Mr. Buie regarding potential representation as investment banker | 0.30 | 187.50 |
| 01/13/20 | MSH | Compile and send summary of I banker proposals to Committee | 0.50 | 312.50 |
| 01/13/20 | MSH | Review Goe professional fee statement | 0.20 | 125.00 |
| 01/13/20 | CKW | Review email from M. Horoupian, with information re investment banker proposals | 0.10 | 47.50 |
| 01/13/20 | MSH | Calls with potential investment banker candidates | 1.00 | 625.00 |
| 01/14/20 | MSH | Calls with Masse and Leticia regarding retention as Investment Bankers; emails with R. Goe regarding same; and email to Broadway regarding retention | 1.00 | 625.00 |
| 01/14/20 | MSH | Calls with Mr. Goe regarding retention of I Banker and open issues | 0.30 | 187.50 |
| 01/15/20 | MSH | Emails with R. Goe and A. Masse regarding retention of Broadway and addressing interest in acquisition inquiries | 0.20 | 125.00 |
| 01/16/20 | MSH | Conference call with A. Masse regarding retention terms and retention agreement revisions; email to R. Goe regarding same. | 1.00 | 625.00 |
| 01/17/20 | MSH | Emails regarding Broadway Engagement Agreement | 0.20 | 125.00 |
| 01/17/20 | MSH | Review accounting and engagement agreement with Meade/Sunny Optics | 0.50 | 312.50 |
| 01/17/20 | MSH | Calls with Paul Buie at Onyx Capital and Alfred Masse at Broadway advisors regarding proposals to be retained as investment bankers in case. | 0.60 | 375.00 |
| 01/18/20 | MSH | Email to P. Moreo regarding Broadway retention application | 0.10 | 62.50 |
| 01/20/20 | MSH | Revisions to Broadway retention application | 0.50 | 312.50 |
| 01/22/20 | CKW | Review email from M. Horoupian, and attached redlined draft of application to employ SK as committee counsel (.2); Telephone call with M. Horoupian, re additional change (.1); Conform changes to notice of application (.1) | 0.40 | 190.00 |
| 01/22/20 | CKW | Attend to matters to ensure timely and proper service and filing of application to employ SK as committee counsel, and related notice | 0.10 | No Charge |
| 01/23/20 | MSH | Execute Broadway employment application and circulate to group for signature | 0.20 | 125.00 |
| 01/30/20 | CKW | Review application to employ special IP counsel, and forward same to M. Horoupian, with comments | 0.20 | 95.00 |

**SulmeyerKupetz, apc**

| | | |
|---|---|---|
| Unsecured Creditors Committee of Meade Instruments | | April 6, 2020 |
| Re: Meade Instruments Corp - OCC | | Invoice 2423734 |
| I.D. 11306-0001 - MSH | | Page 10 |
| BK Main Case #: | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/03/20 | CKW | Draft email to committee members, attaching debtor's application to employ special IP counsel, and with comments | 0.20 | 95.00 |
| 02/03/20 | CKW | Review email from P. Moreo, with questions and comments re debtor application to employ special IP counsel (.1); Draft email to M. Horoupian, with proposed response, re same (.1) | 0.20 | 95.00 |
| 02/03/20 | CKW | Draft order granting application to employ SK as committee counsel | 0.40 | 190.00 |
| 02/03/20 | MSH | Emails regarding IP counsel application | 0.20 | 125.00 |
| 02/04/20 | MSH | Email re IP counsel budget | 0.10 | 62.50 |
| 02/10/20 | CKW | Attend to matters to ensure timely and proper filing and service of order on application to employ SK, and declaration re same | 0.10 | No Charge |
| 02/10/20 | MSH | Review order on employment application | 0.10 | 62.50 |
| 02/20/20 | MSH | Review and respond w/comments to Draft order approving Bwy Advisors employment order | 0.20 | 125.00 |
| 02/25/20 | CKW | Review Court docket entry re hearing on application to employ Broadway advisors, and draft email to M. Horoupian, re same | 0.20 | 95.00 |
| 02/26/20 | CKW | Draft email to M. Horoupian, re notice of hearing and hearing set for application to employ Broadway Advisors, and appearances, re same | 0.10 | 47.50 |
| 03/11/20 | MSH | Appearance at hearing regarding Employment of Broadway Advisors and Motion to Obtain Insurance funding; call with Mr. Goe prior to hearing | 2.00 | 1,250.00 |
| 03/11/20 | MSH | Appearance at hearing on motion to approve Broadway Advisors employment; emails and calls with Broadway after hearing | 1.40 | 875.00 |
| 03/26/20 | CKW | Draft email to M. Horoupiain, re preparation of first interim fee application of Committee, and review and respond to email from M. Horoupian, re same | 0.20 | 95.00 |
| | | **Total for FEA - Fee/Employment Applications** | **15.70** | **8,952.50** |
| **Meeting of Creditors** | | | | |
| 01/08/20 | MSH | Review email from Peter with list of questions, and respond in Excel chart | 0.40 | 250.00 |
| 01/09/20 | MSH | Preparation for 341(a) examination tomorrow | 2.50 | 1,562.50 |
| 01/10/20 | MSH | Preparation for and attendance at Rule 341(a) examination of Debtor; call with H. Rafatjoo during break | 2.60 | 1,625.00 |
| 02/20/20 | MSH | Review files regarding 341(a) follow up and email to Goe et al regarding same | 0.60 | 375.00 |
| | | **Total for MOC - Meeting of Creditors** | **6.10** | **3,812.50** |
| **Plan & Disclosure Statement** | | | | |
| 02/12/20 | MSH | Call with H. Rafatjoo regarding potential plan and issues regarding same | 0.40 | 250.00 |
| 02/12/20 | MSH | Outline plan of reorganization ideas | 0.30 | 187.50 |
| 02/13/20 | MSH | Call with H. Rafatjoo regarding potential plan alternatives to sale | 0.20 | 125.00 |
| 03/06/20 | MSH | Draft stipulation regarding exclusivity | 1.10 | 687.50 |

**SulmeyerKupetz, apc**

| | | | | |
|---|---|---|---|---|
| Unsecured Creditors Committee of Meade Instruments | | | | April 6, 2020 |
| Re: Meade Instruments Corp - OCC | | | | Invoice 2423734 |
| I.D. 11306-0001 - MSH | | | | Page 11 |
| BK Main Case #: | | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/09/20 | MSH | Finalize stipulation regarding exclusivity | 0.30 | 187.50 |
| 03/10/20 | CAB | Conference with Mark Horoupian re stip and order between OCC and Debtor re extending exclusivity periods for filing plan | 0.20 | 50.00 |
| 03/10/20 | CAB | Review stip and draft order approving stipulation re extending exclusivity periods re plan | 0.30 | 75.00 |
| 03/11/20 | CAB | Finish drafting order re stip to extend exclusivity period re plan | 0.30 | 75.00 |
| 03/11/20 | CAB | File Stip and order re OCC and Debtors motion for extending exclusivity periods for filing plan | 0.30 | 75.00 |
| 03/12/20 | CAB | Revise and upload new order per court's instructions | 0.30 | No Charge |
| 03/12/20 | CAB | Review email from Mark Horoupian re 2nd rejection; Revise order per court's instructions and email revised copy to M. Horoupian for review | 0.30 | No Charge |
| | | **Total for PDS - Plan & Disclosure Statement** | **4.00** | **1,712.50** |

**Relief From Stay Proceedings**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/17/20 | MSH | Conference call with Mr. Goe, Mr. Rafatjoo, Plaintiff's counsel, regarding relief from stay; etc. | 0.80 | 500.00 |
| 01/20/20 | MSH | Call with Rob Goe and Hamid Rafatjoo regarding relief from stay and supply issues | 0.50 | 312.50 |
| 02/04/20 | MSH | Call with Rob Goe, Hamid Rafatjoo, and Matt Borden (counsel for Orion) regarding relief from stay and supply issues. | 0.50 | 312.50 |
| 02/05/20 | MSH | Revise stipulation regarding relief from stay re Orion Litigation | 0.20 | 125.00 |
| 02/10/20 | MSH | Revise stipulation regarding supply agreement and email to committee with commentary regarding relief from stay motion | 0.70 | 437.50 |
| 02/11/20 | MSH | Revisions to stipulation for relief from stay | 0.50 | 312.50 |
| 02/26/20 | MSH | Review Orion Motion for Equitable relief | 0.50 | 312.50 |
| 03/18/20 | MSH | Review motion for relief from stay by Orion and emails to Orion Counsel and Committee regarding same | 0.30 | 187.50 |
| 03/19/20 | CKW | Review and respond to emails with M. Horoupian, re RFS motion filed by Orion, and call with committee members, re same (.2); Briefly review RFS motion, in preparation for call (.4) | 0.60 | 285.00 |
| 03/20/20 | CKW | Participate in conference call with M. Horoupian and committee members, re Orion RFS motion, and next steps | 0.50 | 237.50 |
| 03/23/20 | CKW | Review and respond to emails from M. Horoupian, re preparation of statement of position regarding Orion RFS motion (.2); Draft statement of position, and draft email to M. Horoupian, attaching same for review (2.4) | 2.60 | 1,235.00 |
| 03/23/20 | CKW | Review docket of District Court action Orion v. Ningbo Sunny, re preparation of Committee statement of position | 0.20 | 95.00 |
| 03/23/20 | MSH | Draft section of statement regarding Orion Motion for relief from stay | 1.00 | 625.00 |
| 03/24/20 | CKW | Review email from M. Horoupian, with his redline to the draft statement of position re Orion RFS motion (.1); Revise same, and draft email to M. Horoupian, with question re timing of filing (.4) | 0.50 | 237.50 |
| 03/24/20 | CKW | Attend to matters to ensure timely and proper filing and service of | 0.20 | 95.00 |

**SulmeyerKupetz, apc**

| | | |
|---|---|---|
| Unsecured Creditors Committee of Meade Instruments | | April 6, 2020 |
| Re: Meade Instruments Corp - OCC | | Invoice 2423734 |
| I.D. 11306-0001 - MSH | | Page 12 |
| BK Main Case #: | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | Committee's statement of position re Orion RFS motion | | |
| 03/24/20 | MSH | Revise and finalize statement of committee regarding relief from stay by Orion | 1.00 | 625.00 |
| 03/25/20 | CKW | Review debtors' opposition to Orion RFS motion, and review and respond to emails with M. Horoupian, re edits to Committee's statement of position in response to same | 0.70 | 332.50 |
| 03/25/20 | CKW | Review M. Horoupian edits to Committee's statement of position re Orion RFS motion, and revise and finalize same for filing | 0.40 | 190.00 |
| 03/25/20 | MSH | Review Debtor's opposition to Motion for relief from stay by Orion; revisions to same | 0.70 | 437.50 |
| | | **Total for RFS - Relief From Stay Proceedings** | **12.40** | **6,895.00** |
| | | **Total Fees** | **153.80** | **86,869.00** |

| Fee Recap | | | |
|---|---|---|---|
| | **Hours** | **Rate/Hour** | **Amount** |
| Victor A. Sahn | 1.00 | 725.00 | 725.00 |
| Mark S. Horoupian | 97.30 | 625.00 | 60,812.50 |
| Asa S. Hami | 0.20 | 595.00 | 119.00 |
| Claire K. Wu | 1.10 | 0.00 | 0.00 |
| Claire K. Wu | 52.50 | 475.00 | 24,937.50 |
| Cheryl A. Blair | 0.60 | 0.00 | 0.00 |
| Cheryl A. Blair | 1.10 | 250.00 | 275.00 |
| **Totals** | **153.80** | | **86,869.00** |

# EXHIBIT 3

# Sulmeyer Kupetz

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW SINCE 1952

TAX ID # 95-2585799

Unsecured Creditors Committee of Meade Instruments
c/o Hamid Raftajoo, Chairperson
Raines Feldman
18401 Von Karman Ave, 360
Irvine, CA  92612

Invoice  2423734

April 6, 2020

Re: Meade Instruments Corp - OCC
ID: 11306-0001 - MSH

For Services Rendered Through March 31, 2020

| Task Recap by Timekeeper | | | | |
|---|---|---|---|---|
| | | Hours | Rate/Hour | Amount |
| **Asset Disposition** | Claire K. Wu | 0.30 | 0.00 | 0.00 |
| | Claire K. Wu | 2.50 | 475.00 | 1,187.50 |
| | Mark S. Horoupian | 15.90 | 625.00 | 9,937.50 |
| | **Task Code Subtotal:** | **18.70** | | **11,125.00** |
| **Business Operations** | Claire K. Wu | 3.20 | 475.00 | 1,520.00 |
| | Mark S. Horoupian | 5.60 | 625.00 | 3,500.00 |
| | **Task Code Subtotal:** | **8.80** | | **5,020.00** |
| **Case Administration** | Claire K. Wu | 0.40 | 0.00 | 0.00 |
| | Claire K. Wu | 10.10 | 475.00 | 4,797.50 |
| | Mark S. Horoupian | 21.20 | 625.00 | 13,250.00 |
| | **Task Code Subtotal:** | **31.70** | | **18,047.50** |
| **Claims Admin. & Objections** | Asa S. Hami | 0.20 | 595.00 | 119.00 |
| | Claire K. Wu | 0.20 | 0.00 | 0.00 |
| | Claire K. Wu | 26.10 | 475.00 | 12,397.50 |
| | Mark S. Horoupian | 26.90 | 625.00 | 16,812.50 |
| | Victor A. Sahn | 1.00 | 725.00 | 725.00 |
| | **Task Code Subtotal:** | **54.40** | | **30,054.00** |
| **Executory Contract Leases** | Mark S. Horoupian | 2.00 | 625.00 | 1,250.00 |
| | **Task Code Subtotal:** | **2.00** | | **1,250.00** |
| **Fee/Employment Applications** | Claire K. Wu | 0.20 | 0.00 | 0.00 |
| | Claire K. Wu | 4.90 | 475.00 | 2,327.50 |
| | Mark S. Horoupian | 10.60 | 625.00 | 6,625.00 |
| | **Task Code Subtotal:** | **15.70** | | **8,952.50** |
| **Meeting of Creditors** | Mark S. Horoupian | 6.10 | 625.00 | 3,812.50 |
| | **Task Code Subtotal:** | **6.10** | | **3,812.50** |

0038

**SulmeyerKupetz, apc**

| | | | | |
|---|---|---|---|---|
| Unsecured Creditors Committee of Meade Instruments | | | | April 6, 2020 |
| Re: Meade Instruments Corp - OCC | | | | Invoice  2423734 |
| I.D. 11306-0001 - MSH | | | | Page 2 |
| BK Main Case #: | | | | |

| | | | | |
|---|---|---|---|---|
| **Plan & Disclosure Statement** | Cheryl A. Blair | 0.60 | 0.00 | 0.00 |
| | Cheryl A. Blair | 1.10 | 250.00 | 275.00 |
| | Mark S. Horoupian | 2.30 | 625.00 | 1,437.50 |
| | **Task Code Subtotal:** | **4.00** | | **1,712.50** |
| **Relief From Stay Proceedings** | Claire K. Wu | 5.70 | 475.00 | 2,707.50 |
| | Mark S. Horoupian | 6.70 | 625.00 | 4,187.50 |
| | **Task Code Subtotal:** | **12.40** | | **6,895.00** |
| | **Total:** | **153.80** | | **86,869.00** |

EXHIBIT 4

**SulmeyerKupetz, apc**

| | |
|---|---|
| Unsecured Creditors Committee of Meade Instruments | April 6, 2020 |
| Re: Meade Instruments Corp - OCC | Invoice 2423734 |
| I.D. 11306-0001 - MSH | Page 1 |

### Summary of Fees by BK Category

| For Services Rendered Through March 31, 2020 | Hours | Amount |
|---|---|---|
| **AD   Asset Disposition** | | |
| 01/2020 | 4.70 | 2,937.50 |
| 02/2020 | 8.80 | 5,177.50 |
| 03/2020 | 5.20 | 3,010.00 |
| **Total Fees** | **18.70** | **11,125.00** |
| **BO   Business Operations** | | |
| 01/2020 | 1.80 | 930.00 |
| 02/2020 | 6.40 | 3,715.00 |
| 03/2020 | 0.60 | 375.00 |
| **Total Fees** | **8.80** | **5,020.00** |
| **CA   Case Administration** | | |
| 01/2020 | 16.20 | 9,035.00 |
| 02/2020 | 3.30 | 2,032.50 |
| 03/2020 | 12.20 | 6,980.00 |
| **Total Fees** | **31.70** | **18,047.50** |
| **CAO   Claims Admin. & Objections** | | |
| 01/2020 | 36.10 | 18,531.50 |
| 02/2020 | 2.80 | 1,750.00 |
| 03/2020 | 15.50 | 9,772.50 |
| **Total Fees** | **54.40** | **30,054.00** |
| **ECL   Executory Contract Leases** | | |
| 03/2020 | 2.00 | 1,250.00 |
| **Total Fees** | **2.00** | **1,250.00** |
| **FEA   Fee/Employment Applications** | | |
| 01/2020 | 10.30 | 5,835.00 |
| 02/2020 | 1.80 | 897.50 |
| 03/2020 | 3.60 | 2,220.00 |

SulmeyerKupetz, apc

| Unsecured Creditors Committee of Meade Instruments | April 6, 2020 |
|---|---|
| Re: Meade Instruments Corp - OCC | Invoice 2423734 |
| I.D. 11306-0001 - MSH | Page 2 |

| For Services Rendered Through March 31, 2020 | Hours | Amount |
|---|---|---|
| **Total Fees** | **15.70** | **8,952.50** |
| MOC   Meeting of Creditors | | |
| 01/2020 | 5.50 | 3,437.50 |
| 02/2020 | 0.60 | 375.00 |
| **Total Fees** | **6.10** | **3,812.50** |
| PDS   Plan & Disclosure Statement | | |
| 02/2020 | 0.90 | 562.50 |
| 03/2020 | 3.10 | 1,150.00 |
| **Total Fees** | **4.00** | **1,712.50** |
| RFS   Relief From Stay Proceedings | | |
| 01/2020 | 1.30 | 812.50 |
| 02/2020 | 2.40 | 1,500.00 |
| 03/2020 | 8.70 | 4,582.50 |
| **Total Fees** | **12.40** | **6,895.00** |
| **Grand Total** | **153.80** | **86,869.00** |

# EXHIBIT 5

# **Sulmeyer**Kupetz

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW SINCE 1952
TAX ID # 95-2585799

Unsecured Creditors Committee of Meade Instruments
c/o Hamid Raftajoo, Chairperson
Raines Feldman
18401 Von Karman Ave, 360
Irvine, CA  92612

Invoice  2423734

April 6, 2020

Re: Meade Instruments Corp - OCC
ID: 11306-0001 - MSH

For Services Rendered Through March 31, 2020

| | Disbursements | | | |
|---|---|---|---|---|
| Date | Description | Units | Cost Per Unit | Amount |
| | Reproduction Cost | 297 | $ .20 | 59.40 |
| | Attorney Service | | | 22.00 |
| | **Total Disbursements** | | | **81.40** |

0042

**SulmeyerKupetz, apc**

| | |
|---|---|
| Unsecured Creditors Committee of Meade Instruments | April 6, 2020 |
| Re: Meade Instruments Corp - OCC | Invoice  2423734 |
| I.D. 11306-0001 - MSH | Page 1 |

## Summary of Costs

| Cost | Date | Amount |
|---|---|---|
| For Services Rendered Through  3/31/2020 | | |
| Attorney Service | | |
| | 02/2020 | 11.00 |
| | 03/2020 | 11.00 |
| **Total Disbursements** | | **22.00** |
| Reproduction Cost | | |
| | 01/2020 | 3.20 |
| | 02/2020 | 56.20 |
| **Total Disbursements** | | **59.40** |
| **Grand Total** | | **81.40** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **FIRST INTERIM APPLICATION OF SULMEYERKUPETZ, A PROFESSIONAL CORPORATION, AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES; DECLARATION OF MARK S. HOROUPIAN IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  April 7, 2020  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Matthew Borden on behalf of Creditor Optronic Technologies, Inc. d/b/a Orion Telescopes & Binoculars
borden@braunhagey.com,
rosario@braunhagey.com;kushnir@braunhagey.com;verga@braunhagey.com;hagey@braunhagey.com;fisher@braunhagey.com;theodore@braunhagey.com;hasegawa@braunhagey.com;szoke@braunhagey.com;baker@braunhagey.com

Matthew Borden on behalf of Creditor Optronic Technologies, Inc., d/b/a Orion Telescopes & Binoculars
borden@braunhagey.com,
rosario@braunhagey.com;kushnir@braunhagey.com;verga@braunhagey.com;hagey@braunhagey.com;fisher@braunhagey.com;theodore@braunhagey.com;hasegawa@braunhagey.com;szoke@braunhagey.com;baker@braunhagey.com

Frank Cadigan on behalf of U.S. Trustee United States Trustee (SA)
frank.cadigan@usdoj.gov

Robert P Goe on behalf of Attorney Goe Forsythe & Hodges LLP
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe on behalf of Attorney Stetina Brunda Garred & Brucker, APC
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe on behalf of Debtor Meade Instruments Corp.
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe on behalf of Debtor Sunny Optics, Inc., a Delaware corporation
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Mark S Horoupian on behalf of Creditor Committee Official Committee of Unsecured Creditors
mhoroupian@sulmeyerlaw.com, dwalker@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com

Mark S Horoupian on behalf of Interested Party Courtesy NEF
mhoroupian@sulmeyerlaw.com, dwalker@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com

Hamid R Rafatjoo on behalf of Creditor Optronic Technologies, Inc. d/b/a Orion Telescopes & Binoculars
hrafatjoo@raineslaw.com, bclark@raineslaw.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Claire K Wu on behalf of Creditor Committee Official Committee of Unsecured Creditors
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu on behalf of Interested Party Courtesy NEF
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

☐ Service information continued on attached page.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**2. SERVED BY UNITED STATES MAIL**:

On (*date*) _ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (<u>state method for each person or entity served</u>): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| April 7, 2020 | Maria R. Viramontes | */s/Maria R. Viramontes* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**