HOWARD B. GROBSTEIN, CPA
Grobstein Teeple, LLP
6300 Canoga Avenue, Suite 1500W
Woodland Hills, California 91367
Telephone:   (818) 532-1020
Facsimile:    (818) 532-1120
Email:    hgrobstein@gtllp.com, documents@gtllp.com

Accountants for Meade Instruments Corp.,
Chapter 11 Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**MEADE INSTRUMENTS CORP., A DELAWARE CORPORATION,**<br><br><br><br><br>Debtor and Debtor-in-Possession. | Case No.: 8:19-bk-14714-CB<br><br>Chapter 11<br><br>**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GROBSTEIN TEEPLE, LLP AS ACCOUNTANTS FOR THE CHAPTER 11 DEBTOR; DECLARATIONS OF HOWARD B. GROBSTEIN AND DEBTOR IN SUPPORT THEREOF**<br><br>**Hearing:**<br>Date:   April 29, 2020<br>Time:   10:00 a.m.<br>Place:   Courtroom 5D<br>            411 West 4th Street<br>            Santa Ana, CA 92701 |

**TO THE HONORABLE CATHERINE BAUER, UNITED STATES BANKRUPTCY JUDGE:**

GROBSTEIN TEEPLE LLP ("Applicant" or "GT" or the "Firm"), accountants for the Chapter 11 Debtor and Debtor in Possession, Meade Instruments Corp., (the "Debtor") in the above-referenced case, represents the following in support of this *First Interim Application for Compensation and Reimbursement of Expenses of Grobstein Teeple LLP* ("Application"). The Application requests a total of $28,096.00 for fees and $48.72 for expenses incurred during the period from December 12, 2019 through and including March 31, 2020 (the "Application Period").

# I.

## PRELIMINARY SUMMARY OF COMPENSATION DATA

1.      Applicant: GROBSTEIN TEEPLE LLP

2.      Application Period: December 12, 2019 through March 31, 2020

3.      Date of Entry of Order Authorizing Employment: February 3, 2020

4.      Date Services Commenced: December 5, 2019

5.      Dates of Prior Fee Hearings: None

6.      Advance Fee Payment Received: $10,000.00 (Retainer)

7.      Advance Fee Payment Remaining: $10,000.00 (Retainer)

8.      Fees Paid Pursuant to Prior Fee Applications: $0.00

9.      Expenses Paid Pursuant to Prior Fee Applications: $0.00

10.     Amount Remaining to be Paid to Pursuant to Prior Applications: $0.00

11.     Amount Reserved Pending Final Fee Application: $0.00

12.     Total Amount of Fees Requested for this Application Period: $28,096.00

13.     Total Amount of Expenses Requested for this Application Period: $48.72

14.     Cash on hand: Approximately $1.5M

# II.

## INTRODUCTION

1.      This Application is filed in accordance with Section 330 of the United States Bankruptcy Code, Local Bankruptcy Rule 2016(1), and the Guidelines of the Office of the United States Trustee for the Central District of California (the "Guidelines").

2.      On December 12, 2019, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Petition Date"). Since December 12, 2019 (the "Petition Date"), the Debtor has been operating its business and managing its financial affairs as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

3.      Pursuant to the order entered authorizing the employment of GT as accountants, Applicant began work on December 5, 2019.

4.    Applicant was employed to provide accounting related assistance including: assistance with short-term cash management procedures and liquidity forecasting, including the development and management of a 13-week budget; updating, monitoring and reporting actual activity vs. forecast and with other reporting that may be required by the Debtor's lenders or other parties-in-interest; assistance with the preparation of financial and other information required by the Bankruptcy Court and the Office of the United States Trustee; assistance with the preparation of other financial information to be used in the case on behalf of the Debtor; assistance with or preparation of tax returns and any tax issues that may arise; assistance with the bankruptcy process and the timely preparation of a plan of reorganization; forensic accounting as required; valuation services; and engagement in such other financial advisory activities as requested by the Debtor.

5.    This is Applicant's First Interim application in connection with this case.  Applicant seeks approval of compensation for the periods December 12, 2019 through March 31, 2020.  The requested amount of compensation is based upon a total of 85.70 hours of accounting services, resulting in fees totaling $28,096.00.  Applicant is requesting expenses in the amount of $48.72. The Debtor is currently holding approximately $1.5M cash on hand.  On December 18, 2019, Applicant received a retainer of $10,000. Applicant requests the court's approval to draw on this retainer.

6.    The professional services which are the subject of this Application were rendered by the Applicant in connection with providing services for the benefit of the estate and not for any other entity. All of the expenses which are the subject of this Application were incurred by Applicant in connection with providing services for the benefit of the estate.

7.    Applicant maintains time records of professionals and support personnel on a contemporaneous basis.  Such time records are prepared by the professionals who have rendered the services.

8.    **Exhibit "A"** provides a grand total of fees by subject area incurred during the period.

9.    A summary of the hours of professional time expended by each professional for the Applicant is attached as **Exhibit "B".**  The hourly rates in **Exhibit "B"**, as well as those reported in **Exhibit "C"**, reflect the rates in effect on the dates those services were performed.  Therefore, certain professionals may reflect multiple rates if there were rate adjustments during the period.

10.    Attached hereto as **Exhibit "C"** and incorporated herein by this reference is a statement detailing the services and expenses rendered by the Applicant for the period December 12, 2019 through March 31, 2020.  **Exhibit "C"** is transcribed from the Applicant's contemporaneous time records, and shows the professional services rendered, the date the services were performed, the person performing the service and the amount of time incurred.   **Exhibit "C"** categorizes the professional fees by subject work areas.

11.    Applicant has no agreement or understanding for a division of fees between Applicant and any other party or parties involved in this matter.  On December 18, 2019, Applicant received a retainer of $10,000. Applicant requests the court's approval to draw on this retainer.

12.    Attached as **Exhibit "D"** is biographical information concerning the professionals providing services during the period covered by this Application.

## III.

## SUMMARY OF PROFESSIONAL SERVICES PERFORMED BY APPLICANT

**Accounting Services**

13.    Applicant was engaged by the Debtor and Debtor-in-Possession to provide consulting services which included evaluating books and records, gathering and analyzing available documents and electronic data, interviewing parties to the matter, and performing financial and other analyses. Applicant reviewed the Debtor's balance sheets, projections, and profit and loss statements to analyze operating and financial issues. Applicant participated in numerous correspondence with the Debtor and Debtor's counsel to prepare for the Debtor's Initial Debtor Interview ("IDI") with the U.S. Trustee.

14.    At the request of Debtor's counsel, Applicant traveled to and attended the IDI with the U.S. Trustee.  Applicant also assisted Debtor in resolving various accounting issues related to closing of books and records as of the bankruptcy petition date, gathering information required to complete the Debtor's bankruptcy schedules, and complying with U.S. Trustee requirements.  Applicant relied on its review of the documentation described above as well as its interviews with management and the Debtor's accounting department.

15.    Additional accounting services have been provided by Applicant relating to current and prior period accounting issues. These included assistance in reviewing and preparing information for the Debtor's filing and schedules. This analysis includes accounting work relating to the monthly closing process of the Debtor's accounting system.

16.    In addition, upon Debtor's request, Applicant assisted Debtor in its search for an investment banking firm to locate a potential buyer.  Applicant contacted, collected, and reviewed proposals provided by the investment banking firms.  Further, Applicant provided services related to the valuation and sale of the business.

17.    Applicant has prepared three monthly operating reports for the Debtor, beginning in December 2019, continuing through February 2020. For each report Applicant reviewed the banking activity, support or purpose of activity, and any additional documents supporting financial transactions of the Debtor for the month. Applicant compiled the monthly reports and prepared for review with the Debtor.

18.    Applicant participated in numerous email and telephonic correspondence with the Debtor, Debtor's accounting department, and Debtor's counsel throughout the application period. Applicant met with the Debtor's management and accounting department at the Debtor's office to work through various accounting issues and attend the IDI with the U.S. Trustee. These meetings were necessary for the Applicant to assist the Debtor in properly filing their bankruptcy information, understanding the transactional activity to prepare projections, verify and consult to proper accounting procedures, and provide general accounting policy for the Debtor.

19.    During the First Interim fee application period, Applicant incurred 62.60 hours of accounting services, resulting in fees totaling $20,381.00.  This results in a blended hourly rate of $325.58.

**Employment/Fee Application**

20.    Applicant prepared its First Interim fee application for its services in the case. During the fee application period, Applicant incurred 1.60 hours to prepare the application, resulting in fees totaling $280.00. This results in a blended hourly rate of $175.00.

**Valuation Services**

21.     Applicant performed services related to the valuation of the business for potential sale. These activities initially involved a request for and review of relevant financial and operational information from the Debtor, including an assessment of current activities and anticipated future financial performance under restructured operations. Additionally, Application performed a detailed analysis of the Debtor's historical income statements and balance sheet trends, reviewed the Debtor's financial projections, and made adjustments to normalize historical financial statements where relevant by removing nonoperating or nonrecurring income or expense items.

22.     In valuing the business, Applicant applied the discounted cash flow method. This technique involved a) developing a detailed long-term forecast to estimate future cash flows from operating and eventually selling the business when stabilized and b) discounting those future cash flows to the future using a discount rate reflective of the risk of achieving forecasted profitability as a restructured entity. Additionally, Applicant applied the guideline transactions method, which involved researching private transactions of similar companies competing in the optical equipment manufacturing industry to develop relevant transaction multiples to use in valuing the business.

23.     Applicant then reconciled the indications of value to arrive at a value estimate. In this process, Applicant communicated with the Debtor, Debtor's counsel and the Debtor's investment banker and refined assumptions with information received where appropriate.

24. During the application period, Applicant incurred 21.50 hours of valuation services, resulting in fees totaling $7,435.00. This results in a blended hourly rate of $345.81.

## IV.

## REQUEST FOR FIRST INTERIM COMPENSATION

25.     During the First Interim period, Applicant incurred a total of 85.70 hours as accountants for the Debtor.  Applicant submits that all of its time was reasonable and necessary. Applicant has attempted, as best possible, to avoid utilizing professionals at a higher rate than needed for any particular task.

26.     Applicant is requesting compensation in the amount of $28,096.00 for services

Meade Instruments Corp.                                                    8:19-bk-14714-CB

1  rendered.  This amount is based upon the normal hourly rates charged by its professionals at the time

2  the work was performed.  This amount does not include any enhancements or bonuses.  This results

3  in a blended hourly rate of $327.84. On December 18, 2019, Applicant received a retainer of

4  $10,000. Applicant requests the court's approval to draw on this retainer.

5      **WHEREFORE, GROBSTEIN TEEPLE LLP** requests that this Court, after proper notice

6  and hearing, allow on a final basis, fees totaling $28,096.00 and expenses totaling $48.72.

7      This would result in a total payment of $28,144.72 to GROBSTEIN TEEPLE LLP.

8

9  Dated: April 8 , 2020                                        By _____

10                                                                     Howard B. Grobstein

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Meade Instruments Corp.                                                          8:19-bk-14714-CB

## DECLARATION OF HOWARD B. GROBSTEIN

I, **HOWARD B. GROBSTEIN**, declare and state as follows:

1.    I am a certified public accountant, duly licensed and authorized to practice accounting in the State of California.  I am a member in good standing of the American Institute of Certified Public Accountants (AICPA), and am a partner of GROBSTEIN TEEPLE LLP ("GT"), accountants for the Chapter 11 Debtor.

2.    I am the accountant principally responsible for the services performed in this matter on behalf of the Chapter 11 Debtor.  The facts stated herein are within my personal knowledge or I have gained knowledge of them from other GT staff members or the regular business records as maintained by my office.  If called as a witness, I could and would testify competently thereto.

3.    I have reviewed the foregoing First Interim Application for Compensation and Reimbursement of Expenses of Grobstein Teeple LLP (the "Application").

4.    **Exhibit "A"** provides a grand total of fees by subject area incurred.

5.    A summary of the hours of professional time expended by each professional for the Applicant is attached as **Exhibit "B"**.

6.    **Exhibit "C"** represents a detail of fees and expenses incurred by Applicant. **Exhibit "C"** was prepared in conformance with Guideline B of the Office of the United States Trustee. Applicant's request for reimbursement of costs and the computation of the costs reflect photocopying at $0.20 per page, outgoing facsimiles at $1.00 per page and incoming facsimiles at $0.20 per page. All costs from outside parties such as messengers, Federal Express, mail and long distance telephone charges are charged at Applicant's cost.

8.    Attached as **Exhibit "D"** is biographical information concerning the professionals providing these services.

I declare under penalty of perjury that the foregoing is true and correct.

Executed April 8, 2020, at Woodland Hills, California.

_____
Howard B. Grobstein

Meade Instruments Corp.                                                        8:19-bk-14714-CB

## DECLARATION OF VICTOR ANICETO

I, **VICTOR ANICETO**, declare as follows:

1.  I am the President of the Chapter 11 Debtor, Meade Instrument Corporation.

2.  I have personal knowledge of the within stated facts.

3.  I have reviewed the First Interim Application for Compensation and Reimbursement of
    Expenses of Grobstein Teeple LLP as Accountants for the Chapter 11 Debtor in Possession
    and have no objections to it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April _B_ , 2020 at _FULLERTON_ , California.

_Victor Aniceto_

Victor Aniceto

Meade Instruments Corp.                                    8:19-bk-14714-CB

# EXHIBIT A

**Grobstein Teeple LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630



**Meade Instruments Corp**

**Summary of Professional Fees and Expenses**

**Fee Application Period: December 12, 2019 through March 31, 2020**

**Category of Work**

| | | | |
|---|---|---|---|
| 001 - Accounting Services | | 62.60 | $20,381.00 |
| 009 - Fee/Employment Application | | 1.60 | $280.00 |
| 019 - Valuation | | 21.50 | $7,435.00 |
| | Total Professional Fees | 85.70 | $28,096.00 |

**Expenses**

| | | |
|---|---|---|
| 400 - Client Mileage | | $48.72 |
| | Total Expenses | $48.72 |

| | |
|---|---|
| **Total Professional Fees and Expenses** | **$28,144.72** |

# EXHIBIT B

**Grobstein Teeple LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

**GT GROBSTEIN TEEPLE|LLP**

**Meade Instruments Corp**
27 Hubble
Irvine, California 92618

# Invoice

**Invoice Date:**     04/07/2020
**Billing Through:** 03/31/2020

**IN RE: Meade Instruments Corp**

## Professional Fees by Employee

**Fee Application Period: December 12, 2019 - March 31, 2020**

| Employee | Rate | Hours | Amount |
|---|---|---|---|
| Cory L Zera | $125.00 | 1.10 | $137.50 |
| Dimple P Mehra | $275.00 | 18.20 | $5,005.00 |
| Dimple P Mehra | $285.00 | 32.20 | $9,177.00 |
| Howard B Grobstein | $495.00 | 7.20 | $3,564.00 |
| Howard B Grobstein | $505.00 | 5.50 | $2,777.50 |
| William W Thomsen | $325.00 | 3.60 | $1,170.00 |
| William W Thomsen | $350.00 | 17.90 | $6,265.00 |
| Totals | | 85.70 | $28,096.00 |

# EXHIBIT C

**Grobstein Teeple LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630



**Meade Instruments Corp**
27 Hubble
Irvine, California 92618

# Invoice

**Invoice Date:**     04/07/2020
**Billing Through:**  03/31/2020

IN RE: Meade Instruments Corp

**Professional Services:**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| **001 - Accounting Services** | | | | | |
| 12/12/2019 | Howard B Grobstein | Asset and liability analysis; projections | $495.00 | 0.80 | $396.00 |
| 12/12/2019 | Dimple P Mehra | Review profit and loss statements, declaration of V. Aniceto, and district court complaint provided by counsel. | $275.00 | 2.00 | $550.00 |
| 12/12/2019 | Howard B Grobstein | Evaluation of financials; operational issues | $495.00 | 0.90 | $445.50 |
| 12/13/2019 | Dimple P Mehra | Call with counsel and Debtors' representatives re work to be completed (1.5). Multiple calls with S. Roe re accounting issues (2.5) Call with W. Thomsen re valuation services needed by Debtor (.1). Calls with counsel re bankruptcy issues (.2). Emails with UST re P&L statements and questions re budget (.2). Email to Debtor with information needed for valuation (.1). Calls with Debtors' representatives re vendor issue and email to counsel re same (.2). | $275.00 | 4.80 | $1,320.00 |
| 12/13/2019 | Howard B Grobstein | Issues regarding valuation and sale; issues regarding shipment | $495.00 | 0.80 | $396.00 |
| 12/16/2019 | Dimple P Mehra | Call with counsel re balance sheet for Sunny Optic and emails to and from counsel re same (.3). Call with counsel and Debtor's representatives re schedules and preparation for meeting with UST (.8). | $275.00 | 1.10 | $302.50 |
| 12/16/2019 | Howard B Grobstein | Communications regarding return of shipment and implications on operations; cash flow | $495.00 | 0.60 | $297.00 |

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

Exhibit C                                    Page 1 of 7

**Grobstein Teeple LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630



**Meade Instruments Corp**
27 Hubble
Irvine, California 92618

# Invoice

**Invoice Date:**  04/07/2020
**Billing Through:**  03/31/2020

**IN RE: Meade Instruments Corp**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 12/17/2019 | Dimple P Mehra | Travel to and from Debtor's office (2.5). Work with S. Roe to extract financial information needed for schedules and UST compliance (3.0). Meet with UST, Debtor's representatives, and counsel (1.7). | $275.00 | 7.20 | $1,980.00 |
| 12/18/2019 | Dimple P Mehra | Emails with counsel re DIP accounts and call to UST re DIP account (.1). Send NDA for potential advisor (.1). | $275.00 | 0.20 | $55.00 |
| 12/18/2019 | Howard B Grobstein | Various operational and reporting issues | $495.00 | 0.80 | $396.00 |
| 12/19/2019 | Dimple P Mehra | Emails re bank accounts and review emails from counsel and Debtor. | $275.00 | 0.20 | $55.00 |
| 12/19/2019 | Howard B Grobstein | Communications regarding retention of investment bankers; financial reporting | $495.00 | 0.90 | $445.50 |
| 12/20/2019 | Dimple P Mehra | Calls with potential investment bankers to assist with sale of Debtor's assets. Emails to investment bankers with financial information for Debtor. | $275.00 | 1.50 | $412.50 |
| 12/20/2019 | Howard B Grobstein | Communications regarding investment bankers and sale process. | $495.00 | 0.70 | $346.50 |
| 12/23/2019 | Dimple P Mehra | Calls and emails with S. Roe re B26 Form for UST. | $275.00 | 0.50 | $137.50 |
| 12/23/2019 | Dimple P Mehra | Emails to and from potential investment banker re information about Debtor. Review of engagement terms received by investment bankers. | $275.00 | 0.50 | $137.50 |
| 12/23/2019 | Howard B Grobstein | Investment banker proposals | $495.00 | 0.90 | $445.50 |
| 12/27/2019 | Dimple P Mehra | Calls with S. Roe re information for valuation. | $275.00 | 0.20 | $55.00 |
| 12/30/2019 | Howard B Grobstein | Issues regarding investment bankers | $495.00 | 0.80 | $396.00 |
| 01/01/2020 | Howard B Grobstein | Review investment banking options; communications with counsel on same | $505.00 | 0.90 | $454.50 |
| 01/02/2020 | Dimple P Mehra | Call from S. Roe re accounting question. | $285.00 | 0.20 | $57.00 |

**Grobstein Teeple LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630



**Meade Instruments Corp**
27 Hubble
Irvine, California 92618

# Invoice

**Invoice Date:** 04/07/2020
**Billing Through:** 03/31/2020

**IN RE: Meade Instruments Corp**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/03/2020 | Dimple P Mehra | Call with counsel and Debtor re various issues (1.2). Call with S. Roe re monthly operating reports (.1). Start draft of December MOR (2.5). | $285.00 | 3.80 | $1,083.00 |
| 01/03/2020 | Howard B Grobstein | Issues and analysis regarding investment banking options; call with counsel and clients | $505.00 | 0.90 | $454.50 |
| 01/06/2020 | Dimple P Mehra | Calls to investment bankers to request revised proposals (.4). Calls with S. Roe re monthly operating report (.6). | $285.00 | 1.00 | $285.00 |
| 01/06/2020 | Howard B Grobstein | Communications regarding valuation and sale of company | $505.00 | 0.80 | $404.00 |
| 01/08/2020 | Dimple P Mehra | Submit counter proposals to investment bankers and email counsel with responses. | $285.00 | 0.30 | $85.50 |
| 01/09/2020 | Howard B Grobstein | Issues regarding valuation and sale of business | $505.00 | 0.80 | $404.00 |
| 01/10/2020 | Dimple P Mehra | Calls with S. Roe re monthly operating report. Call with A. Johnston re same. Email to UST re same. | $285.00 | 2.00 | $570.00 |
| 01/13/2020 | Dimple P Mehra | Emails with counsel and committee counsel re investment bankers. | $285.00 | 0.20 | $57.00 |
| 01/13/2020 | Howard B Grobstein | Communications regarding alternatives for IB and sale of business | $505.00 | 0.40 | $202.00 |
| 01/15/2020 | Dimple P Mehra | Emails re valuation, billing, and investment bankers. | $285.00 | 0.20 | $57.00 |
| 01/15/2020 | Howard B Grobstein | Address valuation issues with Will Thomsen | $505.00 | 0.80 | $404.00 |
| 01/17/2020 | Dimple P Mehra | Work on preparing December MOR, calls and emails with S. Roe re financial information for MOR, including balance sheet and profit and loss statement. | $285.00 | 4.50 | $1,282.50 |
| 01/17/2020 | Howard B Grobstein | Review valuation and operational issues; results | $505.00 | 0.90 | $454.50 |

**Grobstein Teeple LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630



**Meade Instruments Corp**
27 Hubble
Irvine, California 92618

# Invoice

**Invoice Date:** 04/07/2020
**Billing Through:** 03/31/2020

IN RE: Meade Instruments Corp

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/20/2020 | Dimple P Mehra | Finish drafting December 2019 MOR and send to Debtor for review and signature. | $285.00 | 2.00 | $570.00 |
| 01/21/2020 | Dimple P Mehra | Review list of items requested for valuation and email to V. Aniceto re information still needed. Call with W. Thomsen re same. | $285.00 | 0.50 | $142.50 |
| 01/29/2020 | Dimple P Mehra | Call to and from W. Thomsen re valuation of Debtor. | $285.00 | 0.20 | $57.00 |
| 01/30/2020 | Dimple P Mehra | Calls with W. Thomsen re valuation. Call with counsel re same. | $285.00 | 0.30 | $85.50 |
| 02/03/2020 | Dimple P Mehra | Prepare January 2020 MOR template and send email to S. Roe requesting bank statements, P&L, and balance sheet. | $285.00 | 0.30 | $85.50 |
| 02/04/2020 | Dimple P Mehra | Input information from bank statements into MOR for 3 of 6 bank accounts. Emails with S. Roe re bank statements for pre-petition accounts. | $285.00 | 3.50 | $997.50 |
| 02/05/2020 | Dimple P Mehra | Continue preparation of January MOR with additional bank account information received from Debtor. Send to S. Roe to input missing information and request P&L and balance sheet. | $285.00 | 2.00 | $570.00 |
| 02/07/2020 | Dimple P Mehra | Call with S. Roe re January MOR. Emails with S. Roe re same. | $285.00 | 0.20 | $57.00 |
| 02/10/2020 | Dimple P Mehra | Finalize January MOR and send to Debtor for review and signature. | $285.00 | 2.50 | $712.50 |
| 02/12/2020 | Dimple P Mehra | Call with Victor, Sara, and Rob re committee questions about A/R. Draft and send responses to committee counsel. (.8). Call from committee counsel re valuation (.1). Call from L. Lujan re valuation (.2). | $285.00 | 1.10 | $313.50 |

**Grobstein Teeple LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630



**Meade Instruments Corp**
27 Hubble
Irvine, California 92618

# Invoice

**Invoice Date:** 04/07/2020
**Billing Through:** 03/31/2020

**IN RE: Meade Instruments Corp**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 02/13/2020 | Dimple P Mehra | Call with Broadway Advisors re valuation. Email to Broadway with information re valuation. | $285.00 | 0.40 | $114.00 |
| 02/28/2020 | Dimple P Mehra | Respond to email from S. Roe. | $285.00 | 0.10 | $28.50 |
| 03/02/2020 | Dimple P Mehra | Prepare template for February MOR and email S. Roe for bank statements. | $285.00 | 0.40 | $114.00 |
| 03/04/2020 | Dimple P Mehra | Start inputting bank transactions into MOR. | $285.00 | 1.70 | $484.50 |
| 03/05/2020 | Dimple P Mehra | Call with S. Roe re financial information for MOR; finish input of information into MOR and send to S. Roe and A. Johnston for additional input of information; Call with counsel re MOR. | $285.00 | 2.00 | $570.00 |
| 03/06/2020 | Dimple P Mehra | Review of updated MOR received from S. Roe. Email to S. Roe re total receipts for A/R account. | $285.00 | 0.30 | $85.50 |
| 03/12/2020 | Dimple P Mehra | Call with counsel's office re information to be reported in MOR. Finalize February MOR and send to Debtor for signature. | $285.00 | 2.00 | $570.00 |
| | | **001 - Accounting Services Total:** | | **62.60** | **$20,381.00** |

**009 - Fee/Employment Application**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 01/09/2020 | Cory L Zera | Non opp and order | $125.00 | 1.10 | $137.50 |
| 03/30/2020 | Dimple P Mehra | Review of draft of fee application. | $285.00 | 0.50 | $142.50 |
| | | **009 - Fee/Employment Application Total:** | | **1.60** | **$280.00** |

**019 - Valuation**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 12/13/2019 | William W Thomsen | Develop info request for valuation | $325.00 | 1.30 | $422.50 |
| 12/19/2019 | William W Thomsen | Review financial data (P&Ls) received | $325.00 | 1.40 | $455.00 |
| 12/31/2019 | William W Thomsen | Review responses to data requests | $325.00 | 0.90 | $292.50 |

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

Exhibit C                    Page 5 of 7

**Grobstein Teeple LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630



**Meade Instruments Corp**
27 Hubble
Irvine, California 92618

# Invoice

**Invoice Date:** 04/07/2020
**Billing Through:** 03/31/2020

**IN RE: Meade Instruments Corp**

| Date | Employee | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/06/2020 | William W Thomsen | Analysis of financial statements | $350.00 | 2.10 | $735.00 |
| 01/07/2020 | William W Thomsen | Financial analysis -- income statements and balance sheets | $350.00 | 2.10 | $735.00 |
| 01/09/2020 | William W Thomsen | Guideline transaction research and financial analysis | $350.00 | 2.30 | $805.00 |
| 01/09/2020 | William W Thomsen | Analysis of financial statements; development of questions re: financial trends | $350.00 | 2.70 | $945.00 |
| 01/14/2020 | William W Thomsen | Financial analysis - balance sheet | $350.00 | 0.80 | $280.00 |
| 01/15/2020 | William W Thomsen | Analysis of financials documents and preparation of follow up information requests | $350.00 | 1.80 | $630.00 |
| 01/21/2020 | William W Thomsen | Review of additional financial data received | $350.00 | 1.10 | $385.00 |
| 01/21/2020 | William W Thomsen | Analysis of additional financial information received | $350.00 | 1.20 | $420.00 |
| 01/24/2020 | William W Thomsen | Update valuation calculations | $350.00 | 1.10 | $385.00 |
| 01/29/2020 | William W Thomsen | Update draft valuation calculations | $350.00 | 1.60 | $560.00 |
| 01/30/2020 | William W Thomsen | Updates to valuation analysis based on new information received | $350.00 | 1.10 | $385.00 |
| | | **019 - Valuation Total:** | | **21.50** | **$7,435.00** |
| | | **Total Professional Fees:** | | **85.70** | **$28,096.00** |

**Expenses:**

| Date | Employee | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| **400 - Client Mileage** | | | | | |
| 12/17/2019 | Dimple P Mehra | Travel to and from Debtor's office. | 84 | $0.58 | $48.72 |

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

Exhibit C                    Page 6 of 7

**Grobstein Teeple LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630



**Meade Instruments Corp**
27 Hubble
Irvine, California 92618

# Invoice

**Invoice Date:**     04/07/2020
**Billing Through:** 03/31/2020

**IN RE: Meade Instruments Corp**

| Date | Employee | Description | Quantity | Rate | Amount |
|------|----------|-------------|----------|------|--------|
| | | | **400 - Client Mileage Total:** | | **$48.72** |
| | | | **Total Expenses:** | | **$48.72** |

| | | |
|---|---|---|
| **Total Professional Fees:** | | $28,096.00 |
| **Total Expenses:** | | $48.72 |
| **Total Professional Fees and Expenses:** | | $28,144.72 |

# EXHIBIT D

# GROBSTEIN TEEPLE LLP

## FIRM BIOGRAPHIES

**HOWARD B. GROBSTEIN, CPA/CFF, CFE,** California State University, Northridge (B.S. - Accountancy) is a Partner in the firm. He has acted as a Chapter 7 and Chapter 11 Trustee and Chapter 11 Examiner in the Central and Northern Districts of California. He has testified as an expert witness in District, Bankruptcy and State court cases. Mr. Grobstein has conducted numerous fraud investigations.  He is a member of the Board of Directors and past Chair of the Los Angeles/Orange County Chapter of the California Receiver's Forum.  He was President of the Los Angeles Bankruptcy Forum for 2013. Mr. Grobstein was the Treasurer of the Los Angeles/Orange County chapter of the Turnaround Management Association.

**DIMPLE MEHRA, CFE**, University of Arizona (B.S. – Business Administration) and University of Phoenix (M.S. – Accountancy) is a Senior Manager in the firm. Ms. Mehra has experience in providing forensic accounting and analysis services in the public and private sectors.  She is a member of the Association of Certified Fraud Examiners.

**WILLIAM THOMSEN, CFA, ASA,** Columbia University (M.B.A. - Finance), Pomona College (B.A. - Economics) is a Director with the firm. Mr. Thomsen has over 25 years of experience providing business valuations and economic analyses to various businesses. His consulting expertise also includes economic damage assessment and expert testimony for commercial and employment disputes. He has testified on numerous occasions regarding valuation and economic damage issues and has qualified as an expert witness in U.S. District Court and California Superior Court.

**CORY ZERA**, University of California, San Diego, (B.A. -Visual Arts: Media) is an Executive Administrator with the firm.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

*6300 Canoga Avenue, Suite 1500W, Woodland Hills, CA 91367*

A true and correct copy of the foregoing document entitled (*specify*): **FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GROBSTEIN TEEPLE, LLP AS ACCOUNTANTS FOR THE CHAPTER 11 DEBTOR; DECLARATIONS OF HOWARD B. GROBSTEIN AND DEBTOR IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 8, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On April 8, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Meade Instruments Corp.
27 Hubble
Irvine, CA 92618

No Courtesy Copy Required at this time.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 4/8/2020 | CORY ZERA | /s/ CORY ZERA |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Meade Instruments Corp.                                        Case No. 19-14714-CB


Claire K. Wu            ckwu@sulmeyerlaw.com,mviramontes@sulmeyerlaw.com;
                        ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Frank Cadigan           frank.cadigan@usdoj.gov

Hamid R. Rafatjoo       hrafatjoo@raineslaw.com, bclark@raineslaw.com

Mark S. Horoupian       mhoroupian@sulmeyerlaw.com, dwalker@sulmeyerlaw.com;
                        mhoroupian@ecf.inforuptcy.com

Matthew Borden          borden@braunhagey.com, rosario@braunhagey.com; kushnir@braunhagey.com;
                        verga@braunhagey.com; hagey@braunhagey.com; fisher@braunhagey.com;
                        theodore@braunhagey.com; hasegawa@braunhagey.com; szoke@braunhagey.com;
                        baker@braunhagey.com

Robert P. Goe           kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com


United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov