1
2
3
4
5

HOWARD B. GROBSTEIN, CPA
Grobstein Teeple, LLP
6300 Canoga Avenue, Suite 1500W
Woodland Hills, California 91367
Telephone:   (818) 532-1020
Facsimile:    (818) 532-1120
Email:    hgrobstein@gtllp.com, documents@gtllp.com

6
7

Accountants for Meade Instruments Corp.,
Chapter 11 Debtor and Debtor in Possession

8
9

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

10
11
12
13
14
15
16
17
18
19
20
21

| | |
|---|---|
| In re:<br><br>**MEADE INSTRUMENTS CORP., A DELAWARE CORPORATION,**<br><br><br><br><br><br>Debtor and Debtor-in-Possession. | Case No.: 8:19-bk-14714-MW<br><br>Chapter 11<br><br>**SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GROBSTEIN TEEPLE, LLP AS ACCOUNTANTS FOR THE CHAPTER 11 DEBTOR; DECLARATIONS OF HOWARD B. GROBSTEIN AND DEBTOR IN SUPPORT THEREOF**<br><br>**Hearing:**<br>Date:   September 21, 2020<br>Time:   2:00 p.m.<br>Place:  Courtroom 5C<br>            411 West 4th Street<br>            Santa Ana, CA 92701 |

22

**TO THE HONORABLE MARK WALLACE, UNITED STATES BANKRUPTCY JUDGE:**

23
24
25
26
27
28

GROBSTEIN TEEPLE LLP ("Applicant" or "GT" or the "Firm"), accountants for the Chapter 11 Debtor and Debtor in Possession, Meade Instruments Corp., (the "Debtor") in the above-referenced case, represents the following in support of this *Second Interim Application for Compensation and Reimbursement of Expenses of Grobstein Teeple LLP* ("Application"). The Application requests a total of $8,163.00 for fees and $0.00 for expenses incurred during the period from April 1, 2020 through and including July 31, 2020 (the "Application Period").

## I.

## PRELIMINARY SUMMARY OF COMPENSATION DATA

1.      Applicant: GROBSTEIN TEEPLE LLP

2.      Application Period: April 1, 2020 through July 31, 2020

3.      Date of Entry of Order Authorizing Employment: February 3, 2020

4.      Date Services Commenced: December 5, 2019

5.      Dates of Prior Fee Hearings: April 29, 2020

6.      Advance Fee Payment Received: $10,000.00 (Retainer)

7.      Advance Fee Payment Remaining: $0.00

8.      Fees Paid Pursuant to Prior Fee Applications: $28,096.00 (including Retainer)

9.      Expenses Paid Pursuant to Prior Fee Applications: $48.72

10.     Amount Remaining to be Paid to Pursuant to Prior Applications: $0.00

11.     Amount Reserved Pending Final Fee Application: $0.00

12.     Total Amount of Fees Requested for this Application Period: $8,163.00

13.     Total Amount of Expenses Requested for this Application Period: $0.00

14.     Cash on hand: Approximately $2.1M

## II.

## INTRODUCTION

1.      This Application is filed in accordance with Section 330 of the United States Bankruptcy Code, Local Bankruptcy Rule 2016(1), and the Guidelines of the Office of the United States Trustee for the Central District of California (the "Guidelines").

2.      On December 4, 2019, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Petition Date"). Since December 4, 2019 (the "Petition Date"), the Debtor has been operating its business and managing its financial affairs as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

3.      Pursuant to the order entered authorizing the employment of GT as accountants, Applicant began work on December 5, 2019.

4.      Applicant was employed to provide accounting related assistance including: assistance

with short-term cash management procedures and liquidity forecasting, including the development and management of a 13-week budget; updating, monitoring and reporting actual activity vs. forecast and with other reporting that may be required by the Debtor's lenders or other parties-in-interest; assistance with the preparation of financial and other information required by the Bankruptcy Court and the Office of the United States Trustee; assistance with the preparation of other financial information to be used in the case on behalf of the Debtor; assistance with or preparation of tax returns and any tax issues that may arise; assistance with the bankruptcy process and the timely preparation of a plan of reorganization; forensic accounting as required; valuation services; and engagement in such other financial advisory activities as requested by the Debtor.

5.     This is Applicant's Second Interim application in connection with this case.  Applicant seeks approval of compensation for the periods April 1, 2020, through July 31, 2020.  The requested amount of compensation is based upon a total of 28.4 hours of accounting services, resulting in fees totaling $8,163.00.  Applicant is requesting expenses in the amount of $0.00. The Debtor is currently holding approximately $2.1M cash on hand.

6.     The professional services which are the subject of this Application were rendered by the Applicant in connection with providing services for the benefit of the estate and not for any other entity. All of the expenses which are the subject of this Application were incurred by Applicant in connection with providing services for the benefit of the estate.

7.     Applicant maintains time records of professionals and support personnel on a contemporaneous basis.  Such time records are prepared by the professionals who have rendered the services.

8.     **Exhibit "A"** provides a grand total of fees by subject area incurred during the period.

9.     A summary of the hours of professional time expended by each professional for the Applicant is attached as **Exhibit "B".**  The hourly rates in **Exhibit "B"**, as well as those reported in **Exhibit "C"**, reflect the rates in effect on the dates those services were performed.  Therefore, certain professionals may reflect multiple rates if there were rate adjustments during the period.

10.     Attached hereto as **Exhibit "C"** and incorporated herein by this reference is a statement detailing the services and expenses rendered by the Applicant for the period December 4,

2019 through March 31, 2020.  **Exhibit "C"** is transcribed from the Applicant's contemporaneous time records, and shows the professional services rendered, the date the services were performed, the person performing the service and the amount of time incurred.  **Exhibit "C"** categorizes the professional fees by subject work areas.

11.    Applicant has no agreement or understanding for a division of fees between Applicant and any other party or parties involved in this matter.  No retainer or advance fee payment has been received by Applicant and Applicant has not received, nor intends to receive, a lien or any other interest in the property of the Debtor or any other third party to secure payments of Applicant's fees.  Applicant is aware of the risk that there may be insufficient assets from which it may be compensated.

12.    Attached as **Exhibit "D"** is biographical information concerning the professionals providing services during the period covered by this Application.

## III.

### SUMMARY OF PROFESSIONAL SERVICES PERFORMED BY APPLICANT

**Accounting Services**

13.    Applicant was engaged by the Debtor and Debtor-in-Possession to provide consulting services which included evaluating books and records, gathering and analyzing available documents and electronic data, interviewing parties to the matter, and performing financial and other analyses.

14.    Applicant has prepared four monthly operating reports for the Debtor during the Application Period.  For each report Applicant reviewed the banking activity, input approximately 70 - 80 transactions, reviewed support or purpose of activity, and any additional documents supporting financial transactions of the Debtor for the month.  The Applicant also updates the income and expense and balance sheet based on information received from the Debtor.  Applicant compiled the monthly reports and prepared for review with the Debtor.

15.    During the Second Interim fee application period, Applicant incurred 24.70 hours of accounting services, resulting in fees totaling $7,039.50, and costs of $0.00.  This results in a blended hourly rate of $285.00.

**Employment/Fee Application**

16. Applicant prepared and filed its First Interim Fee Application and Order approving the First Interim Fee Application.

17. During the application period, Applicant incurred 3.70 hours to prepare and file the application and related order, resulting in fees totaling $1,123.50. This results in a blended hourly rate of $303.65.

**IV.**

**REQUEST FOR SECOND INTERIM COMPENSATION**

18. During the Second Interim period, Applicant incurred a total of 28.40 hours as accountants for the Debtor. Applicant submits that all of its time was reasonable and necessary. Applicant has attempted, as best possible, to avoid utilizing professionals at a higher rate than needed for any particular task.

19. Applicant is requesting compensation in the amount of $8,163.00 for services rendered. This amount is based upon the normal hourly rates charged by its professionals at the time the work was performed. This amount does not include any enhancements or bonuses. It is requesting expenses in the amount of $0.00.

**WHEREFORE, GROBSTEIN TEEPLE LLP** requests that this Court, after proper notice and hearing, allow on a final basis, fees totaling $8,163.00 and expenses totaling $0.00.

This would result in a total payment of $8,163.00 to GROBSTEIN TEEPLE LLP.

Dated: August __, 2020                    By _____

Howard B. Grobstein

## DECLARATION OF HOWARD B. GROBSTEIN

I, **HOWARD B. GROBSTEIN**, declare and state as follows:

1.     I am a certified public accountant, duly licensed and authorized to practice accounting in the State of California.  I am a member in good standing of the American Institute of Certified Public Accountants (AICPA), and am a partner of GROBSTEIN TEEPLE LLP ("GT"), accountants for the Chapter 11 Debtor.

2.     I am the accountant principally responsible for the services performed in this matter on behalf of the Chapter 11 Debtor.  The facts stated herein are within my personal knowledge or I have gained knowledge of them from other GT staff members or the regular business records as maintained by my office.  If called as a witness, I could and would testify competently thereto.

3.     I have reviewed the foregoing Second Interim Application for Compensation and Reimbursement of Expenses of Grobstein Teeple LLP (the "Application").

4.     **Exhibit "A"** provides a grand total of fees by subject area incurred.

5.     A summary of the hours of professional time expended by each professional for the Applicant is attached as **Exhibit "B".**

6.     **Exhibit "C"** represents a detail of fees and expenses incurred by Applicant. **Exhibit "C"** was prepared in conformance with Guideline B of the Office of the United States Trustee. Applicant's request for reimbursement of costs and the computation of the costs reflect photocopying at $0.20 per page, outgoing facsimiles at $1.00 per page and incoming facsimiles at $0.20 per page. All costs from outside parties such as messengers, Federal Express, mail and long-distance telephone charges are charged at Applicant's cost.

8.     Attached as **Exhibit "D"** is biographical information concerning the professionals providing these services.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August ___, 2020, at Woodland Hills, California.

_____
Howard B. Grobstein

### DECLARATION OF VICTOR ANICETO

I, **VICTOR ANICETO**, declare as follows:

1.  I am the President of the Chapter 11 Debtor, Meade Instrument Corporation.

2.  I have personal knowledge of the within stated facts.

3.  I have reviewed the Second Interim Application for Compensation and Reimbursement of
    Expenses of Grobstein Teeple LLP as Accountants for the Chapter 11 Debtor in Possession
    and have no objections to it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August __4__, 2020 at __Fullerton_____, California.


_____
Victor Aniceto

# EXHIBIT A

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Meade Instruments Corp**

**Summary of Professional Fees and Expenses**

**Fee Application Period: April 1, 2020 through July 31, 2020**

**Category of Work**

| | | |
|---|---|---|
| 001 - Accounting Services | 24.70 | $7,039.50 |
| 009 - Fee/Employment Application | 3.70 | $1,123.50 |
| Total Professional Fees | 28.40 | $8,163.00 |
| | | |
| **Total Professional Fees and Expenses** | | **$8,163.00** |

# EXHIBIT B

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Meade Instruments Corp**
001070
27 Hubble
Irvine, California 92618

# Invoice

**Invoice Date:**    08/04/2020
**Billing Through:** 07/31/2020

**IN RE: Meade Instruments Corp**

## Professional Fees by Employee

**Fee Application Period: April 1, 2020 - July 31, 2020**

| Employee | Rate | Hours | Amount |
|---|---|---|---|
| Cory L Zera | $125.00 | 0.80 | $100.00 |
| Dimple P Mehra | $285.00 | 26.00 | $7,410.00 |
| Howard B Grobstein | $505.00 | 0.60 | $303.00 |
| William W Thomsen | $350.00 | 1.00 | $350.00 |
| Totals | | 28.40 | $8,163.00 |

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

# EXHIBIT C

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Meade Instruments Corp**
001070
27 Hubble
Irvine, California 92618

# Invoice

**Invoice Date:**     08/04/2020
**Billing Through:** 07/31/2020

IN RE: Meade Instruments Corp

**Professional Services:**

| Date | Employee | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **001 - Accounting Services** | | | | | |
| 04/06/2020 | Dimple P Mehra | Draft March MOR. Emails with S. Roe re information and financials still needed for MOR. Call with counsel re deadlines. | $285.00 | 3.50 | $997.50 |
| 04/15/2020 | Dimple P Mehra | Finalize MOR with financial statements and additional information received from S. Roe. Send to S. Roe and V. Aniceto for review and signature. | $285.00 | 1.50 | $427.50 |
| 04/20/2020 | Dimple P Mehra | Respond to UST email re MOR. | $285.00 | 0.20 | $57.00 |
| 04/22/2020 | Dimple P Mehra | Emails with S. Roe re UST statement for fees. Emails with UST analyst re calculation of fees. Review of disbursement A/R received from UST and email information to S. Roe. | $285.00 | 0.50 | $142.50 |
| 04/23/2020 | Dimple P Mehra | Respond to emails from counsel re MOR summaries. Prepare MOR summaries and email to UST. | $285.00 | 0.50 | $142.50 |
| 04/24/2020 | Dimple P Mehra | Review email from UST regarding fees and forward to Debtor. | $285.00 | 0.10 | $28.50 |
| 04/24/2020 | Dimple P Mehra | Review of 13-week projections prepared by Debtor, email comments to counsel, and call with counsel re same. | $285.00 | 0.40 | $114.00 |
| 05/05/2020 | Dimple P Mehra | Start draft of April MOR. | $285.00 | 0.50 | $142.50 |
| 05/11/2020 | Dimple P Mehra | Continue with preparation of monthly operating report draft. | $285.00 | 2.00 | $570.00 |
| 05/12/2020 | Dimple P Mehra | Finish draft of monthly operating report and send to Debtor for input of additional information (3.5). Call with S. Roe re balance sheet adjustments (.3). | $285.00 | 3.80 | $1,083.00 |
| 05/13/2020 | Dimple P Mehra | Finalilze MOR and send to V. Aniceto for reviw and signature. | $285.00 | 0.50 | $142.50 |

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

Exhibit C            Page 1 of 3

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Meade Instruments Corp**
001070
27 Hubble
Irvine, California 92618

# Invoice

**Invoice Date:**    08/04/2020
**Billing Through:** 07/31/2020

**IN RE: Meade Instruments Corp**

| Date | Employee | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/13/2020 | Dimple P Mehra | Call with S. roe regarding MOR | $285.00 | 0.20 | $57.00 |
| 05/13/2020 | Dimple P Mehra | Emails with counsel and Debtor regarding transactions in MOR. | $285.00 | 0.20 | $57.00 |
| 05/14/2020 | Dimple P Mehra | Prepare and email MOR summary to UST. | $285.00 | 0.20 | $57.00 |
| 06/02/2020 | Dimple P Mehra | Emails and call with S. Roe re accounting matter. | $285.00 | 0.50 | $142.50 |
| 06/08/2020 | Dimple P Mehra | Prepare draft of May monthly operating report. | $285.00 | 4.00 | $1,140.00 |
| 06/12/2020 | Dimple P Mehra | Finalize May MOR and send to Debtor for signature. | $285.00 | 1.50 | $427.50 |
| 07/06/2020 | Dimple P Mehra | Draft June MOR and send to S. Roe for additional information and request profit and loss statement and balance sheet. | $285.00 | 3.60 | $1,026.00 |
| 07/14/2020 | Dimple P Mehra | Update June MOR with financial information and finalize. | $285.00 | 1.00 | $285.00 |
| | | **001 - Accounting Services Total:** | | **24.70** | **$7,039.50** |
| **009 - Fee/Employment Application** | | | | | |
| 04/01/2020 | Dimple P Mehra | Review and edit draft of fee application. | $285.00 | 0.50 | $142.50 |
| 04/03/2020 | Cory L Zera | Finalize, File and Mail First Interim Fee Application | $125.00 | 0.80 | $100.00 |
| 04/03/2020 | William W Thomsen | Fee application documentation | $350.00 | 1.00 | $350.00 |
| 04/06/2020 | Howard B Grobstein | Fee application issues and preparation | $505.00 | 0.60 | $303.00 |
| 04/29/2020 | Dimple P Mehra | Attend interim fee application hearing via CourtCall; prepare order for submission to Court; Forward entered order to Debtor for payment and accounting. | $285.00 | 0.80 | $228.00 |
| | | **009 - Fee/Employment Application Total:** | | **3.70** | **$1,123.50** |

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

Exhibit C                    Page 2 of 3

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Meade Instruments Corp**
001070
27 Hubble
Irvine, California 92618

# Invoice

**Invoice Date:**    08/04/2020
**Billing Through:** 07/31/2020

**IN RE: Meade Instruments Corp**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| | | **Total Professional Fees:** | | 28.40 | $8,163.00 |

| | |
|---|---|
| **Total Professional Fees:** | $8,163.00 |
| **Total Expenses:** | $0.00 |
| **Total Professional Fees and Expenses:** | $8,163.00 |

# EXHIBIT D

## GROBSTEIN TEEPLE LLP

## FIRM BIOGRAPHIES

**HOWARD B. GROBSTEIN, CPA/CFF, CFE,** California State University, Northridge (B.S. - Accountancy) is a Partner in the firm. He has acted as a Chapter 7 and Chapter 11 Trustee and Chapter 11 Examiner in the Central and Northern Districts of California. He has testified as an expert witness in District, Bankruptcy and State court cases. Mr. Grobstein has conducted numerous fraud investigations.  He is a member of the Board of Directors and past Chair of the Los Angeles/Orange County Chapter of the California Receiver's Forum.  He was President of the Los Angeles Bankruptcy Forum for 2013. Mr. Grobstein was the Treasurer of the Los Angeles/Orange County chapter of the Turnaround Management Association.

**DIMPLE MEHRA, CFE**, University of Arizona (B.S. – Business Administration) and University of Phoenix (M.S. – Accountancy) is a Senior Manager in the firm. Ms. Mehra has experience in providing forensic accounting and analysis services in the public and private sectors.  She is a member of the Association of Certified Fraud Examiners.

**WILLIAM THOMSEN, CFA, ASA,** Columbia University (M.B.A. - Finance), Pomona College (B.A. - Economics) is a Director with the firm. Mr. Thomsen has over 25 years of experience providing business valuations and economic analyses to various businesses. His consulting expertise also includes economic damage assessment and expert testimony for commercial and employment disputes. He has testified on numerous occasions regarding valuation and economic damage issues and has qualified as an expert witness in U.S. District Court and California Superior Court.

**CORY ZERA**, University of California, San Diego, (B.A. -Visual Arts: Media) is an Executive Administrator with the firm.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

*6300 Canoga Avenue, Suite 1500W, Woodland Hills, CA 91367*

A true and correct copy of the foregoing document entitled (*specify*): **SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GROBSTEIN TEEPLE LLP AS ACCOUNTANTS FOR THE CHAPTER 11 DEBTOR; DECLARATIONS OF HOWARD B. GROBSTEIN AND DEBTOR IN SUPPORT THEREOF**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 7, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

```
Claire K Wu                  ckwu@sulmeyerlaw.com,mviramontes@sulmeyerlaw.com; ckwu@ecf.courtdrive.com;
                             ckwu@ecf.inforuptcy.com
Frank Cadigan                frank.cadigan@usdoj.gov
Hamid R Rafatjoo             hrafatjoo@raineslaw.com, bclark@raineslaw.com
Mark S Horoupian             mhoroupian@sulmeyerlaw.com,mhoroupian@ecf.inforuptcy.com;
                             ccaldwell@sulmeyerlaw.com
Matthew Borden               borden@braunhagey.com, rosario@braunhagey.com; kushnir@braunhagey.com;
                             verga@braunhagey.com; hagey@braunhagey.com; fisher@braunhagey.com;
                             theodore@braunhagey.com; hasegawa@braunhagey.com; szoke@braunhagey.com;
                             baker@braunhagey.com
Robert P Goe                 kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com
United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
```

**2.  SERVED BY UNITED STATES MAIL**:
On August 7, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

<u>Debtor</u>
Meade Instruments Corp.
27 Hubble
Irvine, CA 92618

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/7/2020 | CORY ZERA | /s/ CORY ZERA |
|----------|-----------|----------------|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.