Mark S. Horoupian (CA Bar No. 175373)
  mhoroupian@sulmeyerlaw.com
Claire K. Wu (CA Bar No. 295966)
  ckwu@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Official Committee of
Unsecured Creditors of Meade Instruments Corp.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| In re | Case No. 8:19-bk-14714-MW |
|---|---|
| ☒ MEADE INSTRUMENTS CORP., a Delaware corporation, | (Jointly Administered with Case No. 8:19-bk-14711-MW) |
| | Chapter 11 |
| ☐ SUNNY OPTICS, INC., a Delaware corporation, | **NOTICE OF HEARING REGARDING ADEQUACY OF DISCLOSURE STATEMENT FOR COMMITTEE'S PLAN OF REORGANIZATION** |
| ☐ All Debtors. | |
| Debtors and Debtors-in-Possession. | Date: February 10, 2021<br>Time: 2:00 p.m.<br>Place: Courtroom 6C<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

**TO THE HONORABLE MARK WALLACE, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on February 10, 2021, at 2:00 p.m.., Pacific Time, or as soon thereafter as the matter may be heard, in Courtroom 6C of the above-entitled Court at 411 W. Fourth Street, Santa Ana, California, before the Honorable Mark Wallace, United States Bankruptcy

CKW 2698123v3

Judge, presiding, the Official Committee of Unsecured Creditors (the "Committee") of Meade Instruments Corp., the debtor and debtor in possession in the above-captioned case (the "Debtor"), will and hereby does move for an order (i) approving the adequacy of its "Disclosure Statement For Committee's Plan of Reorganization" (filed on December 30, 2020) (the "Disclosure Statement") pursuant to section 1125 of the Bankruptcy Code in conjunction with the "Committee's Plan of Reorganization" (filed on December 30, 2020) (the "Plan"); (ii) establishing certain voting and other procedures proposed by the Debtor in connection with the Disclosure Statement and Plan; (iii) scheduling a hearing on confirmation of the Plan and setting other various dates and deadlines relating to the Disclosure Statement and Plan; and (iv) providing other ancillary and related relief. The hearing on the Disclosure Statement noticed above (the "Disclosure Statement Hearing") may be continued by the Court, without further notice, other than as announced in open court at the Disclosure Statement Hearing.

**PLEASE TAKE FURTHER NOTICE that due to the COVID Pandemic**, **the Court will conduct the hearing Telephonically, using Courtcall.** Online registration with CourtCall is available. For those who want to register online, simply go to www.CourtCall.com and there you can follow the instructions for online registration. It is imperative that parties register with CourtCall as early as possible to permit sufficient time for CourtCall to process your request and for the Court to be notified by CourtCall that you are appearing in a matter. You can also contact CourtCall directly by telephoning (866) 582-6878. For further information please contact the Court website (www.cacb.uscourts.gov).

**PLEASE TAKE FURTHER NOTICE** that if you received this Notice but have not received a copy of the Disclosure Statement, you may obtain a copy of the Disclosure Statement (subject to customary charges for copying and mailing) by contacting the Committee's counsel, Mark S. Horoupian, **Sulmeyer**Kupetz, A Professional Corporation, 333 South Grand Avenue, Suite 3400, Los Angeles, California 90071, telephone (213) 626-2311, facsimile (213) 629-4520, email: mhoroupian@sulmeyerlaw.com. Copies of the Disclosure Statement are also available at the office of the Clerk of the United States Bankruptcy Court located at 411 W. Fourth Street, Santa Ana, California and at the PACER website (www.ecf.cacb.uscourts.gov).

**PLEASE TAKE FURTHER NOTICE** that any objection to approval of the adequacy of the Disclosure Statement ("Objection"), if any, must be (i) in writing, (ii) filed with the Bankruptcy Court, and (iii) served upon the Committee's counsel, whose name and contact information is listed on the top left corner of the first page of this Notice such that the Objection is actually filed with the Bankruptcy Court and served not less than fourteen (14) days before the Disclosure Statement Hearing in accordance with Local Bankruptcy Rule 3017-1(b).

**PLEASE TAKE FURTHER NOTICE** that any Objection must be sufficiently detailed as to state with particularity each and every ground for objection to the Disclosure Statement. Failure of any party to file and serve an Objection may be deemed by the Bankruptcy Court as consent to the approval of the Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that the Committee will cause to be filed a motion for approval of the Disclosure Statement seeking the types of relief identified above no later than twenty-one (21) days prior to the Disclosure Statement Hearing, and the accompanying notice will address filing deadlines for opposition briefs.

Dated: December 30, 2020

**Sulmeyer**Kupetz
A Professional Corporation

By: */s/ Mark S. Horoupian*
    Mark S. Horoupian
    Attorneys for Official Committee of Unsecured Creditors

CKW 2698123v3                               3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF HEARING REGARDING ADEQUACY OF DISCLOSURE STATEMENT FOR COMMITTEE'S PLAN OF REORGANIZATION will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 30, 2020 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Matthew Borden**   borden@braunhagey.com, rosario@braunhagey.com;kushnir@braunhagey.com;verga@braunhagey.com;hagey@braunhagey.com;fisher@braunhagey.com;theodore@braunhagey.com;hasegawa@braunhagey.com;szoke@braunhagey.com;baker@braunhagey.com

- **Frank Cadigan**   frank.cadigan@usdoj.gov

- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

- **Mark S Horoupian**   mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

- **Hamid R Rafatjoo**   hrafatjoo@raineslaw.com, bclark@raineslaw.com

- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

- **Claire K Wu**   ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 30, 2020 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 30 2020 | Cheryl Caldwell | /s/Cheryl Caldwell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

CKW 2698123v3 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

## 2. SERVED BY U.S. MAIL

| | | |
|---|---|---|
| Debtor<br>Mead Instruments Corp.<br>Victor Aniceto, President<br>27 Hubble<br>Irvine, Ca 92618 | Secured Creditor<br>Ori Katz<br>Sheppard, Mullin, Richter & Hampton<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 | Frank Cadigan<br>Office of the U.S. Trustee<br>411 West Fourth Street, Suite 7160<br>Santa Ana, Ca 92701-4500 |
| U.S. Securities and Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Ste. 900<br>Los Angeles, CA 90071-9591 | The Honorable Mark S. Wallace<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>411 W. Fourth Street, Suite 6135<br>Santa Ana, CA 92701 | |
| | Grobstein Teeple LLP<br>6300 Canoga Avenue, Suite 1500W<br>Woodland Hills, CA 91367 | YRC INC<br>P.O BOX 100129<br>PASADENA, CA 91189-0003 |
| A & G TRUCKING GROUP, INC<br>2344 AVENIDA COSTA DE SOL<br>SAN DIEGO, CA 92154 | AAS SKY PUBLISHING<br>1667 K STREET, N.W, SUITE 800<br>WASHINGTON, DC 20006 | ABF FREIGHT SYSTEM, INC<br>PO BOX 10048<br>FORT SMITH, AR 72917-0048 |
| AMERICAN EXPRESS<br>BOX 0001<br>LOS ANGELES,, CA 90096-0001 | ARBE RECUBRIMIENTOS INDUSTRIALES S. DE R<br>ALEXIS ARISTA OTERO<br>CALLE E # 908 FRACC. CA., C.P. 22890<br>ENSENADA, B.C. MEXICO, | ARENT FOX LLP<br>1717 K STREET<br>WASHINGTON D.C., DC 20036-5342 |
| ASKEW HARDWARE & SUPPLY<br>13071 ARCTIC CIRCLE<br>SANTA FE SPRINGS, CA 90670 | BENEFICIAL MAINTENANCE SERV.<br>26741 PORTOLA PARKWAY  SUITE 1E-413<br>FOOTHILL RANCH, CA 92610-1713 | CALIFORNIA FINE WIRE<br>338 SOUTH 4TH STREET<br>GROVER BEACH, CA 93433-1999 |
| CALIFORNIA GASKET<br>533 W. COLLINS AVENUE<br>ORANGE, CA 92867 | CHAPMAN ENGINEERING, INC<br>2321 W. CAPE COD WAY<br>SANTA ANA, CA 92703 | CMC CONVERTING & PACKAGING<br>12385 DOHERTY ST.<br>RIVERSIDE, CA 92503 |
| COAST ALUMINUM & ARCHITECTURAL INC.<br>DEPT 2940<br>LOS ANGELES, CA 90084-2940 | COMPLETE OFFICE<br>PO BOX 4318<br>CERRITOS, CA 90703 | Cornerstone Research, Inc.<br>c/o Fernanda Schmid, General Counsel<br>555 West Fifth Street, 38th Floor<br>Los Angeles, CA 90013 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                     **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| COX COMMUNICATIONS<br>ATTN Bankruptcy Center<br>1341 Crossways Blvd<br>Chesapeake VA 2330-2897 | DIGI-KEY ELECTRONICS<br>P.O. BOX 250<br>THIEF RIVER FALLS, MN 56701 | DREXEL INDUSTRIES<br>SALMON CAPITAL CORPORATION<br>DBA DREXEL<br>100 KELLOGG LANE<br>LONDON, ON N5W 0B4 |
| DSB SOLUTIONS LLC<br>SOKCHEATA BALDIVINO<br>14019 FAUST AVE<br>BELLFLOWER, CA 90706 | ENGINEERED PRODUCTS<br>28085 VIA DEL CERRO<br>SAN JUAN CAPISTRANO, CA 92675 | FEDEX FREIGHT<br>P.O BOX 7221<br>PASADENA, CA 91109-7321 |
| FLATPRO TECHNOLOGIES<br>DAVID BRADLEY DEETS<br>PO BOX 7804<br>MESA, AZ 85216 | GUNN & BECKMAN COMPANY<br>1751 CRISPIN DRIVE<br>BRENTWOOD, CA 94513 | HIGHLIGHT MOTOR FRIGHT USA INC<br>12070 ALTAMAR PLACE<br>SANTA FE SPRINGS, CA 90670 |
| IGARASHI MOTOR SALES USA, LLC<br>710 COLOMBA COURT<br>ST. CHARLES, IL 60174 | INDUSTRIAL METAL SUPPLY CO.<br>8300 SAN FERNANDO BLVD.<br>SUN VALLEY, CA 91352 | INTECSA INDUSTRIAL TECHNOLOGIES CO.<br>P.O BOX 1495<br>CHULA VISTA, CA 91912 |
| INTERFACE SECURITY SYSTEMS, LLC<br>INTERFACE PREFERRED HOLDINGS, INC.<br>8339 SOLUTIONS CENTER<br>CHICAGO, IL 60677-8003 | SEYMOUR TOTALITY<br>TRAVIS SEYMOUR, OWNER/ MANAGER<br>255 S. 800 W #383<br>ESCALANTE, UT 84726 | JEFF D. REDMAN<br>dba: REDMAN DSPTS & INVEST. GRP.<br>57 PALOMA DR.<br>CORTE MADERA, CA 94925 |
| JET FITTINGS<br>810 S. GRAND AVE.<br>SANTA ANA, CA 92705 | Jonas Noah Hagey<br>Brauh Hagey & Borden LLP<br>351 California Street, 10th Floor<br>San Francisco, CA 94104 | KALMBACH MEDIA<br>PO BOX 1612<br>WAUKESHA, WI 53187-1612 |
| KING PALLETS INC.<br>P.O BOX 295<br>LA PUENTE, CA 91757 | KUEHNE + NAGEL INC<br>20000 S. WESTERN AVENUE<br>TORRANCE, CA 90501 | LANDSBERG/EPS<br>LANDSBERG ORORA<br>P.O BOX 101144<br>PASADENA, CA 91189-1144 |
| LAPMASTER INTERNATIONAL LLC<br>P.O BOX 74008766<br>CHICAGO, IL 60674-8766 | LIMON SERVICES, INC<br>374 BLACKSHAW LANE<br>SAN YSIDRO, CA 92173 | MAQUILADORA GRAFICA MEXICANA<br>S.A. DE C.V<br>PERIFERICO SUR #6400-B COL.<br>ARTESANOS INDUSTRIAL<br>TLAQUEPAQUE JALISCO |
| MAYER BROWN LLP<br>230 SOUTH LASALLE STREET<br>CHICAGO, IL 60604-1404 | MCLOONE METAL GRAPHICS INC.<br>SUB JSJ CORP<br>75 SUMMER ST<br>LA CROSSE, WI 54603 | MCMASTER CARR<br>PO BOX 7690<br>CHICAGO, IL 60680-7690 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| MICHAEL DZURNY<br>DELTA MARKETING<br>99 WOODSTONE ROAD<br>ROCKAWAY, NJ 07866 | MIDWEST TUNGSTEN SERVICE,INC.<br>540 EXECUTIVE DRIVE<br>WILLOWBROOK, IL 60527 | MOREST, S.A. DE C.V.<br>2498 ROLL DRIVE PMB 1043<br>SAN DIEGO, CA 92154 |
| MOUSER ELECTRONICS<br>P.O. BOX 99319<br>FORT WORTH, TX 76199-0319 | MX ELECTRONICS MANUFACTURING, INC.<br>1651 E. ST. ANDREW PLACE<br>SANTA ANA, CA 92705 | NEOFUNDS BY NEOPOST<br>P.O. BOX 6813<br>CAROL STREAM, IL 60197-6813 |
| NINGBO SUNNY ELECTRONIC CO<br>NO. 199 ANSHAN ROAD<br>CHENGDONG NEW AREA YUYAO<br>ZHEJI CHINA, | OMEGA OPTICAL INC.<br>21 OMEGA DRIVE<br>BRATTLEBORO, VT 05301 | Optronic Technologies, Inc. d/b/a<br>Orion Telescopes & Binoculars Inc.<br>Peter Moreo, President<br>89 Hangar Way<br>Watsonville, CA 95076 |
| ORCA PACIFIC MANUFACTURER'S<br>REPRESENTATI<br>1100 DEXTER AVE N, SUITE 200<br>SEATTLE, WA 98109-3598 | OREN ELLIOTT PRODUCTS, INC.<br>128 WEST VINE STREET<br>EDGERTON, OH 43517 | OTAY LOGISTICS INC.<br>2235 AVENIDA COSTA ESTE, SUITE 200<br>SAN DIEGO, CA 92154 |
| P.RINGBLOM & ASSOCIATES<br>~~DBA: PONTUS RINGBLOM~~<br>~~P.O. BOX 7000 pmb #114~~<br>~~Redondo Beach, CA 00090-2744~~<br>RTS Unable to Fwd | PAYNE & FEARS, LLP<br>4 PARK PLAZA, SUITE 1100<br>IRVINE, CA 92614 | PO HOLDING LLC<br>dba; DISCOVERY BENEFITS LLC<br>4321 20th AVENUE<br>S FARGO, ND 58103 |
| PRO PACIFIC PEST CONTROL<br>P.O. BOX 3354<br>ESCONDIDO, CA 92033-3354 | PRODUCTORA DE CAJAS DE CARTON - S.DE R.L<br>730 BROADWAY #200<br>CHULA VISTA, CA 91910 | PROMARK INTERNATIONAL, INC.<br>1268 HUMBRACHT CIRCLE<br>BARTLETT, IL 60103-1631 |
| PSC ELECTRONICS<br>2307 CALLE DEL MUNDO<br>SANTA CLARA, CA 95054-1008 | QUALITY ASSEMBLY SERVICES<br>1401 E. SAINT GERTRUDE PL<br>SANTA ANA, CA 92705 | R. L. JONES SAN DIEGO, INC.<br>8830 SIEMPRE VIVA ROAD , SUITE 100<br>SAN DIEGO, CA 92154 |
| R.S. HUGHES COMPANY, INC.<br>2575 PIONEER AVENUE, SUITE 102<br>VISTA, CA 92081 | Rene Villarruel Garcia<br>DBA: Acabados En Color<br>Campos 32 Sin Numero Cerro Colorado<br>Tijuana, Baja California<br>Mexico,  22223 | RYMAX MARKETING<br>RITA GOLDBERG, VP ACCOUNTING<br>19 CHAPIN ROAD, BUILDING B<br>PINE BROOK, NJ 07058 |
| SALEM DISTRIBUTING CO., INC.<br>P.O. BOX 936050<br>ATLANTA, GA 31193-6050 | SCHOTT CORPORATION<br>400 YORK AVEENUE<br>DURYEA, PA 18642 | SENTRYTOOLS LLC<br>613 W. VALLEY VIEW DRIVE<br>FULLERTON, CA 92835 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| SEYMOUR SOLAR, LLC<br>Please use acct # V009664<br>P.O. BOX 520<br>ESCALANTE, UT 84726 | SHENZHEN SUNGOLD SOLAR COL, LTD.<br>H BUILDING,<br>WENTAO INDUSTRIAL PARK<br>YINRENSHI, SHIYAN<br>SHEN ZHEN CHINA, | SHEPPARD, MULLIN, RICHTER & HAMPTON<br>333 SOUTH HOPE STREET 43rd FLOOR<br>LOS ANGELES, CA 90071-1448 |
| SIMULATION CURRICULUM CORP<br>MICHAEL J. GOODMAN, PRESIDENT & CEO<br>11900 WAYZATA BLVD # 126<br>MINNETONKA, MN 55035 | SKYNEWS INC.<br>203-4920 DUNDAS ST W<br>TORONTO, ON<br>M9A1B7 CANADA, | SOUTHWEST MATERIAL HANDLING INC<br>P.O BOX 1070<br>3725 Nobel Court<br>MIRA LOMA, CA 91752 |
| STOROPACK, INC.<br>DEPT. C, LOCATION 00207<br>CINCINNATI, OH 45264-0207 | TIM BAILEY & ASSOC, INC.<br>18311 NAPA STREET<br>NORTHRIDGE, CA 91325 | TOTAL TRANSPORTAION & DISTRIBUTION, INC<br>14041 ROSECRANS AVE<br>LA MIRADA, CA 90638 |
| TRIANGLE CHOICE MARKETING LLC<br>dba; HOBBY MERCHANDISE / NRHSA<br>83 SOUTH STREET, STE 307<br>FREEHOLD, NJ 07728 | ULINE<br>P.O. BOX 88741<br>CHICAGO, IL 60680-1741 | UPS SUPPLY CHAIN SOLUTIONS, INC<br>28013 NETWORK PLACE<br>CHICAGO, IL 60673-1280 |
| US DIGITAL<br>1400 NE 136TH AVENUE<br>VANCOUVER, WA 98684 | VIEWWAY OPTICS ENTERPRISES CO., LTD<br>~~5/F, BLDG 3, YUANYING INDUSTRIAL PARK~~<br>~~SHI TANG ZHUANG RD.HUADU DISTRICT, 510800~~<br>~~GUANGZHOU CHINA,~~<br>RTS unable to fwd | WAL-MART STORES, INC.<br>C/O BANK OF AMERICA<br>P.O BOX 500787<br>ST LOUIS, MO 63150-0787 |
| WF MICHAELS<br>308 WEST 95TH STREET<br>BLOOMINGTON, MN 05520 | WILFRIDO TAMAYO<br>8 TUSCANY RAVINE VIEW NW<br>CALGARY  AB<br>T3L 2T1 CANADA, | XPO LOGISTICS FREIGHT, INC.<br>29559 NETWORK PLACE<br>CHICAGO, IL 60673-1559 |
| Optronic Technologies, Inc. d/b/a<br>Orion Telescopes & Binoculars Inc.<br>c/o Braunhagey & Broden LLP<br>351 California Street, 10th Fl<br>San Francisco, CA 94104 | iPROMOTEu.com INC<br>iPROMOTEu<br>DEPARTMENT LA 23232<br>PASADENA, CA 91185-3232 | Astro Instruments<br>10 Bd. F. Roosevelt<br>20050 Casablanca, Morocco |
| Astrosweden<br>Axvallagatan 16<br>Skara, Sweden 53237 | Foto Best PVT Ltd.<br># 111/1 & 111/2 Dickenson Road<br>next to Bhima Jewellers<br>Bangalore-560042<br>Karnataka, India | Hama (UK) Ltd.<br>4 Cherrywood<br>Chineham Business Park<br>Baskingstoke, Hampshire<br>RG 24 8 WG United Kingdom |
| Kenko Tokina Co., Ltd.<br>3-9-19 Nishi-Ochiai<br>Shinjuku-ku<br>Tokyo Japan 161-5870 | Levenhuk<br>V Chotejne 700/7<br>102 00 Prague 102 Czech Republic | Nimax<br>Otto-Lilienthal Str. 9<br>86899 Landsberg am Lech, Germany |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE