**FILED & ENTERED**

APR 15 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle            DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Meade Instruments Corp.<br><br><br><br><br><br>Debtor(s). | Case No.: 8:19-bk-14714-MW<br><br>CHAPTER 11<br><br>**ORDER CONTINUING HEARING ON CONFIRMATION OF FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>Date:       April 14, 2021<br>Time:      2:00 PM<br>Courtroom:  6C |

    The Court continues the hearing re: confirmation of First Amended Chapter 11 Plan of Reorganization, to April 28, 2021 at 2:00 p.m.

    At least five business days in advance of the hearing, Mr. Horoupian shall share with Messrs. Robert Goe and Brandon Krueger for the debtor and Hamid Rafatjoo for Optronic Technologies the Committee's proposed Findings of Fact and Conclusions of Law ("Findings"), incorporating the Committee's proposed modifications to the plan, for comment and possible oppositions. After the parties have essentially agreed on the proposed Findings, but no later than three business days before the hearing,

-1-

Mr. Horoupian shall share the proposed Findings with Aaron Malo for Sheppard Mullin Richter & Hampton LLP ("Sheppard Mullin") so Sheppard Mullin may have an opportunity to comment on the proposed Findings.

No later than two business days in advance of the hearing, Mr. Horoupian shall file the proposed Findings with the Court. No later than two business days in advance of the hearing, Sheppard Mullin may file an opposition to the proposed Findings.

IT IS SO ORDERED.

###

Date: April 15, 2021

Mark S. Wallace
United States Bankruptcy Judge