# United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

**DEBTOR(S) INFORMATION:**
Meade Instruments Corp.
**SSN:** N/A
**EIN:** 95−2988062

27 Hubble
Irvine, CA 92618

**BANKRUPTCY NO.** 8:19−bk−14714−MW
**CHAPTER** 11

Notice is hereby given of the entry of an order of this Court confirming a chapter 11 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: May 4, 2021

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc11pln rev. 12/20) VAN−50                                                                                                      **396 / JLL**