1  Mark S. Horoupian (CA Bar No. 175373)
   mhoroupian@sulmeyerlaw.com
2  **Sulmeyer**Kupetz
   A Professional Corporation
3  333 South Grand Avenue, Suite 3400
   Los Angeles, California 90071
4  Telephone: 213.626.2311
   Facsimile: 213.629.4520
5
   Attorneys for Broadway Advisors, LLC,
6  In Its Capacity as Plan Agent



FILED & ENTERED

NOV 01 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle          DEPUTY CLERK

7

8                **UNITED STATES BANKRUPTCY COURT**

9         **CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

10  In re                                          Case No. 8:19-bk-14714-MW

11  ☒   MEADE INSTRUMENTS CORP., a              (Jointly Administered with
        Delaware corporation,                    Case No. 8:19-bk-14711-MW)
12
              Reorganized Debtor                  Chapter 11
13
14  ☐   SUNNY OPTICS, INC., a Delaware           **ORDER APPROVING SETTLEMENT
        corporation,                              BETWEEN REORGANIZED DEBTOR,
                                                  SHEPPARD MULLIN RICHTER &
15            Debtor in Possession                HAMPTON, LLP, ET AL.**
16  ☐   All Debtors.
                                                  [No Hearing Requested]
17
                                                  **[Relates to Dkt No. 452]**
18

19

20        The *"Motion For Order Approving Settlement Between Reorganized Debtor, Sheppard*

21  *Mullin Richter & Hampton, LLP, et al; Memorandum Of Points And Authorities; Declarations of*

22  *Alfred M. Masse and Brandon Krueger in Support Thereof "* [Dkt No. 452] *(*the "Motion")[1] by

23  Broadway Advisors, LLC ("Broadway" or "Plan Agent"), the Plan Agent appointed under the

24  confirmed First Amended Plan of Reorganization (the "Plan"), for an order approving the

25  settlement (the "Settlement") pursuant to that certain Full and Final Settlement Agreement and

26

27  ――――――――――――――
    [1] Capitalized terms used but not otherwise defined in this Order shall have the meanings ascribed
28  to such terms in the Motion or the Settlement Agreement, as applicable.

MSH 2728397v1

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 213.629.4520

SulmeyerKupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 213.629.4520

1  Mutual General Releases (the "Settlement Agreement"), a copy of which is attached to the Motion

2  as Exhibit 1, by and between, on the one hand, Meade Instruments Corp., as Debtor and

3  Reorganized Debtor (the "Reorganized Debtor" or "Claimant") and, on the other hand, the law

4  firm Sheppard Mullin Richter & Hampton LLP ("SMRH") and the individuals Michael

5  Scarborough, Leo D. Caseria, Dylan Ballard, and Will Chuchawat (together with SMRH, the

6  "Respondents" and collectively with the Claimant, the "Parties"), including the declarations in

7  support thereof, came on regularly before the Court, the Honorable Mark Wallace, United States

8  Bankruptcy Judge presiding.

9        There being no opposition to the Motion, and the Court having jurisdiction to consider the

10  Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b); and

11  consideration of the Motion and the relief requested therein being a core proceeding under 28

12  U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and

13  1409; and due and proper notice of the Motion having been provided, and it appearing that no

14  other or further notice need be provided; and the Court having reviewed the Motion; and after due

15  deliberation, the Court having determined that the legal and factual basis set forth in the Motion

16  establish good and sufficient cause for the relief granted herein and having found that the

17  Settlement is fair and reasonable and is in the best interests of the Reorganized Debtor, its estate,

18  creditors and all parties in interest and otherwise satisfies the factors set forth in In re A & C

19  Properties, 784 F.2d 1377, 1381 (9th Cir. 1986), and good cause appearing therefore,

20        **IT IS HEREBY ORDERED** as follows:

21        1.    The Motion is granted as set forth herein.

22        2.    The Plan Agent is authorized and directed to take all steps necessary to

23  consummate the Settlement.

24        3.    The Settlement embodied in the Settlement Agreement, attached as Exhibit

25  1 to the Motion, is approved in its entirety in all respects pursuant to section 105(a) of the

26  Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure and the terms and

27  provisions of the Settlement Agreement are incorporated fully herein as an order of the Court.

28        4.    Within ten (10) business days after this Order becomes a Final Order (as

1  defined and provided for in the Settlement Agreement), SMRH shall withdraw the SMRH Proof of

2  Claim and pay the Claimant the Settlement Amount.

3       5.     Each of the provisions, terms and sections of the Settlement Agreement are

4  hereby approved, ordered adjudged and decreed.

5       6.     The Plan Agent is authorized and directed to pay Sall Spencer Callas &

6  Krueger, a Law Corporation, and Parker Mills, LLP (together the "Special Litigation Counsel") a

7  total fee of $1,001,250 from the proceeds of the Settlement in full and final satisfaction of Special

8  Litigation Counsel's fees under the fee agreement (the "Fee Agreement") previously approved by

9  this Court. The Special Litigation Counsel have agreed to allocate the fees amongst themselves

10  pursuant to the Fee Agreement.

11       7.     The Court retains jurisdiction to hear and determine all matters arising from

12  the implementation of this Order and the Settlement Agreement approved herein, including but not

13  limited to interpreting and enforcing the Settlement Agreement, notwithstanding the entry of a

14  final decree or closure of the above-captioned Reorganized Debtor's bankruptcy case.

15       8.     Nothing in the Motion, the Settlement Agreement, or this Order is intended

16  to be, nor shall it be deemed or construed as, an admission or finding that any Party has any

17  liability or obligation to any other Party or third person, except as such obligations are created by

18  the Settlement Agreement and this Order.

19                 # # #

20

21

22

23  Date: November 1, 2021

24                      Mark S. Wallace
                    United States Bankruptcy Judge

25

26

27

28

**SulmeyerKupetz,** A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 213.629.4520